# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 15-cr-00155 (RNC) |
| ROSS SHAPIRO and<br>MICHAEL GRAMINS | : | |

## PROPOSED SCHEDULING ORDER

The Court hereby ORDERS the following schedule for the filing of post-trial motions and any re-trial of this matter:

| | |
|---|---|
| Defendants' post-trial Rule 29 and Rule 33 motions | August 28, 2017 |
| Government's response to post-trial motions | October 6, 2017 |
| Defendants' reply to Government's response to post-trial motions | October 20, 2017 |
| Re-trial, if necessary | January 29, 2018 |

The Court further ORDERS that the time from the date of this Order through January 29, 2018 shall be excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), in the interests of justice for the reasons set forth in the Defendants' unopposed motion.

SO ORDERED.

_____     _____
HON. ROBERT N. CHATIGNY            DATE
UNITED STATES DISTRICT JUDGE