

Marc L. Mukasey
Tel 212.801.6832
Fax 212.754.8522
mukaseym@gtlaw.com

February 1, 2018

BY ECF

Honorable Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Re:   *United States v. Shapiro*, 15-cr-155 (RNC)

Dear Judge Chatigny:

     We write on behalf of Defendant Michael Gramins and in response to the Court's recent Order setting jury selection for any retrial of this matter to begin on May 8, 2018 (ECF No. 491). Unfortunately, counsel for Mr. Gramins and the government have other trials scheduled that will prevent proper preparation for a retrial that starts on May 8th.

     Lead counsel for Mr. Gramins is also lead counsel in the upcoming trial of *United States v. Flotron*, No. 3:17-cr-00220-JAM (D. Conn.). Jury selection in the *Flotron* case is set for April 6, 2018, and evidence is scheduled to begin on April 9, 2018. We anticipate that this trial will last for approximately three weeks. In addition, on April 17, 2018, AUSA Cherry and the lead *Shapiro* case agent are scheduled to select a jury for the trial of *United States v. Demos*, No. 3:16-cr-00220-AWT (D. Conn.), with evidence to begin on April 23, 2018. Accordingly, Your Honor's May 8, 2018, date for any retrial of the *Shapiro* case is going to be unworkable for Mr. Gramins' counsel and key members of the government's team.

     We respectfully request that the Court set evidence to begin on or after July 16, 2018, and exclude the further delay under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). This will give counsel for Mr. Gramins and the government adequate time to prepare for a retrial after the conclusions of their respective April trials.

     We have conferred with the government and counsel for Mr. Shapiro. Government counsel has indicated its agreement with this request. Counsel for Mr. Shapiro has said that Mr.

February 1, 2018
Page 2

Shapiro is prepared to proceed on May 8th, as the Court proposed, or, alternatively, on or after June 26, 2018.

                                                       Respectfully submitted,

                                                       /s/ Marc L. Mukasey

                                                       Marc L. Mukasey

cc:     all counsel