Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK L. Pipech          RPTR/ECRO/TAPE D. Warner

TOTAL TIME: 1 hours 41 minutes   USPO _____ INTERPRETER _____

DATE: 6/7/2018   START TIME: 10:12 a.m.   END TIME: 11:53 a.m.

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. 3:15-cr-00155-RNC _____ Deft # 1, 2 _____

UNITED STATES OF AMERICA

vs

Ross Shapiro, Michael Gramins

David Novick, Heather Cherry

AUSA

G. Petrillo, via phone: A. Lester, J. Klein, M. Curzer (for def Shapiro)

J. Sklaroff, via phone: M. Mukasey (for def Gramins)

Pretrial Conference
## HEARING ON CRIMINAL MOTIONS

| ☐......# ___ | Deft_____ Motion _____ | ☐granted ☐denied ☐advisement |
|---|---|---|
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......#___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☒......#___ | Deft Shapiro oral motion to modify bail conditions | ☐ granted ☐denied ☒advisement |
| ☒......#___ | Deft Gramins oral motion to modify bail conditions | ☐ granted ☐denied ☒advisement |
| ☐......# ___ | Deft _____ oral motion _____ | ☐ granted ☐denied ☐advisement |
| ☒......#___ | Govt's oral motion to continue jury selection and jury trial. | ☒granted ☐ denied ☐advisement |
| ☐......#___ | Govt's oral motion _____ | ☐ granted ☐ denied ☐advisement |
| ☐.............. | Brief(s) due _____ Response(s) due _____ | Replies due _____ |
| ☐.............. | Bond ☐ set at $_____ ☐ reduced to $_____ | ☐ Non-surety ☐ Surety ☐ PR |
| ☐.............. | Bond ☐ revoked ☐ reinstated ☐ continued ☐modified | |
| ☐.............. | Defendant REMANDED to custody | |
| ☐.............. | Competency Hearing ☐ held ☐ continued until _____ at _____ | |
| ☐.............. | _____ hearing continued until _____ at _____ | |
| ☐.............. | Court finds defendant _____ ☐ competent ☐ incompetent | |
| ☐.............. | Court orders defendant _____ to undergo psychiatric evaluation | |
| ☐.............. | Motion Hearing continued until _____ at _____ | |
| ☒.............. | SEE PAGE II for additional entries | |

## DOCUMENTS FILED IN OPEN COURT

☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed

NOTES OR

## MISCELLANEOUS PROCEEDINGS

** Defendants to file motion for reconsideration by 6/27/2018; Govt's response due 7/27/2018; reply due 8/15/2018.

**Govt's oral motion to continue jury selection and jury trial is granted in the interest of justice.  Jury selection and trial

will be continued to a date to be determined by the Court.