UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:15CR155 (RNC) |
| v. | |
| MICHAEL GRAMINS | July 5, 2018 |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America hereby appeals to the United States Court of Appeals for the Second Circuit from a Ruling and Order on a Motion for New Trial by defendant Michael Gramins [doc. no. 504], entered in this case on June 5, 2018.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

　　　　/s/　　　　
HEATHER CHERRY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. PHV07037

DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. PHV02874

U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
(203) 821-3719

1

## **CERTIFICATION**

  I hereby certify that on July 5, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

              /s/
             HEATHER L. CHERRY
             ASSISTANT UNITED STATES ATTORNEY