UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL GRAMINS,<br>                              Defendant. | S3 15-cr-00155 (RNC)<br><br>December 3, 2020 |

**DEFENDANT MICHAEL GRAMINS' MOTION TO SEAL**

Pursuant to District of Connecticut Local Rule of Criminal Procedure 57(b), the Court's April 26, 2016 Protective Order (ECF Nos. 132, 134) (the "Criminal Protective Order"), and the protective order in place in *SEC v. Shapiro*, No. 15-cv-7045 (S.D.N.Y) (ECF No. 76) (the "Civil Protective Order"), Defendant Michael Gramins respectfully moves to seal the following filings:

- Unredacted copies of his Sentencing Memorandum and certain supporting letters;
- Exhibits H1-H4 (Memoranda of Investigative Activity in connection with the investigation in this matter);
- Exhibit I (deposition transcript from *SEC v. Shapiro*, No. 15-cv-7045 (S.D.N.Y)); and
- Exhibit R (video submission).

1.  Certain character letters that will be filed in support of Mr. Gramins' Sentencing Memorandum, as well as related references within the memorandum, contain personal medical information, the names of minor children, and/or home addresses.  Good cause exists to allow Mr. Gramins to file the unredacted versions of these documents under seal because they contain information protected from disclosure by Federal Rule of Criminal Procedure 49.1(a) and/or the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d-6.  Exhibit R also contains the names of minor children and is therefore protected by Federal Rule of Criminal Procedure 49.1(a).

2. Good cause exists to seal Exhibits H1-H4 (and to redact quotations therefrom in the Sentencing Memorandum) because these documents were produced by the government to defense counsel in accordance with 18 U.S.C. § 3500 and are therefore protected by the Criminal Protective Order. *See* Criminal Protective Order ¶¶ 1-2.

3. Good cause exists to seal Exhibit I (and to redact quotations therefrom in the Sentencing Memorandum) because it is a deposition transcript that has been designated as confidential and is therefore protected by the Civil Protective Order. *See* Civil Protective Order ¶¶ 1, 4.

4. In accordance with Local Criminal Rule 57(b)(4)(a), Mr. Gramins will electronically file redacted copies of his Sentencing Memorandum and supporting letters. Mr. Gramins will serve the government and the Court with the unredacted versions of these documents.

Respectfully submitted,

Mukasey Frenchman & Sklaroff LLP

By: /s/ Marc L. Mukasey
Marc L. Mukasey

2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, NY 10017
Tel (212) 466-6400

*Counsel for Defendant Michael Gramins*

## CERTIFICATION OF SERVICE

I hereby certify that on December 3, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
December 3, 2020

 /s/ Marc L. Mukasey
Marc L. Mukasey
2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, NY 10017
Tel (212) 466-6400