# EXHIBIT A

Mike Shuler

Chevy Chase, MD

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

November 2, 2020

**Re: Sentencing letter for Michael Gramins**

Dear Judge Chatigny,

My name is Mike Shuler and I have had the pleasure of a great friendship with Mike Gramins for almost 20 years. Since meeting at Georgetown University in the fall of 2001, Mike Gramins became one of my closest friends and remains a steadfast positive influence in my life to this day. I have been in a state of shock for the last five years that Mike was even charged with a crime and then devastated when he was found guilty of one count of conspiracy. He is one of the most honest and sincere people I have ever met in my life. He has always, and will always, do the right thing, and not because someone is watching, but simply because that is who he is as a person.

I am hopeful that in writing this letter you will come to know the genuine, earnest, and sincere man that I am proud to call my friend. I believe it is important for you to understand the man, the father, the husband, and the friend that is Mike Gramins. He has been a constant in my life and someone I consider a role model to me and now my children. Over the years, I have consistently looked to Mike as an advisor on personal and professional challenges. There is not an issue upon which I would not value Mike's opinion.

We meet in the fall of Sophomore year at Georgetown University when we were neighbors in the Village A apartments, and since then we have been a significant presence in each other's lives. Hailing from Chicago, and the youngest of seven children, Mike was not always able to travel home for holidays. My family, local to Georgetown University, was always eager to expand their table and Mike became an honorary Shuler at our family holiday gatherings for Thanksgiving and Easter over our course of study. Mike and I were roommates junior and senior year and we dated girls that were roommates. Basically, when Mike was not studying, we were together. It was very clear that Mike was extraordinarily focused and determined throughout college - he was not a college student looking to play video games and waste four years partying. He never fell to temptations of college and always had a long-term disciplined perspective about why he was there and the preparation for his career. He understood the value of time and the value of opportunity better than anyone at that age. I played on the lacrosse team at Georgetown and tore my ACL

1

**Ex. A-46**

sophomore year and considered a fifth year in college. As I was outlining the pros and cons of a fifth year, Mike told me that I should consider the opportunity cost and understand the value of my time in that fifth year. He was right, and it helped me focus and gain perspective on life after college - which helped me through my remaining two and a half years at school and in my professional career.

He did everything the right way, and everyone respected Mike's commitment to his goals. It was clear to all that he would be successful in his future because he was so disciplined and focused, not taking short cuts, and exhibiting unparalleled drive and a moral compass. He juggled the most difficult classes, multiple jobs necessary to help pay for college, and maintained time for his friends - he always made time to help his friends. We both attended Jesuit high schools and he encouraged me to attend mass with him. What I learned those three years has remained true throughout our relationship. He is smart, dedicated, extremely ethical, loyal, honest, hardworking, and extremely organized. As a practical joke, girlfriends would come over to our house and "unorganize" his closet from a color-coordinated fastidiously appointed arrangement, to one of disarray and chaos; we all had a good laugh (Mike included), but the closet would always be carefully systematized again by the end of the day.

At the end of those four years, Mike fulfilled his college goal: to graduate with top grades and start an excellent job in New York City. He had choices and was thrilled to accept a job at Lehman Brothers. I would remain in DC: I accepted a job with Newmark doing commercial leasing brokerage. While I was sad that Mike and I would not be in the same city, I was thrilled that someone who was so committed to his dream would see it come to fruition. Additionally, I knew the distance would not detract from our friendship and we used it to create many wonderful traditions. We organized several events throughout the year and created other excuses to see one another. For many years, we looked forward to our NYC Christmas weekend, a Georgetown basketball game in DC, and summer weekends in crowded beach houses in Long Island. When we were not together, we communicated frequently over text and phone. He has always kept me focused on what is important in life: faith, family and friends.

