# EXHIBIT A

November 2, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am a licensed general contractor who lives in Speonk, NY. I have been building and fixing
homes for over 20 years on the East End of Long Island. I have done work for Mike and John
Gramins over the last 16 years. Mike became a customer of mine in 2010 when he purchased a
home in Quogue, NY.

I have many customers who I deal with, I can hands down say that Mike and his brother are my
favorite customers, they are both kind, thoughtful and detail oriented. They treat myself and all
of my workers with nothing but respect. Additionally, they always pay on time and are hands on
customers, they care.  I have dealt with Mike on many business transactions large and small,
both with myself and contractors who work for me, and Mike has always been straightforward,
candid and fair in all of his business negotiations with me. I have many Wall Street customers
and believe me I have seen it all. Mike far and away is the best out of all of them.  Mike always
makes sure myself and team gets paid. I will be extremely sorry to see the day he sells his house
in Quogue and leaves the neighborhood. Mike is a great guy to have in our community and I will
be sad to see him go, as not only I will lose a customer, but also a good friend who will now be
in North Carolina.

I don't know many of the details around Mike's case however I am writing this letter in support
of his character.  I have many customers who don't even touch the quality of person that Mike is.
I would hope that his punishment is the least severe in all of the options given his character and
personality.

Sincerely,

Timmy Albin



# J. Evans
## Landscape Design & Maintenance

PO Box 767  Westhampton Beach  NY  11978

November 14, 2020

The Honorable Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, CT 06103

Re: Character Reference for Michael Gramins

Dear Judge Chatigny:

My name is Jay Evans.  I own a landscaping business on the East End of Long Island that I've operated for the past 35 years. I'm a resident of Remsenburg, New York. I've known John Gramins for the past 12 years and Mike Gramins for the past 10 years – both brothers are clients and friends of mine.

Your Honor, I'm sure that you will hear from a range of people that know Mike Gramins well, but I want to share my perspective with you. When I first met Mike, he was an eager, young Wall Street trader who couldn't be more excited to be building his first home out in Long Island. Since I've met him, I've gotten to know him and his wife Natalie well, and I've witnessed his transformation into a caring father of two children.

Through my business, I've had the opportunity to interact with many clients and contractors. Those interactions reveal people's true character, including how they treat others. All of my interactions with Mike, as well as the interactions that he's had with other providers that I've referred him to, have been extremely straightforward and fair when it comes to negotiations. He has always paid his bills on time, something that is very important to a small business owner like myself. Mike has a great reputation as someone to do work for, and he cares about the people who work for him. Some people just simply want their lawn cut – not Mike. Whenever he's home while my crew is doing work, he always comes outside to say hello. He always takes an interest in how I'm doing, and he looks out for others, such as bringing out waters when it's 90 degrees outside.

I personally worked with Mike on a project to prepare for the installation of a swing set for his children. Of all the projects at his house, this was the one that Mike was most excited about. He told me how eager he was to be able to play with his kids outside, and I can tell you that in the years since, it is a special sight to behold when the Gramins kids are playing with their dad in the yard. My customers are a range of high-powered folks, but it is clear that Mike is always focused on his kids.

Mike is also someone who cares about his friends. Several years ago, when I shared with Mike that I was going through a divorce, he immediately showed his true colors. Not only did he introduce me to a lawyer friend of his for legal advice, but he picked out furniture that he no longer needed and gave it to me to

**Ex. A-52**

help furnish my new apartment. He always asked how I was doing and offered to help any other way he could. This is the Mike Gramins who I know, and why I consider him to be much more than a client: he's a friend.

While Mike's shared with me the ups and downs of his case, I can't claim to be familiar with too many of the details. That said, I have no reservations about expressing my support for his character. I can also tell you that throughout this multi-year ordeal, he's always been a positive guy to be around and someone who is a welcome part of our community. I'm truly sad to see him move to North Carolina as I know how much he loves Quogue, but I understand why he needed to make that move for his family.

The punishment that Mike has been through over the past several years has been substantial, and I hope that your Honor takes that into consideration as you decide what's appropriate for this good man.

Sincerely,

*Jay Evans*

Jay Evans

Jeremy I. Bohrer
BOHRERPLLC
One Penn Plaza, Suite 2520
New York, New York 10119
O: (212) 303-3536 | C: (646) 765-8088
jb@bohrerpllc.com | www.bohrerpllc.com
November 30, 2020

Dear Judge Chatigny:

My wife Shoshana and I have proudly called Mike and Natalie Gramins close friends for over 10 years.   Mike and I initially met through our wives who have been friends for even longer.

But, my relationship with Mike goes far beyond just our friendship; like Mike, himself, it is multifaceted.

I was Mike's first criminal defense lawyer – although neither of us suspected he would be a criminal defendant at the time.  Ultimately, I introduced Mike to Marc Mukasey, Bob Frenchman and Kate Olivieri and assisted with the transition into their most capable hands.

In 2017,  I launched my own boutique law Firm and Mike was right by my side every step of the way as Bohrer PLLC's Chief Operating Officer.  The most common question I have been asked about Mike since we launched the Firm together is, "how could you hire him?"  The answer, is simple: how could I not and, more importantly, why wouldn't I?

First, without commenting on Mike's case, I have had a front row seat in a high profile Federal matter as the former Chief Operating Officer and General Counsel of Level Global Investors, better known as the Newman case.  That experience taught me to respect the process, however long it takes.  I saw in Mike an incredibly gifted, conscientious, adaptable and committed professional who could help me build a business, from the ground up, so I took a shot.   I was not disappointed.

We often joke that starting a business does not come with an instructional manual, but if it did; at this point, Mike could author it.   Mike's skills and contributions to the Firm are far reaching.  He has established and handeled virtually every aspect of our middle and back office functions as the Firm has evolved and grown.

Moreover, the feedback we have repeatedly received from our colleagues and clients, *who have interacted with Mike, who want to interact with Mike*, clearly demonstrates that Mike is, and will continue to be, the epitome of a highly productive member of society.   His transformation into his new roles and ability to solve problems, innovate and just plain …get things done... is remarkable.

**Ex. A-53**

Hon. Robert N. Chatigny
November 30, 2020
Page 2


I have been in the unique position to see what Mike can do and to experience his work ethic as
an employer these past several years, while his case was ongoing.   I have no doubt that Mike's
best days are ahead of him.   Whatever he chooses to do, he will be successful and make those
around him better.   It is from this vantage point that I urge your Honor, respectfully, to show
mercy and leniency towards Mike, Natalie, ▮ and ▬▬▬▬.

As a friend, Mike's first lawyer and his business associate/employer, I can assure your Honor
that Mike has already suffered  and paid a dear price for his actions.   I watched the years go by
plagued by uncertainty.  I watched Mike and Natalie lose their wealth, including all of his
deferred compensation, as well as the home they literally built – a gathering place for family and
friends -- that was their pride and joy.   To be sure, Mike and Natalie have suffered.   But, as is
their nature, they are not bitter or resentful.  On the contrary, they are amongst the most
optimistic, decent, humble, committed and resilient people I have ever met. Their faith in G-d
and each other is unending.   Mike is a phenomenal dad and husband.  He is an incredible friend.
And, a gifted worker.

It is for all these reasons, that I urge the Court to sentence Mike to …time served.  Your Honor,
if you do so, I am confident, like me, he won't let you down.



Respectfully,


Jeremy I. Bohrer

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I write to you today on behalf of Michael Gramins, a colleague of mine at Bohrer PLLC and someone I sincerely consider a close personal friend. While I understand the seriousness of the case against Mike, I wanted to write to express the positive impact that he has had on my life, and speak to his strong moral character, professional ethics, and perhaps most importantly, his admirable role as a husband and father of young children.

As background, Mike and I have worked together for the past year at Bohrer PLLC, where I have served as Chief Financial Officer working alongside Mike, who joined the firm before me. Since I joined one year ago, Mike has been a constant support to me both professionally and personally, offering encouragement and guidance as I took on the role and adjusted to a new, unfamiliar career path. Prior to Bohrer PLLC, I had spent my entire career in the asset management industry, so adjusting to the vastly different industry of law was not easy – without Mike's help and support, I know that I would not have been able to do so as successfully. Throughout our time working together, Mike has exhibited a constant professionalism and commitment to ethics, and a spirit of inclusion that helps everyone he encounters feel valued and better off for the connection.