On a December night in 2006 when I was in NY, I finally had the opportunity to meet the young woman Mike spoke so well of: Natalie. We went to the bar at the top of the Peninsula Hotel, which indicated to me that she was special to Mike and he wanted to make a good impression. We had a wonderful evening and continued the following day. Natalie, Mike, and I went to breakfast in New York before my midday train. Natalie went home and I postponed my train several times throughout that day. It was so excellent to have this time together; neither one wanted it to end. We talked for hours about Natalie, our parents, our families, work, faith and life. In 2010, I too had found someone special and was excited to introduce her to Mike and Natalie. We scheduled a visit with Mike and Natalie during a trip to Long Island, and a casual brunch turned into a day-long event with stories, many card games, and tremendous memories. We went on to marry these significant others, each other by our sides throughout the process. Sharing some of these important life events has only served to solidify that friendship/family bond that the four of us now share to this day.

Mike's desire to be with family and friends has never been so visible than by his Long Island home. It was the embodiment of the dedication and commitment to his academics and his constant pursuit of excellence as a young professional that provided him the ability to build a place for his family and friends to enjoy together. It was the place he and Natalie would raise their children and make a lifetime of memories. My wife and two children now share in many of those memories, and it became a gathering place for our friends from college, our significant others and our growing families. All were always welcome.

Mike and Natalie welcomed their first child, ▬▬▬ ▬▬▬ (▬▬) in the spring of 2014, and we welcomed ▬▬▬ later that summer. It has been incredible to see these two boys form that brotherly bond that their Dads share. We hope they will be roommates at Georgetown one day! Mike and Natalie have since welcomed ▬▬▬▬▬ (spring 2017) and continued to raise their family, live, and work in Manhattan. Despite demanding career obligations, they both sought to be home for family dinners, bedtime stories, and to instill that sense of humility, hard work, and discipline in their young children.

In the winter of 2015, their world came to a screeching halt. As our families and young children gathered for brunch in Manhattan, we learned of the nightmare that Mike and Natalie were now living in. While my wife, Natalie and I all shed a tear at this gathering, Mike remained strong; he was determined in this, as he was in all things in life, to remain disciplined, optimistic and thoughtful about how he would tackle (and hopefully overcome) this situation.

Over the past 5 years I have watched the horror of this saga drain a man and his family. Never once has Mike or Natalie publicly complained and rarely has anyone even see a frown on one of their faces. But anyone who knows them has seen how impossibly challenging it has been. They have done everything to shield ▬ and ▬▬▬▬ from seeing the pain and fear in their eyes. They have continued to been loving and nurturing parents facing unimaginable circumstances. My admiration for Mike has grown and I tell him such often. We have been in private settings and the pain and fear was so crippling that tears have erupted. On multiple occasions when I traveled to Hartford to support Mike and Natalie during the trial, I sat in unbelievable shock…how was this happening and how do they maintain their strength? The fear and anxiety would be crippling to most, but Mike and Natalie have remained a united front, and maintained a loving patient household. They are pillars of strength for each other. This is a man who never broke a rule and has lived an exemplary life focused on his faith, family and friends. As I think now about how this family could be separated and the long-term catastrophic effects of this, it brings tears to my eyes.

I have been with Mike on this journey, offering assistance however and whenever I can, though he does not ask for much. Throughout these 5 years there have been glimmers of hope, but it has been a rollercoaster of emotions. We have had the chance to see them often- no longer in Long Island or New York, but similarly distanced now in Chapel Hill, North Carolina. The cost of New York living became unbearable on Natalie's salary while Mike fights to stay out jail. The memories in Long Island are soon to be just memories as they now must sell the home. But now, he fights just for his family, to be there for them so he can continue to make memories: to simply read nighttime stories and enjoy meals together. His family needs him and he needs his family.

He wakes in fear that  and will see their father behind bars.  I wake in fear of the same penance.  We want Mike and Natalie in our children's lives as well because they are excellent role models and such trusted friends of our family.  They are constants in our lives and us in theirs…we would not want it any other way.  They are the people you want your children to emulate: doing the right thing, showing strength, showing dedication to their faith, and supporting each other and friends and family along the way.