Outside of work, Mike and I have grown quite close, and in our daily conversations speak freely and openly about our personal lives, ambitions and struggles. It is here that I think I have gotten to know Mike best, and why I sincerely hope you decide on lenient sentencing in his case. More than anything else, I know that Mike is a loving, engaged member of a wonderful family, and I cannot imagine the devastating impact his absence would have on his young children.

Practically every time we speak, Mike talks excitedly about his children and their various activities and adventures, and I am constantly impressed by his engagement in their lives and the support and love he provides for them. Many professionals with Mike's workload can inadvertently treat family as a secondary concern; that is simply not even remotely the case with Mike. He is a father and husband first and foremost, and an integral part of his children's lives. It would simply be heartbreaking to see that loving relationship strained by incarceration, and I cannot imagine the loss ▌ and �foundation▌ would experience not having their father around.

 I know I speak for many in my support for Mike, and I hope my letter helps you better understand the genuine, caring person that I know. Please be compassionate in your sentencing in his case, as he is a good man, a respected colleague and an even better father.

Sincerely,

*H. E. Clark IV*

Harold Clark III (Ted)

Katharine H. Baisley



Winnetka, IL

November 16th, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing to you today, on behalf of an old friend of mine, Michael Gramins. I hope to provide some context into what type of person I consider Mike to be.

My name is Katie Baisley and I have known Mike since our high school days at Loyola Academy. Mike and I initially got to know one another through our active participation in our high school's Student Council program. Mike is a year older than me, so otherwise our paths would not have crossed as easily in class. Mike was on the executive team his Senior year and my Junior year (1999-2000) and our volunteer committee groups overlapped in planning the Homecoming activities: our friendship easily formed. Later in the year, when I was having much trouble with a challenging Physics class, Mike took time out of his busy schedule to tutor me and help provide guidance on making my Physics bridge. This is the type of selfless person Mike is.

Further, Mike went onto Georgetown University. As mentioned I was a year younger, when I went to tour the school my Senior year (2000-2001), Mike took time out of his schedule to meet me and my parents, and tour us all around campus. He allowed me to shadow one of his classes and introduced me to the many friends he had made. I went to Georgetown the following year (2001) and things were no different, Mike immediately took me under his wing, introduced me to friends, made sure to answer questions I had about classes, and checked in to make sure I was not homesick. Again, this is the type of caring person Mike is.

During my Senior year (2004-2005), Mike had already graduated with honors and had begun a great job at Lehman Brothers in New York City. Mike made the time to come back to Georgetown multiple times that year to provide guidance to rising Juniors & Seniors about life in the banking world, his experience, and how he could help them during their job interview process. As a friend of Mike's, it served as a bonus for me just to get to see him and catch up on life after college. This, again, illustrates the type of considerate man Mike really is.

As life goes on, we tend to drift away from the old friends in our lives - high school and college relationships are harder to keep up with from a distance. Mike was in New York City and I was back in

**Ex. A-55**

Chicago. But, Mike made sure that never happened - every trip back home to see his family, he made an active plan to get friends together. As soon as Natalie and Mike met, I got the chance to know her on some of these trips back home. It was wonderful to continue to be part of his life, and also get to know his future bride. Quickly, Natalie too, fell into the category of dear friends. The active effort to keep friends together is a perfect example of the type of thoughtful person Mike is.

In 2014, I tragically lost my husband while seven months pregnant with my second child. During this very difficult time in my life, I leaned hard on my friends. Unsurprisingly, Mike and Natalie were there for me. And, one example to share during a time of great outpouring of love and support from family and friends, I will still never forget a little note showing up in my mailbox, this was completely out of the blue, probably six or seven months after my husband had passed away - a gift certificate for a massage and some pampering for myself at a local spa in my town - with a simple note - "know that we are thinking of you, love Mike & Natalie." Again, I feel like my message is consistent, this is the type of compassionate family man Mike is.

Selfless, caring, considerate, thoughtful, compassionate. Those are the words that come to mind when I think of Mike. I hope you will take a moment to consider a couple of these brief stories from a lifetime worth of friendship with Mike.

Sincerely,

*Katharine H Baisley*

Katharine H. Baisley

Hon. Robert N. Chatigny                                                    November 30, 2020
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing to tell you about my experiences with Michael Gramins, and why they have always led me to believe he is an honorable man of integrity, compassion, and virtue.

Mike and I were both Georgetown grads that became mortgage bond traders on Wall Street. He was older and started at Lehman Brothers while I was still in school, but later I was hired at Merrill Lynch by a former colleague of Mike's that later told me that I "reminded him of a 'little Gramins'". So, in a way, you could say that Mike Gramins' dogged work ethic, likeability, and first-class reputation laid a road for my career to begin – and I had never even met Mike at this point in 2006.

Mike soon reached out to me after we built some mutual contacts – he took me out for a beer and soon became a friend and mentor. He was a very well-known and successful trader, and we had a lot of the same clients – his reputation amongst our peers was impeccable. And while he gained nothing from befriending me, he always cared about my future and my well-being, and was generously kind. I haven't had a lot of those types of people in my life, so when someone like Mike goes out of his way for you – you remember it.

In today's world of hyperbole and exaggeration, sometimes the simplest compliment is the most telling. Mike Gramins and his incredible family, that he has built with his loyal and supportive wife Natalie, are really *good* people. Simply put, the world needs more families in it like the Gramins family.

I have never been more impressed and prouder of Mike than I am today.

I believe you learn about a person's true character not when the sun is shining upon them, but rather when fate and luck has turned against them. And in the face of ultimate adversity, Mike has worked tirelessly to defend his name and fight what he knows to be right. Even as every similarly charged mortgage trader has been vindicated on seemingly identical charges, Mike has remained calm and steadfast – mature and upbeat. Only a man that has endured this sort of personal torture and has been forced to repeatedly contemplate his past actions, can stand today with his sort of clarity and peace of mind. Punishment, deserved or not, has been delivered.

But I believe enough is enough.

I hope you can find it in the best interests of this society that no further good is created by additional punishment of this man and his family. As an active participant in the bond and securitization market, I have never heard anyone – ever – that believes any negotiation tactics should land a person in jail. But I do believe that the deep examinations of this industry and its decade-old widespread practices were needed, and the desired change has already occurred. I just wish that such a decent man like Mike Gramins wasn't forced to be one of the sacrificial lambs to catalyze that change. But now it's done, so – let's let it be *done*.

Mike has the power to dramatically and positively impact this world, I pray that you agree.

Ryan J. Craft
CEO/Founder
Saluda Grade Asset Management

**Ex. A-56**

Megan M. Philbin

Bluffton, SC ████

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing to you as a close friend and former colleague of both Mike and Natalie Gramins. Perhaps more importantly, I am writing to you as a former corporate bond trader.

I first met a member of the Gramins family in August of 1997. I was a freshman at Georgetown University and Meg Gramins was a Resident Advisor in my dorm. We saw plenty of RA's in the freshman dorms who cared more about their (free) single room and role as a figure of authority than they actually did about us, young adults living away from home for the first time. Meg Gramins was different. Meg was a role model whose smile could be felt down the hall. She was approachable and welcoming, she brought comfort to us in a new community.

Three years later in the early days of my senior year, I would meet Meg's little brother. Two young freshman boys showed up for the first of many visits to the off-campus house I shared with five girlfriends. Both from Chicago, one was Travis Skelly, the younger brother of my roommate Allison, the other was Mike Gramins.

I shared with Mike I fondly recalled his sister from the two years that we had overlapped. And as my final year at Georgetown continued, I would cross paths with he and Travis on campus, at basketball games, in the Business school computer lab – yes, it was that long ago – and in many cases, in my own home. Travis became not only Allison's little brother, but like a little brother to all of us housemates, and we adopted Mike in much the same way.

Upon graduation from Georgetown, I moved to New York City and took a job at Lehman Brothers. On July 5, 2001 fifty-one eager members of that year's Finance Analyst class began their program. On that day, I met Natalie Carrington. Natalie quickly became an integral part of my personal and professional life. That summer we met each other's college friends, shared subways and cabs as we explored NYC, and tried new restaurants and bars, while spending our days attempting to master accounting and finance during our six-week long training. In late August- the 24th I believe – we were sent to our first of three nine-month assignments within the firm.