Through all his early career success he was the same humble hardworking guy from a Chicago suburb who loved his family, his faith and his friendships.  Mike is the most honest person I know, and I would trust him with anything in my life. He is the best of the best and I hope I have demonstrated, in this brief letter, the essence of Mike as a friend, student, professional, husband, and father.  I beg you not to send him to prison, please - he is wonderful father and husband who has endured insufferable pain and anguish. He has received his penalty.  And his family has already received enough punishment.  Please consider sentence of probation without court supervision.

Sincerely,
Michael Shuler

Mike as a groomsman at my wedding



■ Shuler and ■ Gramins - fast friends (summer 2015-2016)





Mike and Natalie Gramins (left), Mike and Maureen Shuler (right)



Maureen Shuler
Chevy Chase MD

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

November 24, 2020

**Re: Sentencing letter for Michael Gramins**

Dear Judge Chatigny,

I'm writing to you, in this time of the year when we are thinking of that which we are most Thankful, to request your compassion as you sentence Michael Gramins.

I have known Michael (Mike) for the past 10 years, meeting him as he is the best friend of my husband, Mike Shuler. Our families have spent these last 10 years sharing events like vacations, weddings, births, birthdays, and holidays. My husband and I shared these moments with Mike and Natalie as the type of friends who become family and who blend into your family. I have had the pleasure of spending extended time with Mike's family, his brother John and sister-in-law Ashley, and his sister Meg over many weekends together in Long Island. It is safe to say I have seen him in periods of euphoria and those of despair (typically those surrounding the present circumstances).

Since I have known Mike, I have always understood him to be very smart, hardworking, and ethical; elements that have lent to his success. When I first met Mike he was working at Lehman Brothers and then was recruited over to Nomura. I also work in the financial services field, and my husband in commercial real estate, so our couple's dinner table was often a lively discussion surrounding interest rates, the market, or the political impact on both. Mike Gramins, while probably more successful than most at the table, never bragged about his career or showed conceit at these moments, a true show of a humble and thoughtful friend.

My husband and I have spent much time with Mike and Natalie out at their house on Long Island. I still look back at some of these memories and laugh. One of my favorites: as we arrived for Memorial Day weekend a few years ago, my husband thinking he was going to sit by the pool with a cocktail, only to learn he and Mike Gramins had a few "chores" to do before the weekend began. The two of them set about power washing, hanging patriotic bunting, unloading furniture from crawl spaces, etc. – you name it, they did it. Mike Gramins and Mike Shuler could not be more opposite in this way; Mike Gramins couldn't relax until everything was set up and perfect, while Mike Shuler couldn't have cared less.

Maureen Shuler
Chevy Chase MD

Mike Gramins has always been this way; hard working and willing to put in the effort to make sure things were done properly.

Our family friendship with the Gramins only seemed to solidify as Natalie and I became great friends, and colleagues, and our children (who line up very evenly in age) have now become friends. I have seen first-hand the outstanding father and husband Mike Gramins has grown to be, all while under the cloud of this ongoing legal battle, but able to consistently compartmentalize when it came to putting on a brave face for his son and daughter. While the emotional and financial stress of this situation would have crippled many, Mike was determined to fight for himself and his family and to not let that fear spread or impact his children.

Maya Angelou once said "You may not control all the events that happen to you, but you can decide not to be reduced by them." That is Mike Gramins to me. Someone who not only is genuine, ethical, sincere, faithful and earnest, in the eyes of others, but who is willing to fight to make sure this is right, and does so gracefully every day for the past 6 years. I can't imagine the endurance and discipline this must have taken, and am in awe of Mike (and Natalie) every day.

Sincerely,

Maureen Shuler

Ex. A-47

Hon. Robert N. Chatigny
United States District Court of Connecticut
Abraham Ribicoff Federal Building
450 Main Street, Room 228
Hartford, Connecticut 06103

October 31, 2020

Dear Judge Chatigny,

I write to you today in hopes that I may shed light on the exemplary character of Michael Gramins.