Ex. A-57

What had thus far been one of the most incredible experiences of my life came to a screeching halt on the second Tuesday of September that year, a brilliant sunny morning in downtown Manhattan. In the ensuing months, our day-to-day routines were turned upside down and we faced professional uncertainty couple with personal anxiety. Friends who you had only known for nine weeks immediately became lifetime lifelines, as they went through the exact same experience as you on that day.

Both Natalie and I were lucky. After September 11, the economy shifted and Enron and MCI became final thorns in the market's side. Many of my college friends who had also began their careers at Lehman Brothers were let go, and at a very young age left to go through the job search process all over again, and in a much tougher job market. We both managed to keep our heads down and keep our jobs, as we progressed through the final years of our analyst program. At that point, both of us were considering next steps at the firm, outside the safe and secure bubble we had built in Finance. In the spring of 2004, I joined the Fixed Income division and became a member of the Investment Grade Credit trading desk.

The exact same week, Mike Gramins graduated Georgetown; he was headed to New York City to join the very strong family of Hoya alumni at Lehman Brothers. For a few months before a trading floor reshuffle – or, a restack as we called it - Mike's new desk was on the same floor as mine. And while the floors were huge and we sat many rows away from each other, it was always nice to have another familiar face in the office and feel as if there was someone I was meant to be looking out for – that little brother of ours.

In the years that followed, the threads of these relationships which began as separate and distinct were now being sewn into a stronger pattern. Mike and Travis were roommates in New York City, and my friends and I enjoyed running into them at bars on the Upper East Side and Georgetown basketball games at Madison Square Garden. I would also run into Meg from time to time at Georgetown fundraising and alumni events, she gave back to the school in every way possible. In 2007, Travis would face ████████████████████ and Mike stood by his best friend every step of the way. His scare yet another reminder to us all the importance of our health, and our family and friends. However, now, standing by Mike through these dark months was Natalie; they had become friendly through a work overlap and began dating in 2006.

In September 2008, my professional came to a crash yet again, this time a Sunday afternoon headline announcing Lehman Brothers was filing bankruptcy. I was brought viciously back the emotions and anxiety of seven years earlier, and again found myself leaning on friends who went through that September day in 2001 and today, felt equally as scared and sad as me. Natalie, Mike, and I mourned the potential loss of a job, a financial institution, a revered franchise, our first jobs, and a world-class roster of brilliant financial minds; we mourned the loss of a family.

Ex. A-57

Barclays would soon purchase the remaining assets from the Lehman bankruptcy and with that, we were all wearing a new jersey and playing for a new coach. Mike and Natalie eventually left Barclays for Nomura in 2009; I remained, my team and business largely intact. Yet while we would no longer see each other in the elevator or the cafeteria, as his relationship with Natalie grew more serious, Mike had been officially folded into our friend group. I went from seeing that 'little brother' from time to time to having him become an integral component of my forthcoming years in New York City, the future husband of one of my closest friends.

In many ways, Mike and I had parallel careers, given we both joined the trading desk the same year. And though he was three years my junior and our products were different, he quickly became an industry peer – someone I respected, trusted, and admired. We talked about work outside of work, often met with an eye roll from Natalie. His dedication to his career was clear, and I recall him spending countless late nights at the office, pouring over spreadsheets full of security cusips, putting a number on the value of not only that line item, but the portfolio as a whole. I understood the need for every number to be correct, the downside you faced if your process, your math, and finally, your gut was wrong. Your reputation was on the line, and in our jobs, that was priceless.

Over the twelve years and five months that I sat on a trading desk in front of Bloomberg screens, I must have received thousands of messages a day. Most of them inconsequential, gone from memory by the time I walked out of the office. Yet I still remember exactly who sent me the Bloomberg headline - and the concurrent shiver that ran down my spine – telling me Mike Gramins was being indicted by the United States.

By now in 2015 fixed income trading desks had seen the Jesse Litvak case and the chatter up and down the rows was this was just the tip of the iceberg. But even if you knew something was a possibility, it does not prepare you for the reality. In this case, the reality was personal. Not only were my colleagues and I shocked at what was considered illegal, but we were shocked because Mike and his Nomura colleagues used to be our colleagues - we had gone through training programs together and we knew their families; we knew them as people and more than just a flash across a Bloomberg.

I sat in your Hartford courtroom in June of 2017, making the trip from New York for the day to sit with Natalie, Mike's parents, and his sister Meg. I recall a similar shiver running down my spine, as Bloomberg messages and chats were projected on the large monitors for you and the jury to read and decipher. It could have been any of us who had sat in a trading seat, any one of the countless messages we sent to various counterparts on any given day.

That day was hard. I brought tissues and fought back tears. I was afraid for my friends and their young family, ▮ and baby ▮▮▮▮▮ back in the hotel down the street with Jen, their nanny. If that one day was emotional for me, I cannot imagine what the entire trial must have been like for Mike and the rest of his family.

One day in court was the least I could do for friends and a family who over the years had given me so much of their own love and support. Mike is one of the most generous individuals I know, welcoming me into the home in Quogue for escapes from the crowds and chaos of the city, inviting me to drop by their apartment in New York City for dinner and delicious wine, and the rooms of New York Presbyterian Hospital to share in the arrival of his two children. In every facet of his life, Mike embodies the Jesuit ideals of service and sacrifice we were taught on the Hilltop all those years ago.

To say my heart has gone out to the entire Gramins family is an understatement. Since the beginning of this journey six years ago, Mike has kept his head up with dignity and a smile on his face, offering hugs to others instead of asking for one himself. His role as a husband, father, son and friend of utmost character has remained unchanged and unwavering, while he has spent his days working alongside the lawyers fighting to regain the unblemished reputation he deserves.

Although Mike and Natalie Gramins have left New York City for a new home in North Carolina, their impact on the lives of those they touched there over the years is profound, something I had no way of knowing way back in 1997. As I write this and reflect – particularly on the additional challenges we have all faced in the last eight months – I realize how much I miss having Mike and Natalie in my everyday life. I miss seeing ▮ and ▮▮▮▮ every few months, especially since they are changing so quickly at their ages. I miss my regular "Lehman girls" dinners, though, none of us actually live in New York anymore. And while today catch-ups are now via Zoom – we have one tonight - I know the fiber of our friendship is there for life.

I hope this letter is one small gesture I can make in support of someone who I truly believe deserves the opportunity to be a daily role model for his children, to pursue a new career and the chance to make new friends and neighbors in a new town. I urge you to allow Mike to continue shine a light on the lives of others the way he and his family have on mine.

Sincerely,

*Megan M. Philbin*

Megan M. Philbin

October 29, 2020

4

Brian P. Lafferty

Glenview, IL

November 15, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny:

My name is Brian Lafferty and I'm reaching out to you on behalf of my good friend, Michael Gramins. I'm proud to say that Mike and I have been friends for over 25 years, and we've grown a lifelong relationship over various stops along the way. For the purposes of this letter, I wanted to highlight a little bit of our friendship path to help illustrate Mike's character and I why I have always valued my friendship with him so much.

Mike and I first met each other and got to be friendly attending our older brothers' high school soccer games, and it was very easy to become fast friends with him. We continued to keep tabs on each other in Northern Chicago suburbs Catholic grade school/junior high, as we played competitive football and basketball against one another, knowing that we'd eventually both follow our family footsteps to Loyola Academy for high school and inevitably become better friends there.

In high school we participated in the same extracurricular activities, spent time socially with each other away from school, and took the same classes over the years. Student Council was an organization we were both part of all four years and I can to this day still remember taking the time with Mike to set up for dances, stay late for meetings, and do other sorts of things all in the name of leaving our school a better place than we had found it - no real surprise that Mike went on to stay involved in organizations/causes that he cared for later in life – it's at the core of who he is. AP Latin 4 senior year also comes to mind as Mike and I sat together in one corner of the room and frankly I think that's where we got to be even better friends – and I'm often reminded of a great moment in our relationship in the spring of that year where we spoke on the phone after we both learned we had been admitted to Georgetown University and were both planning on attending that following Fall – a terrific moment in our lives!

Ex. A-58

We both had a terrific collegiate experience at in Washington, DC.  We were close friends all four years and we found a great broader social circle to become part of and we still all carry a very special friendship bond, even 16 years after we graduated college - while Mike was living and working in New York and I had moved home to Chicago, IL.  I wanted to share with you three events from college that I do think really captures the spirit and character of who Mike Gramins is, and how he played the part of role model for all of us, even nearly 20 years ago.