I first met Mike at Georgetown in the fall of 2000, where we were both freshman in the Undergraduate school.  We were part of a larger group of friends and socially knew each other.  It was not until our sophomore year that our friendship deepened, and I learned more about his true character.

Mike and I had been selected to participate in an honors English class for sophomores taught by Professor Joan Holmer – an intelligent, dark-haired, crack-a-whip, sharp, literature professor who was held in high esteem by all who knew her.  As part of this small class that meet weekly to discuss English literature, we had an exorbitant reading load assigned to us by Dr Holmer in addition to our already hectic schedules.   The course did not carry more credits than a less rigorous course, and it didn't directly contribute to Mike's major, but he was the type of student who went above and beyond – and his signing up for this rigours coursework is a testament to his strong work ethic and dedication to learning.

Our class studied a wide range of the classics: from Chauncer's Canterybury Tales to Flannery O'Connor's Short Stories. It is debating and discussing the great literature in these group sessions that I remember most about Georgetown and Mike (whom we affectionately called "Grambo"). Gramins brought to each discussion his strong Catholic faith, his love of family and loyalty for his friends, an open mind and a deep appreciation for various viewpoints. Debating him on the finer points of literature was one of the brightest memories during my undergrad career.

In addition to his strong moral character, his generous spirit was on full display, when a few weeks after the course was over, he suggested that we invite Dr Holmer to dinner – at the quintessential Georgetown underground diner, the Tombs, in order to thank her for her mentorship.   She gladly accepted.

I do not know of any other student who would have gone to such efforts to show his appreciation for a beloved faculty member.   And she was certainly moved by the gesture; she mentioned over dinner that it was the first time students had offered to take her out in her career.

**Ex. A-48**

Mike Gramins is not only a dedicated student and friend, but he is also a wonderful brother, son, husband and father.  He cares deeply about those around him and is greatly loved in return.

One quote from Flannery O'Connor that we read that year still stands out in my mind: "Memory believes before knowing remembers."  And my memory of my undergraduate years with Gramins and our decades long friendship since then, knows him to be a remarkable individual with a strong intellect and a huge heart.

It is my sincerest hope that you take this into consideration during your sentencing.


Most sincerely,

Shields W. Callahan MD

Director of Mohs Micrographic Surgery
Department of Dermatology
Virginia Commonwealth University
Richmond, Virginia

**Ex. A-48**

Amanda Holt Corey

Westport, CT

November 22, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing this letter to you on behalf of my best friend--Natalie Gramins. While you may only know of Natalie as Michael Gramins' wife, I have had the pleasure of knowing her for almost twenty years. Soon after I moved to New York City we were introduced by mutual friends. In a city full of strangers I found someone who very soon became, and still is, family. We spent our twenties growing up together--learning how to navigate careers, job losses and changes, moves and heartbreaks. We celebrated birthdays, holidays and all manner of other events together. When I tell you that Natalie is a person you would want in your life and on your team I cannot stress enough how true that statement is. She is a woman of integrity, loyalty and kindness. She remembers every birthday, anniversary, small event that has ever occurred and never fails to ask you about it. She remembers the names of your sisters and brothers, asks about your grandparents, and genuinely wants to know and cares about the answers. She is organized, meticulous with scheduling, strong, and overwhelmingly optimistic.

Later on into our twenties I watched Natalie fall in love with a charming, kind, loving young man who very quickly became a dear friend of mine as well. I watched as they traveled together and she learned to scuba dive because it was one of Michael's hobbies that he wanted to share with her. I watched them grow together as a couple, eventually move in together and get married. In that same time period I met my now husband, and I watched as Natalie and Michael both came to love him in the same way I love Michael. We then all traveled together, spent New Years Eves together, enjoyed countless dinners in the city and weekends in Quogue. We attended each other's bridal showers, bachelorette weekends, weddings, met extended family members and celebrated all of life's big and small moments. I watched as my best friend became a mother and embraced motherhood so beautifully, and I watched as Michael became a father. A father who is genuinely joyous about being a father. A father who changes diapers and takes sleep shifts to make sure his wife gets some rest. A father who knows the routines and is in all aspects a true partner. A father and a partner who actually likes folding laundry and doing dishes! In that same time period my husband and I welcomed a daughter ( ) and in the past six years we've watched our babies become best friends. They now spend every New Year's Eve together (until this year sadly due to Covid) and play like brother and sister. Our daughter loves Auntie Natalie and Michael as much as (if not more than) her actual aunts and uncles. I am so grateful to have such a strong female role model for .