The first thing I want to mention is the fact that he had part time jobs the entire time we were in college and never once complained about it and always had a positive attitude toward it.  I played men's golf in college, and my coach's office was located in the broader student field house/gymnasium facility – and I remember how often Mike would be working the desk to check our IDs on the way into the building – and usually had a book cracked open and was studying while at his job.  Next, I remember Mike routinely shooting me a phone call or a text message around dinner time when we were upper classmen living off campus, asking if it would be alright if he grabbed a bite to eat from a local food establishment and ate it at my house, as it was closer to the library, where he had been, and was usually headed back to after dinner – serving as a strong demonstration of his commitment to hard work and his studies.  Lastly, Mike is too modest to talk about it, but I always think about the work he put in for his senior year thesis paper.  I can't remember the specific class, but I remember the topic was about the Federal Reserve Board and its governance over monetary policy and the capital markets.  It consumed him and most of his time for a stretch our senior year.  I remember a group of friends all traveled up to New York City for a long weekend, and instead of participating in normal college age kid activities, Mike was off interviewing not-yet-named Fed Chairman Ben Bernanke for the paper – along with other high profile financial minds.  I remember being so blown away at the stuff that he was doing, the people he was talking to about his work – and then subsequently how proud I was of him/for him with the acknowledgements he got back at Georgetown for the work he had put in, including an invitation to defer leaving DC after graduation for Lehman Brothers and rather pursuing a Masters or PhD on the topic he was covering.  Frankly, these anecdotes don't capture the attributes of someone who, once in professional life, would start taking the easy way out and diminish an integrity level he worked so hard to earn.

We've been out of school a long time now, sad to say, but it hasn't all been bad!  I am forever thankful for the friends I made in college, and Mike has been an invaluable conduit for me, as one of the few friends that did NOT move to New York City after college, by always making the effort to keep in touch and check in on my life with a genuine curiosity and attention level.  Also – he always makes a great effort to connect in person with my family whenever him, Natalie and their children make their way back to Chicago to visit Mike's parents and siblings.  It has taken me a long time to appreciate such stuff, and few do the "little things" like this better than Mike.  He knows what it means to be a good friend and lets his actions do the talking.

With regards to the pending legal situation that Mike has been involved in, I don't want to say too much, as I know that's not what these sorts of letters call for, but I do want

you to know that I have been overwhelmed at times with the way Mike has handled himself throughout the process.  I know that if I were in a similar situation, I wouldn't be able to get out of bed in the morning – meanwhile you have Mike, still tending to his family, checking in on his friends, and handling everything with such a powerful level of grace.  Nothing I can point to speaks to Mike's character better than how he has handled himself in the face of an adversity that none of us have ever seen or had to handle head-on like Mike has.  He has an inner strength that I only can pray I have for the sake of my friends or family if I were to ever encounter a similar situation.

I hope that these few paragraphs are helpful to you in understanding who Mike Gramins is and the impact he's made on my life over the past 25 years.  If there is anything that I can do to further illustrate any of this to you or your associates, please don't hesitate to reach out to me directly at any time in the future.

Kind Regards,



Brian P. Lafferty
(M) 312.953.1167
(E) brian.lafferty@gmail.com

Hon. Robert N. Chatigny                                           November 22, 2020
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103


Dear Judge Chatigny,

I have had the privilege of calling Mike Gramins my friend for nearly twenty years. We both graduated from Georgetown University in 2004 and moved to New York City to begin careers in finance immediately after. We did business together when I worked at an investment firm from 2006 – 2012 and spent a great deal of time together socially. While working together I always found Mike to be exceptional at his job and felt he provided excellent execution. He rose in the ranks within Lehman Brothers extremely quickly due to his intellect but also because of his humble and friendly demeanor. He is somebody you want to be around and you are genuinely happy for when they succeed. Conversely, having to write this letter on his behalf breaks my heart knowing what a high quality individual he really is.

Outside of the professional relationship we had, over the years I got to know Mike and his wonderful wife Natalie extremely well and am proud to consider them dear friends, and that is the capacity in which I write this letter. In addition to being close friends who enjoy meals together and spending time doing activities, we have rented houses together during the summer multiple times and also traveled together. When you spend this much time with people under one roof you get to know them on another level, and I feel extremely comfortable telling you there are few people in this world that I hold in as high regard as Mike Gramins. His intellect and work ethic are second to none, but what I have always admired about Mike is how he treats everyone he meets with the same degree of respect. He is a genuinely good person and I trust him implicitly.

Mike is one of a handful of people I could call if I ever needed help, and I would have no doubts in my mind that he would do whatever was in his capacity in order to assist. No questions asked and not looking for anything in return.  He is truly a kind and generous person.

**Ex. A-59**

Over the past 6 years, I have witnessed firsthand the pain this process has inflicted on Mike, Natalie, and their two beautiful children, ▮ and ▮▮▮▮▮.  The tears that have been shed are many, and the uncertainty has been unbearable, but Mike and Natalie have put up a strong front and continued to focus on their family. I could not be more impressed with how they have handled this. I do not know if I could have done the same in their situation.

Judge Chatigny, I have no reservations in saying that going forward the only time you will hear Mike Gramins' name will be for positive contributions to his community. As you wield immense power over the future of Mike and his family, I ask for you to please take into consideration the punishment that has been inflicted on them already. Although it has not been jail, I assure you this family has endured a tremendous amount of pain.

Sincerely,

William Drew
Chief Financial Officer
Ranpak Holdings Corp (NYSE: PACK)
617-947-5576

**Ex. A-59**

October 30, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, CT 06103

Dear Judge Chatigny

        I am writing on behalf of my dear friend Michael Gramins as you contemplate his sentencing. For the past six years, Mike and his family have been living every day with the uncertainty associated with a criminal trial, conviction and potential sentencing hanging over their heads. The emotional, physical and mental toll of having to live with this for six years cannot be under estimated.
        As a bit of background, Mike and I met on the first day of college and lived together for five years. Mike has come on family vacations with my parents, was in my wedding and was there to console me when my wife ███████████████. I think it is fair to say there are few who know Mike better than me and are in position comment on his personal character. It is true that he is driven and competitive but it is also clear that he always tries to do what is right and play within the understood rules of the game. If you step away from this case you will see that Mike is a model citizen who has never had trouble with the law and has always strived to do what is right. Ultimately, after six years, we are at a point where everyone wants and needs to move on from this case.
        On a more personal note, I have always thought of Mike as the good angel on my shoulder. Mike pushed me in college to be better, to not be satisfied with that B, to put that extra hour in at the library instead of going to the bar. When we graduated, I didn't know what I wanted to do. At the last minute I made the decision to move to NYC. I didn't have a job and I definitely didn't have a place to live. I think it is fair to say I was scared out of my mind, but Mike was there for me. He changed his plans and made room for me in his apartment (where I ended up living for the next two years). For those two years, money was tight but Mike was there buy me groceries or take me out to eat. He knew I was struggling at times but never made it feel like a hand out and never looked for me to pay him back. This Michael, the one that pushes his friends to be better and selflessly gives is the one I want you to know and think about as you contemplate sentencing.
        Finally, I want to talk about Mike's family, specifically Natalie, █ and ████████. I have known Natalie since she and Mike met at Lehman Brothers and I can't imagine the strain this has put on their marriage. It says a lot about Mike and his true character that Natalie has steadfastly stood by him for six years through this turbulent process. Sadly, █ and ████████ don't know or can't remember a time when their lives were not dominated by this case. Mike and Natalie have done wonders to try and provide a sense of normalcy in their kids' lives but we all know that this case has impacted them and their development. Whether it's the weeks spent in Connecticut or the constant calls and late night meetings with lawyers, these kids bear the scars of this case. Please don't punish them anymore.
        Judge Chatigny, I know this case has been challenging, I know you have had to make a number of tough decisions related to this case, but this decision may be the most important. Please give my friend and his family the opportunity to move on with their lives.