Then, five years ago, I watched as my best friend was dealt the crushing blow of having her husband--this man who is so genuine, so trustworthy and reliable, so genuinely loyal and forthcoming--be indicted. I watched the toll it took on her as a fairly new mother, a wife, and as a friend. She became someone who had to hold it all together for everyone so that the pieces didn't unravel. I watched her become even stronger than I ever knew was possible while at the same time more emotional and fragile than I'd ever

**Ex. A-49**

known her.  I watched as Michael remained the calm, positive person I've always known him to be under such an incredible amount of stress.  I watched as they debated having another baby during this period of life and ultimately decided their family wouldn't be complete with a sibling for their son.  I watched as Natalie became a mother for a second time and Michael became positively smitten with his daughter.  I also watched as they struggled to remain positive while continuing to provide a happy, nurturing home for their children.

Later, I sat in court with Natalie for days on end and watched as she listened to her husband being presented as a criminal and a liar.  I walked the halls of the courthouse with her looking for a security guard to find a room where she could pump or feed the baby on the days she needed to bring her to court.  I held her hand in the courtroom when I saw the tears in her eyes.  Every day of that trial both Natalie and Michael asked me "How are you?" "How is Miss ▇?"  Even under such duress they were still the same kind, thoughtful people they have always been--thinking of others when most of us would only be able to focus on ourselves and our own situation.

I have spent the last few years since the verdict watching my best friend work harder than she ever has to provide for her family.  She has sacrificed all travel--something that used to bring her great joy--other than work required travel.  Work required travel that had her away from her home and children for multiple days almost every week.  My strong, confident friend has cried almost every time I've seen or spoken to her because she is experiencing such great stress and anxiety under the weight of such responsibility.  She has focused entirely on her children and being a support system for Michael.  She has sacrificed almost all other areas of her life.  Ultimately Natalie made the decision this year to take a job in North Carolina where they could live and she could provide for them on a one salary income.  She made the sacrifice to leave New York, a city she had lived in and loved for twenty years.  While they are closer to her parents which will be lovely in non Covid times, they moved to a town where they knew virtually no one--where their children had no friends and had to start over at new schools in an unfamiliar home.  Natalie & Michael left behind everyone they knew in the city and everything they'd been building for their whole adult lives. They moved away from a city where they had planned to live and raise their children for their whole lives.  They put their Quogue house on the market--the house they put years of love and labor into making it a place their children would grow up in and make their memories in.  Leaving the place you call home is difficult in even the happiest of times--this move has been heartbreaking and life changing for all of them.

The ONLY reason Natalie has been able to balance working, maintaining their home and continuing to raise bright, happy children is because Michael is a completely hands on father and partner--a parent who knows where the socks are and how ▇ likes his peppers cut. Without his presence I honestly do not know how Natalie would have held it all together.

Natalie committed to Michael and has stood by his side this whole time because that is the kind of person she is--loyal, loving, compassionate.  But she is also exhausted, overwhelmed and ready to have her partner back fully.  I beg you to consider the effect that the last five years have had on Natalie and their children during sentencing.  Not only do I believe in my heart of hearts that Michael is one of the most honorable and upstanding people I have ever known, but I also strongly believe their family has sacrificed and suffered enough over the past five years.

Sincerely,

*AHCorey*

Amanda Holt Corey

Ex. A-49

George Corey

Westport, CT
(917) 363-5871

23rd November 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

My name is George Corey and I am writing this letter on behalf of Michael Gramins. I currently live in Westport, CT with my wife and six year old daughter. For the last 15 years, I have made my living in the sales and trading of high yield and distressed corporate bonds in a marketplace which I consider very similar to the market of non-investment grade mortgage backed securities. This letter, though, is not about my experiences with Michael Gramins the bond trader. Instead I am writing to you about the person who has become one of my very closest friends and the respect I have for him as a member of the community, husband and father.