Sincerely,
Brendan Dalton

**Ex. A-60**

October 31, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, CT 06103

Dear Judge Chatigny,

My name is Mary Dalton and I'm writing this letter on behalf of Michael Gramins ("Mike"). I have known Mike since 2002 and he has been one of my very close friends. I met him through my then boyfriend (now husband) when we were all Sophomores at Georgetown University. Since then, we have worked together, vacationed together, and raised our kids together. In the 18+ years that I've known Mike, his character has never waivered and he is still the same smart, humble, and moral person I've always known him to be.

Between my Junior and Senior year (2003), I was planning to stay in DC for the summer and Mike got me a job with his employer at the time, Mark Ruddy, a lawyer in DC. Throughout my senior year, both Mike and I worked for Mark as legal assistants. From the get go, Mike always showed professionalism and an unwavering drive to do his best.

My husband lived with Mike during College as well as in NYC. Mike in my mind has always been a hard worker, a driven employee, and most importantly, a caring and sincere person. He always has the biggest smile and will greet me with an "MVP! How are you?!" with the biggest bear hug (MVP were my old initials). I don't consider him just one of my husband's best friends, but one of mine as well. He has always treated me with respect and love and I know he truly cares about me aside from his relationship with my husband.

Mike was always the guy in college where if people were going out, he would say, I'll see you down there, stay back to finish his work to make sure it was done properly, then come meet us out. There are many nights where we would come home to hang out after going out with friends and you would hear Mike's tape recorder rewinding and replaying an interview for a paper he was writing. His attention to detail and to give his best was just something that he always did and that character is present in all aspects of his life. He always had his priorities straight and always made sure he followed through on his commitments, whether it was school or personal obligations. Mike never had an issue telling someone no, even if everyone else was doing it. He would just say "I'm going to pass on that guys, but have fun" with a chuckle.

I am also fortunate to know Mike as he met, dated, and married his wife Natalie. Natalie has since become one of my favorite and greatest friends. I also respect her as a woman, mom, and professional. We've been with them on vacation, to many weddings, and out to their house in Long Island many times for our annual 4th of July trip. We consider them some of our best friends and our children have grown up visiting them. They are a humble couple who have been very successful but do not flaunt their achievements. I have such a great respect for how they treat each other as equals and as loving and supportive spouses. They are incredibly generous. One thing in particular that I appreciate between them is that they are truly in love with each other. The support that I've seen them give each other over the years, after their lives were turned upside down by the indictment and trial, is nothing next to amazing. Only a truly loving and respectful relationship could endure something so life altering. Their children have been raised to be respectful and sweet (adorable!) kids. They are smart, funny, and we love them as our own children.

**Ex. A-61**

I feel that from all of my experiences, I've have the privileged to see all facets of Mike Gramins and he is nothing but smart, kind, generous, humble, and moral. In your difficult decision, I would encourage you to take these characteristics of Mike into account and understand the impact that a prison sentence would have not only on him, but also his family, and allow him to remain with his wife and young children so he can maintain  his role as an active and involved parent and continue to be the upstanding citizen I believe him to be.

Sincerely,

Mary Dalton

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

November 12, 2020

Dear Judge Chatigny:

I have known Mike Gramins since 2005, when we were both working at Lehman Brothers in New York.
Mike's wife, Natalie, and I met in our analyst program, which we began in 2001, directly after finishing
our undergrad degrees.  We quickly established a special bond during our training in the World Trade
Center, and then shortly after, when evacuating our office together and witnessing the collapse of the
towers in the September 11th attack.  Natalie continues to be one of my best friends, 19 years later.

Thanks to Natalie, I was introduced to Mike 15 years ago.  I have witnessed their relationship grow from
dating to engagement to marriage and now to a family of four.  I have attended their birthdays,
wedding, showers, and other events that were always filled with family and friends.  Mike and Natalie
are a wonderful couple, both with warm hearts and the type of people one wants to be around.  Even
during busy events, Mike would make sure to spend quality time with every one of his guests.  He makes
people feel welcome and engaged.  When meeting Mike's family for the first time, it was clear that he
was brought up in a household with strong values and a general respect for others.  I have had the
chance to also spend time with Mike's sister, Meg, and the bond and mutual respect the siblings have
for one another is wonderful to see.  Like Mike, Meg is a joy to be around.

Mike and Natalie have not only been wonderful friends and confidants over the years, but they have
also been extraordinary neighbors.  My husband and I had our first baby in November 2018.  After giving
birth, Mike and Natalie's generosity was beyond anything I could have imagined.  On a weekly basis,
Mike would stop by our apartment with bags of hand-me-downs.  On numerous occasions, Mike went
out of his way to pick up baby toys out of their storage, drive them to our apartment, and even set them
up for us.  These were unsolicited deeds and truly out of the kindness of his heart.  They set us up with
recommendations for childcare and long lists of "need/do not need" items during my early days of
parenting.  Mike and Natalie's generosity, guidance, and support during this period of my life was
remarkable.  These acts of kindness came during a time when Mike was not only being a stellar father
for his two young children, but also managing the paramount stress that has come with this case.

Although Mike and Natalie have managed to survive the past six years of uncertainty, it has completely
disrupted their life.  Mike, an extremely hard worker, has had to put his entire career on hold, while
Natalie has worked hard to find a career in a location with family nearby to help support them during
such a difficult time.  I cannot begin to imagine how devastating and undeserving a sentence of
incarceration would be on their young family.  Mike is not only a loving and caring person to be around,
but he has a wonderful heart and makes his community, wherever he may be, a better place.  Please
take this character assessment into consideration when making your judgement in December.

Kindest regards,

Eliza McGrath

**Ex. A-62**

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103                                      November 21, 2020


Dear Judge Chatigny:

I am writing to you as a long-time friend of Michael Gramins with the hope of sharing an insight into his character.  I first met Mike in 2006 in New York City when he began dating his now-wife, Natalie, with whom I attended college. Mike was a couple of years younger than our group, but was somehow the most responsible man any of us had dated. Mike was the guy that would remember the birthday, get the cab, make sure everyone was safe. Mike would always do the right thing. Mike was and continues to be a very respectful person, who asks questions about you and then listen to the answer.  He has made it a point to become invested in the lives of Natalie's close friends, and has strengthened our friendships over the past 14 years.

I remember being at Mike and Natalie's wedding and being so struck by his family's bond. He's the youngest, yet loved and respected as much as the oldest. You could tell that his siblings, nieces, and nephews delighted in him and I know they make the effort to be a part of each other's lives as often as possible.

I've always thought a lot of Mike as a husband and father, so I have always thought of his trial as happening to a different person, and Mike made that easy to do. When I have spent time with Mike these past few years, it's mainly been at events celebrating other people- weddings and birthdays- and I would feel slightly awkward at first, not knowing how I was supposed to act around him, but Mike continued to behave like the same Mike we'd always loved.  He never took the focus away from the main event, was always patient with questions, but focused more on enjoying his present with us than his uncertain future. Many times I have reflected on him and Natalie and their ability to lean into their lives in spite of their troubles, and still give and receive the joy and that most of us couldn't do under the circumstances. To call them admirable seems an understatement.

I remember maybe 2 years ago having the Gramins' to our new home in Charlotte, NC and trying to sell Mike on the virtues of suburban living. I knew Natalie was ready to leave NYC,

Ex. A-63

Judge Chatigny
November 21, 2020
Page 2

like we had a few years before, and I could tell Mike wasn't ready to give up the city life and his chance at reclaiming his career in Manhattan. I remember being disappointed a bit in his reluctance to see the beauty in moving away from New York and starting a new life, but I also knew how terrifying it was to make that move to a place where you know no one, have no history, and no immediate career options. Of course I felt for Natalie who needed the relief of living in a place she knew, where she could spend more time home with her family without the pressure of the Manhattan pace and expense. Those of us who grew up dreaming about making it big in the Big Apple understand not wanting to give that up, so I assumed the Gramins' were in New York to stay. And then this spring Mike did something that impressed me more than any amount of success he could ever have in his career. He moved his family to North Carolina. He put Natalie and his children ahead of everything and realized that they needed a place to breath, to start over, and to be together without the stress of the city. He traded everything he thought he was going to be for everything he was meant to be because, in the end, Mike always does the right thing. I trust that he makes the best decisions for his family and that he will do whatever it takes to keep them safe and happy. There are many ways to measure a man's character, but I can assure you, this is the only one that counts. I can only hope that he is granted the ability to remain with his family and continue building their new life together.