Mike and I first met in 2007 shortly after I began dating my wife, Amanda. She and Mike's wife, Natalie, both graduated from UNC Chapel Hill and moved to Manhattan in the early 2000s. Mike and Natalie quickly became our closest "couple friends" in New York City. Then they became the couple with whom we vacationed. Then, after we moved out of New York in 2011, we would spend weekends and holidays together either in Quogue or here in Connecticut. Their son ▉ was born only a few months before our daughter ▉, and the two of them have been inseparable ever since. Spending time together over the holidays has become particularly important to our families. Every December we get together in New York to see the Christmas tree at Rockefeller Center, go ice skating in Central Park and see the Christmas Spectacular at Radio City Music Hall. For the last 10 years, Amanda and I have welcomed in the New Year with Mike and Natalie. As our lives have grown with marriage and children, new jobs, new homes and new states, Mike has been a constant source of friendship and support for me and my family.

Ex. A-50

As Mike and I have become closer over the years, I have found myself relying more and more on his counsel and advice. Very often our evenings together will end with the two of us sitting by a fire, cigar in hand, talking about our lives. Mike has shared his frustrations with me about the uncertainty of his future and his career, and his lack of control over the outcome of this process. But just as often, if not more so, we talk about my life. Even as Mike and his family have endured an incredibly stressful ordeal, he always has time to listen to whatever challenges I might be facing either personally or professionally. When Amanda and I encountered ▇▇▇▇▇▇▇, Mike was the person with whom I shared my concerns and fears. When I decided to change jobs after 15 years at the same firm, Mike was the first person I sought out for advice. Time and again, I have turned to Mike for sound and thoughtful guidance and he has never let me down regardless of the difficulties facing his family.

My daughter, ▇▇▇▇, is 6 years old and ▇ Gramins is her oldest and best friend. The pandemic has kept them from seeing each for the last 7 months, but they still have FaceTime playdates for hours complete with dress up costumes, pillow forts, art projects and gymnastics demonstrations. Mike and Natalie are a little bit more formal than most of our friends in town, and from a young age insisted that ▇ and ▇▇▇▇▇▇ called us Mr. and Mrs. Corey. Although we tried to do the same with ▇▇▇▇, she had different ideas. To ▇▇▇▇, Natalie was "Auntie Natalie" from the beginning and there is literally nothing we could do to change her mind. When we suggested that she call Mike "Mr. Gramins," her 2 year old mind rejected that idea. Instead, she decided that she would just call him "Michael," and it was decided. She calls him Michael, and he calls her Miss ▇▇▇▇, and neither of them would have it any other way. They have a wonderful relationship and she loves all of the "dads and kids" adventures that we have gone on together in Quogue, in New York and here in Westport.

Due to Covid, this year will be the first year in the last 10 that we will not be celebrating New Year's Eve with the Gramins family. For most of us, the New Year is a time for reflection on the past year and setting goals for the next. Every year for the last five, I have looked across the table and set a goal for myself to be a little bit more like Michael Gramins in the coming year - to make the most of every day and to face adversity with grace. Never once has he let this process impact his upbeat outlook on life or the wonderful way in which he interacts with people. This is more than putting on a brave face for the outside world. It is truly a testament to his strength, and to Natalie's, to carry on, live life to the fullest extent possible and give their children the most loving and supportive environment that they possibly can. The last five years would

Ex. A-50

have broken many families, but Natalie and Mike are an amazing team. The Gramins family has paid a tremendous price already. Mike has lost his career, spent countless hours defending himself and has now waited years for closure. I fear that incarceration could have devastating consequences on Mike and his family and urge you to consider leniency in your sentencing decision.

Sincerely,

George P. Corey

Ex. A-50