Sincerely,

# Keenan Tabor McGrath

Keenan Tabor McGrath

Hon. Robert N. Chatigny                                   November 20, 2020
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny:

I'm writing today to share with you my experience of working with Michael Gramins from 2004-2009 and to give some insight into how impactful he was in improving both the quantity and quality of business I did with my client base in the product he was responsible for, non agency mortgages.

Mike and I were both at Lehman Brothers from 2004-2008, and briefly at Barclays Capital together in 2009 at which point Mike took an opportunity at Nomura, while I stayed on at Barclays and would remain there until retiring from fixed income sales in 2014.  All in all, I spent 20 years at Lehman, and almost 27 years in the industry.

Except for an initial stint in a training program at Lehman in NYC and then 3 years on the MBS trading desk, my entire career was spent covering the largest fixed income asset managers on the west coast. Many of the clients that I first started covering when I moved west to San Francisco in 1991 remained my clients for the remainder of my career; Western Asset Management, Trust Co the West, Capital Research, Rosenberg Capital (acquired by Pimco) and Payden and Rygel, among others.

Given that these asset managers were in many cases responsible for client assets totaling in the hundreds of billions, the competition to earn their business was intense to say the very least. Since broadly distributed, "in comp" trade situations were commonplace, having my clients be able to rely on our traders' assessments of potential trading levels was absolutely essential to getting-and keeping- market share.

When Mike joined the non-agency trading desk in 2004, I was already a seasoned sales person with over 10+ years of experience and had worked hard to earn the reputation as someone my clients and traders could both depend on, so I expected the same from my trading desk. It became clear very quickly that Mike had a unique ability to distill information, listen to what clients and sales people told him their needs were, and bring appropriate opportunities in the right assets to the right clients.  Again, there were dozens of traders across the industry vying for my clients' attention, and Mike brought an energy and personality to my key clients that resulted in our market share improving sharply during a period of significant growth in our asset class.

When I think back on this era of explosive growth in non agency mortgages specifically, and securitized products more generally, one thing that stands out was that our products were becoming increasingly sophisticated and often that meant that direct trader to

client engagement was sometimes preferred for both speed and clarity of execution. While I was not comfortable having all traders talk to my clients, but I never once suffered any lack of confidence in how Mike would interact with my customers, so we had an understanding that he was free to engage with my most important clients. Again, this only worked to forge broader and deeper relationships as these clients got to know Mike even better through doing business this way.

While Mike and I parted ways when he moved on to Nomura, given that our industry was a close-knit group I knew how much of a competitive force he had become, because now I was faced with having to compete against him. Given the brand he had established, I can assure you this was not easy!

I appreciate your consideration of this letter; please let me know if I can be of further assistance.

Best regards, Dave Staley

Ex. A-64

November 6, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103


Dear Judge Chatigny,

Although I have known Michael Gramins for only a short period of time as a friend and
colleague of my son, Tyler, I am pleased to write this character reference for him. Tyler always
spoke very highly of Michael during the years they worked together, and when I finally met him,
I knew immediately that it was all true. It was and is clear to me that Michael Gramins is an
honest, hardworking young man of upstanding character.

During Michael's trial, I met and became friendly with his parents and sister. I found that his
Mom and I had much in common as we were both schoolteachers and we shared the same family
values. It was clear to me that Michael had a similar upbringing as my children. These values in-
clude honesty, respect, empathy, and the integrity to do what is right. Watching our children
grow and consistently make the right choices into adulthood, we were shocked to find our sons
in the situation they were in. Like my son, Michael grew up as a responsible, honest, kind child
who always tried to do the right thing. He was a rule follower and consistently did what was ex-
pected of him. He went on to become a responsible, conscientious adult who continued to do
what was expected of him at work. It would never enter his radar to do anything that was unethi-
cal or unlawful. Such a thing would be polar opposite of his character and professional values.

When I first became aware that my son Tyler was being investigated, I was not worried because I
knew he would never consider doing anything that was at all unethical. All his life he followed
every rule and never got in any trouble at school or home. He tutored and mentored other stu-
dents who struggled academically or socially. When I was informed that he was indicted, I was
in shock. After graduating Summa Cum Laude from NYU Stern, he worked at Lehman Brothers,
then Barclays and finally Nomura.  After spending nearly six weeks speaking with Michael's
parents daily, it was clear that his upbringing followed a similar story and path.  Neither Tyler
nor Michael were able to work in their field for two and a half years while waiting for the trial to
begin, and have not and will never be able to work in their field now that it has concluded.  Dur-
ing this time both faced immense stress and financial burden in trying to support their families.

The trial put immeasurable stress not only on Tyler, his wife, Michael Gramins and his family,
but on my husband and I as well. We traveled from Maine to Connecticut each Sunday and
stayed until Friday to offer as much support as we could. I never imagined this could happen to
our honest and responsible son. It is a parent's nightmare to see your child in such a situation
knowing that you cannot do anything to take away the hurt, stress and pain. We had trouble eat-
ing and sleeping, as did Tyler. We could not wrap our heads around the fact that Tyler could end

up in prison and be labeled a convicted felon for the rest of his life for doing his job as he was trained to do it. Tyler was fortunate to have been acquitted, however, as you know this was not the case for Michael, having been convicted on one of the nine counts against him.

As a parent I implore you to look at Michael's character and his family that needs him at home. At the time of sentencing please do not separate them. Not only is Michael a wonderful and de-voted husband and father, his is also an upstanding member of his community. He has already endured years of strain on his family and lost his career, which I believe is punishment enough.


Sincerely,

Lois Peters

Ex. A-65

November 15, 2020


Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103


Dear Judge Chatigny,

I write to you today on behalf of Michael Gramins.  Mike is a friend and former colleague of my son-in-law, Tyler Peters.  I initially met Mike ten years ago as he was also a coworker of both my daughter Renee and her husband Michael at Lehman Brothers.  My late wife Lora and I have been in the company of Mike and his wife Natalie on many occasions. Mike has always been a kind, respectful and respectable young man.  His love of family has always been obvious to those of us who know him.  His character and compassion came across loud and clear in the heartfelt words of sympathy and sorrow he gave me after my wife's passing in 2015.

Unfortunately Mike now finds himself in a legal situation where a period incarceration could be psychologically devastating to Natalie and his two young children, █ and ███████. I have first-hand knowledge of how stressful and damaging the investigation and the trial were to the lives of my daughter Julianne, Tyler, and our entire family.  I was in complete disbelief when this all started as Tyler is one of the most honest people I know in my life, and I have always known Mike to have the same integrity as well.  It is incredibly difficult as a parent to watch your child suffer in any way, especially when it seemed unfair and unfounded, and the stakes were so high.  I sympathize deeply with Mike's parents as they have been with him every step of the way and anxiously await the coming decision along with him.  I have always considered my sons-in-law to be my own children, and I know that Natalie's parents feel the same way about Mike.  This case has affected so many more people than the three directly involved, and all have already suffered so much.  I watched Tyler lose his career, his friends, and years where he and my daughter wanted to start a family but were forced to put that on hold.  I know Mike has already endured a similar punishment.

Your Honor, I hope that you will bring to an end this terrible situation and allow Mike and his family to begin rebuilding their lives.


Respectfully Yours,


Louis Annunziata

November 22, 2020

Hon. Robert N. Chatigny
United States Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny:

I have know Mike for twenty-five years.  We first met in grade school as competitors on the football field, both of us attending small, Catholic schools in the Chicago suburbs north of the city that played in the same athletic conference.   We then become classmates, teammates, and close friends when attending the same Jesuit high school and we remain friends to this day.

Mike and I have a number of shared experiences: we both grew up outside of Chicago; attended similar grade schools and the same high school; took a lot of the same classes; were co-captains of the football team our senior year; went to college on the East Coast; lived in New York City; and worked in finance.  Through those shared experiences, I came to know and understand Mike as a student, teammate, friend, peer, and person.   What stood out to me most about Mike in high school — and still does today — is his sense of purpose, self-awareness, and his character.

I have always been impressed by Mike's sense of purpose.   In school, Mike studied hard, participated in class, and was an excellent student.  On the football field, he excelled through the grueling summer camps and two-a-day practices to be recognized by his teammates as a captain of the team.  Mike put in a tremendous amount of time and energy in all his endeavors. Almost equally impressive to me, however, was the combination of his self-awareness — he knew then and knows now who is he and what is important to him — with an unwavering ability to resist things that would detract from all his hard work.  I witnessed this first-hand at parties in school.  When faced with peer pressure to drink, Mike was content not to follow the crowd, recognizing the difference between right and wrong without being influenced by others.

One quick anecdote to help show who Mike is as a person.   At high school graduation, my parents gave Mike a small gift and shortly after, Mike wrote them a thank you note.  To this day, my Mom insists that is was the best, most genuine thank you note she has ever received.   I think about this at times, especially around graduation season, and wonder how many thank you notes my Mom has received over the years, having given gifts to a lot of family and friends. But knowing Mike, this would not be a surprise.

Having known Mike for so long, his case has had a strong impact on me.  I think about the effects that it has had on his wife, Natalie, and their two children.  It's not only the case itself but the length of time that it has been hanging over their heads.  I truly commend Mike as a husband and father, as he has continued to put his family first throughout this entire period of time, continuing to build a wonderful family with two children.  Professionally, Mike has missed the prime of his earning years regardless of whether he worked as a trader or any other profession, having last worked in trading in 2014.

At sentencing, I please ask that you take into account not only Mike and who he is as a person but also the sizable effects that this case and outcome have already had on him, his family, and their financial situation.


Sincerely,
P.J. Collins

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

My name is Tom Suehr and I am currently a portfolio manager at a Denver, Colorado based hedge fund. I have known Mike for over 25 years, since first meeting him in middle school.  Mike and I are the same age and both attended high school at Loyola Academy in the suburbs of Chicago.  It was there that I came to know Mike as a kind and caring friend, and as someone to look up to who exceled academically, socially, and athletically.

I was also able to maintain my friendship with Mike during our years in college, as he attended Georgetown University with my younger brother.  During those years, Mike was a mentor to him, helping him navigate a new social and academic environment and providing a reference for his first job at a small law firm.  In no small way did that influence my younger brother's path in life, as he eventually received his J.D. from Northwestern University.

Mike's reliable friendship did not wane as we aged.  During my first days of working for a hedge fund, Mike was an indispensable resource for helping me adjust to my new role.  He provided advice and support, and as a trading partner, he always treated me fairly and honestly.  I owe much of whatever success I have achieved to Mike's support and encouragement.

I have also had the privilege of witnessing Mike create a family and mature into an enthusiastic and warm-hearted father.  Looking back over the arc of my relationship with Mike, I can only see a good friend, someone who has consistently been generous and kind with his time and support, and a loving and dedicated husband and father.

Judge Chatigny, I hope that my brief comments can help you draw forth a fuller picture of the depth of Mike's character and integrity, and the value that he brings to those that know him.

Sincerely,

Tom Suehr

11/22/2020

Ex. A-68

October 30, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, Connecticut 06103

Dear Hon. Judge Chatigny,

I write in support of the character of Mike Gramins, whom I have known since our families met as neighbors in downtown Manhattan in 2015.

Like Mike and Natalie, my wife and I have 6 and 3 year-old children.  Our children became close as toddlers with nearby apartments and spent dinner together every Thursday night until the Gramins moved to North Carolina in March of 2020.  My family and our kids have yet to miss a birthday party for Mike's children ███ and ██████████, including a Zoom party in 2020.

Not surprisingly, as our children's friendships evolved, so too did my friendship with Mike and Natalie.  It is a statement of Mike's character that very soon after meeting each other, Mike specifically asked me to have coffee where he informed me of his pending legal case.  Mike wanted me to hear it directly and wanted me to be able to ask him any questions I might have as a friend and parent of children who interact with his own.  Looking back on this early interaction over coffee five years later and weighing all of my interactions with Mike since, I have seen only a transparent, moral, and empathetic member of our community.

As close friends, we have shared all sorts of counsel with each other as nascent Dads and I've watched as he and Natalie have modeled above and beyond for their children.  I deeply respect Mike's strength in enduring the financial and emotional twists and turns of his last 6 years; taking his son ██ to soccer, then attending a legal proceeding, then spending hours trying to find a viable job given his legal overhang, then finding time to call me with measured advice regarding the likely pitfalls of a construction project I was undertaking.  He is a dedicated father and husband and a friend who is deeply invested in my own well-being despite the tremendous stress he is under.

It was clear to me from our first conversation about his case in 2016 that, given legal procedure, Mike had already weathered substantial forced distancing from both his network of colleagues and friends in the financial industry.  And while I cannot opine about the legal characteristics of Mike's (now) conviction, my entire professional life has been focused on fixed-income markets.  From a practical standpoint, I can't dimension the equity of Mike's singular conviction given broad buy-side and sell-side trading desk behavior in the over-the-counter bond markets.

I never expected to write a letter of this sort in this situation.  But when I heard from Mike that his motion for acquittal was denied, I was gutted at the prospect that his sentencing might take him away from his young family.  At a minimum, I hope that Mike's conduct since his legal proceedings began as a father, husband, friend and citizen are given appropriate consideration in his sentencing.   There is no doubt in my mind that Mike will shoulder the weight of this chapter for the rest of his life.  I also have no doubt that he will continue to be my friend and continue to be an engaged and productive member of society.

Sincerely,

Clayton Pope

Clayton Pope

**Ex. A-69**

James E. Farrah

██████████

Bethesda, MD █████

November 22, 2020

VIA EMAIL

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I first met Michael Gramins my freshman year at Georgetown University in 2000. We met through mutual friends and were part of a larger group that regularly spent time together. I knew early on that Mike was someone I would know after our years at Georgetown came to an end. People with the same values and outlook on life tend to gravitate towards each other. During our four years, I can honestly say that Mike was the most serious, dedicated, and hardworking student that I knew. Mike never sacrificed school for social reasons. When I look back at my own time at Georgetown. I often compare myself to how Mike approached his studies. I wish I had been as focused and forward thinking as he was at eighteen years old. There was something about the way Mike worked at school, and the reserved way he conducted himself on the weekends, that convinced me he would be successful in whatever he chose to do in life.

In August of 2004, I went to New York City to visit some of my college friends, and I stayed at Mike's apartment (which he shared with 3 other Georgetown alumnae). It was the middle of the week and we all went out, except Mike. Mike worked late and then went back to the apartment to rest. When we got back to the apartment later that night, Mike was still up working and even our best attempts were not enough to lure him out of his room. I was awakened very early the next morning when Mike left for the office before sunrise. I could only laugh because he hadn't changed at all since our college days; he was still the hardest working and most driven among all of us. I often recalled that night a couple of years later when I was earning my law degree at Georgetown University Law Center. The impact was so profound that I still remember it to this day.

I saw Mike a handful of times over the ensuing 10 years, and even through the Great Recession and the resulting career changes, Mike always had a youthful optimism and a sense that his hard work and perseverance would prevail. I started to see Mike more frequently once we both started our own families. Over the past few years, I saw Mike regularly during his visits to the Washington, DC area (where I'm from and live today) with his amazing wife, Natalie, and his two

beautiful children (his older, ▮, is the same age as my older daughter).  We celebrated birthdays, holidays, and Georgetown basketball games with our families, and it was always special to have the Gramins' around.  I can't begin to imagine how tough these past 5 years have been for Mike and Natalie.  Through all of it, he has remained determined to show the type of man, father, husband, and person that he is, and I can say firsthand he is exemplary in all areas.

I'm sure the other letters you have read include many of the same sort of anecdotes I've shared here, and I believe you would be hard-pressed to draw any conclusion other than Michael Gramins is one of the good guys.  He worked hard at Loyola Academy to get to Georgetown.  He exceled at Georgetown, making academics an incontrovertible priority, and earned a highly coveted position at a leading Wall Street institution.  The only thing more important to Mike than his work is his family.  We're not talking about a morally corrupt, self-centered person; this letter is about one of the hardest working, genuinely good family men I have known.  I urge you to recognize Mike for the person that he is and the life he has built for his family.  Please don't destroy Mike's family to set an example.  If you want to discuss anything in this letter or talk about Mike generally, I'm more than happy to connect.   You can reach me at 240-426-0221 or james.farrah@gmail.com.

Sincerely,

/s/ James E. Farrah

November 22, 2020

October 29, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

    **Re:**   *U.S. v. Michael Gramins*

Dear Judge Chatigny:

    My name is Matthew Daly. I am an attorney admitted to the Bar of the States of New York and Connecticut. After law school, I clerked for two years for the Honorable Louis L. Stanton in the United States District Court for the Southern District of New York.

    I am writing to voice my strong and unequivocal support for Michael Gramins in connection with his upcoming sentencing.

    I have known Mike for over twenty years since we became friends in college at Georgetown University. Mike has always been an extremely kind, empathetic, and generous person, not only to me but to all others with whom he comes in contact. I admire Mike for his respectfulness to others, his consistent positive attitude, his work ethic, and his strong faith values. I have also had the privilege of watching Mike grow in life as an extremely involved, caring and supportive husband and father. It is always an utter joy to observe the strong bond between Mike and his wife Natalie, the close relationship he shares with his extended family, and what an active, supporting, and encouraging father Mike is for his young children ▇ and ▇▇▇▇. Mike instills in his children the values of family, faith, education, and service to others that Mike holds strongly, such as by celebrating first days of school, making frequent visits to museums, aquariums and zoos, encouraging the children to join in family activities like cooking, and, recently, actively creating and participating in virtual and at-home educational experiences for his children. It would be devastating for these children to be without their father during these formative years, and especially during these unprecedented times of a global pandemic.

    Mike's attributes makes him a valuable member of society, his community, and his family, and my hope is that the totality of his life and character are considered in this matter. I know that Mike and his family have already suffered tremendously in this matter over the last five years, and I do not believe there would be any benefit to society by sentencing Mike to incarceration.

    Thank you for your consideration.

                  Respectfully submitted,

                  Matthew C. Daly

**Ex. A-71**

Michael Dolan
████████████
Garden City, NY ████

October 29th, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing you this letter to vouch for the character of my longtime friend, Michael Gramins. When Mike and I met twenty years ago, I could never imagine that one day I would need to write a letter such as this. As we are both the youngest of large, catholic families, Mike and I quickly became fast friends meeting in the same dorm complex at Georgetown University. Our like backgrounds was an instant draw, but what really stood out to me was Mike's passion for learning, commitment to his faith, but most importantly his compassion for others. It quickly became apparent that Mike was someone that would guide me through my college career and beyond.

Since Mike was on the path to graduating magna cum laude, I always looked to him for guidance. We took many of the same government courses together and he always made time to help explain some of the nuances that I was not quite picking up. Although Mike had great success in the classroom, he was not one of those students that could coast on his intellectual capacity. Mike had to work hard for every 'A' that he earned and thus we spent many late nights in the library together.

When time came to move on to the real world, Mike had already secured a highly coveted job in the Lehman Brothers training program. I looked to Mike for guidance as Wall Street excited me but I was not as steadfast on my career path. Mike took me under his wing, introduced me to his colleagues, taught me some finance basics, prepped me for interviews, and even let me spend a few nights on his couch in New York City. Although Mike was working more than seventy hour weeks, he still found time to help me find my way and secure a job in a trading capacity on Wall Street.

Mike and I flourished in New York sharing many dinners, golf rounds, pickup basketball games, and late nights discusses politics and the rigors of a job in finance. We both had the immense pleasure of meeting our wives around the same time and looked forward to the excitement of each new day. However, in early 2015, Mike told me of the charges being brought against him and I could not believe what I was hearing. I was shocked

Ex. A-72

that this could happen to someone who had worked so hard and done everything by the rules.

The way that Mike has handled himself the last five years is truly a testament to his character. A lesser man would have crumbled under these circumstances as Mike lost his job and his future was put jeopardy. However, Mike remained committed to his wife and kids and learned how to cope with the new normal of lawyers, court dates, and appeals. Mike has been uprooted from his home in New York, has had to change his career path, and his legal issues are still in limbo. But during this upheaval, Mike has turned his focus to his faith, family, and friends and shown me what is truly important in life. No matter what the outcome, Mike will always remain an advisor, role model, but most importantly, dear friend. It goes without saying that a sentence of incarceration would not only destroy a family, but deprive the world of a truly upstanding citizen. As one of Mike's many supporters, I ask for your leniency on his sentencing.


Sincerely,

Michael Dolan

Arthur Tergesen, CPA, Esq.

█████████

Township of Washington, New Jersey

October 30, 2020

The Honorable Robert N. Chatigny
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny:

My name is Arthur Tergesen, and I have been practicing law for five years. Just under two years ago, a colleague from law school reached out and asked if I had any interest in interviewing at his law firm. Though I was not looking to make any changes, I figured that it couldn't hurt to setup a phone interview – that phone interview was with Michael Gramins.

Suffice it to say, the first interview went well and I began working with Mike in February 2019.

I have had the good fortune to get to know Mike on a personal level in the time that I have worked with him. What always stood out to me about Mike was that even with everything going on in his life, he did his best not to let it impact his work – even when his conviction was reinstated. Rather than shut down, Mike used his experience to help clients get through similar situations in a way that only someone who has been in Mike's position can do. And while I have no doubt that it is impossible for me to fully comprehend what he has gone through, knowing Mike has helped me understand what clients in his position are going through more than I ever thought possible.

Despite having lost the career he worked extremely hard to build, I have never heard Mike downplay his case or complain about how unfair anything was. Instead, he has always been an open book about the posture of his case and how he thought it was going.

I have nothing but the utmost respect for Mike, and the dignity with which he has carried himself cannot be overstated. But regardless of Mike's ability to keep it together thus far, a sentence of incarceration would have a terrible impact on not only Mike, but on his wife Natalie and their two small children. Mike has accepted responsibility for his past, and belongs at home with Natalie, ███, and ███████.

I thank the Court for its time in considering this letter.

Best,

Arthur Tergesen, CPA, Esq.

Brendan Walsh
████████████
Montclair, NJ ███████

October 29, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I write this letter in support of my friend Michael Gramins whom I have known for 20 years.

Early in the summer of 2004, my friend Mike picked me up in a U-Haul, and we started our journey, officially marking our transition from college students to young professionals in New York City. We had met nearly four years earlier during our freshman year of college and identified we had a number of shared interests whether it was in sport where we both had been high school lacrosse players or for the intensity we saw and respected that the other brought to their academic studies. It was probably not remarkable that a guy from Deerfield, Illinois and and another from Simsbury, CT found a lot common, but when I look back at what differentiated Mike from so many other friends, it was the passion he brought to whatever he did and the values that were unquestionably foundational to his pursuits, whether it be at 18, 22 or 38 year old.

I can remember early on in our freshman year, when so many others were focused on their new found freedom and the excitement that a college social life brought, Mike signed up to take a seminar that offered more rigorous coursework. This seminar demanded additional hours of reading and paper writing that were seemingly in direct conflict with taking full advantage of the first semester of college. The passion and energy Mike brought to his studies went beyond the desire to attain good marks. I believe it was a sign of someone who was intellectually curious, and looking to ask questions to understand the world around him more deeply.

The values that underpinned his discipline and willingness to take the road less traveled became clear to me a little over a year after we met, when I spent time during my sophomore winter break in Chicago and visited Mike at his home and met his parents. It does not take much time in the Gramins household to understand that this was a family of faith and Catholic values. In my eyes, Mike has reflected those values whether it was at home, on campus, or as a young adult in New York. He sought out and created relationships with Jesuits while at Georgetown, attended mass on his own volition while at school, but perhaps most tellingly as a young adult, he always stood out as one of the few friends who cared to ask me how my family was doing. This always struck me, as I lost my father to cancer at the very end of my senior year of college, and I had many friends who had gotten to know my father and my then recently widowed mother, but only a few friends would see me and care to ask how my mother was doing, Mike

**Ex. A-74**

was and still is one of those friends because it's only natural to him and who he is as a son, brother, father, friend and person.

Going back to the U-Haul that was setting out on I-95 for the big city and the new adventures that waited ahead, I certainly never would have picked Mike to endure some of the challenges he has experienced. But I did see the respect and enthusiasm he brought to his chosen career path and that the chance to work on Wall Street again is something he has probably lost forever and I know that in and of itself is a great loss for him. Mike is fortunate  in so many other ways, with a beautiful family and group of friends who support him. However, I also know the pain that nearly six years of legal challenges has brought upon Mike and his family and hope that by offering a window into the Mike I have known for two decades, you can have an independent measure of his character.


Thank you for your time and consideration.

Brendan Walsh