# EXHIBIT A

Abigail Walsh

Montclair, NJ

October 29, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing you this letter today in support of my friend, Michael Gramins. You have, or will, also read a letter from my husband, Brendan Walsh, and while you might wonder why we don't just write a joint letter, we are both proud friends of Mike's and both want to share with you his great character.

Mike and I both lived on the 7th floor of Harbin Hall freshman year at Georgetown. Both being from the Chicago suburbs (and rival high schools), and being the younger siblings of Georgetown graduates, we had plenty to talk about and compare notes. We explored the campus and Washington DC together and made many friends together, many of which who friends we still have today, 20 years later.

I remember talking with him freshman year about family and I can see still today the way his face lit up when talking about his sister Meg. I could tell, and have now seen it on multiple occasions, their bond and admiration for each other and knowing that amongst the chaos of life, they always have each other. Family and respect are core values of Mike Gramins. I know this because I have been witness to it repeatedly. We have been to each other's weddings, we have experienced death of friends and family members together, and we have shared in the celebration of the birth of our children together. Mike is always there as a solid, kind, and thoughtful person who stoically stands, looking out for everyone.

As they naturally do, our friendship has waxed and waned over the years. I, as a nurse practitioner, have a very different professional life than Mike, but when you have known someone for so long, and during these formative years, the connection never fades. Mike is one of a handful of people that I could cold call tomorrow for help and he would be right here. This is why I am proud to write this letter, in support of him, his wife Natalie and two young children as I know they all have suffered greatly during this 6 year legal fight. My wish for him is that this can soon be put behind him so that not only can the family move forward, but so the world can better enjoy the caring, family loving person who is Mike Gramins.

Thank you for your consideration,

*[signature]*

Abigail Walsh

Ex. A-75

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street-Room 228
Hartford, Connecticut  06103

October 27, 2020

Dear Judge Chatigny,

I am writing to you on behalf of Michael Gramins, whom I have known for 38 years, both as the son of dear friends, and as the student in my classroom and in a high school youth ministry program.  My husband and I moved to Deerfield, IL in 1981 and met Mary and Tom Gramins through our Catholic parish.  Our connection began when Mary and Tom introduced us to friends of theirs, Marquette University alums, who graduated from Marquette around the same time as I did.  In the following years, our son Dan and Mike became childhood friends.

My husband and I always encouraged our four children to value friendships based not only on mutual interests, but more importantly, on the qualities of kindness and integrity.  In spite of Dan being a year older than Mike, they enjoyed many of the same interests.  When Mike came over to play, we observed that Mike knew how to share, how to play fair and how to be inclusive.   Mike and Dan enjoyed playing football, on the school team, but they especially bonded over their love of ice hockey. The local youth hockey league required a substantial fee for equipment and ice time, which both our family and the Gramins' family could not afford at the time.  As soon as the park district outdoor ice rinks were frozen, Mike and Dan spent weekends recruiting other players to join them for hours of outdoor hockey games.  Mike brought over skates from his older brothers to share with Dan. Our younger son, Michael, liked to tag along, and Mike was always willing to look after him.

In 1995, I began my teaching position at Holy Cross School as the eighth grade Religion teacher, along with being the Coordinator of Youth Ministry for the high school students of the parish.  Mike was in the eighth grade class that year, and for the first time, I was in a position to observe his outstanding academic and leadership qualities.  As part of the preparation for Confirmation, the eighth graders could choose opportunities to be of service in the parish and in the larger community. Altar serving was one of the commitments Mike made.  Besides his regular schedule of service, he could always be counted on to fill in on short notice when needed. Every October, the eighth graders and high school students of the parish planned and hosted a Halloween party for the children who attended St. Malachy's, an inner-city school located on the west side of Chicago. Mike was one of the most enthusiastic leaders of this event.  We prepared and shared a lunch with the children and their parents, followed by setting up and playing a variety of games in

their gym.  Mike was a natural with the middle school boys who wanted to shoot baskets in one corner of the gym.  He could have fun with them and keep everyone following the rules, which was a skill all of the adults appreciated.

During high school years, what I admired about Mike was his ability to be thoroughly involved with his school community at Loyola Academy, while keeping up with his friends who attended Deerfield High School, by attending parish Youth Ministry programs on Sunday nights.  Mike was involved in the comprehensive service opportunities at Loyola Academy, and in the service opportunities at Holy Cross parish. Every summer, we planned a summer service trip to towns where Habitat for Humanity invited high school volunteers to work on building sites.  In 1998, Mike fulfilled the requirements to go on the trip to Baldwin, MI to build a volunteer center with 40 other students and 16 adults.  The first part of the week, he worked with the team that measured, cut and installed the drywall throughout the bedrooms and large gathering space.  The second half of the week, he learned how to run electrical wiring, throughout the building, all under the supervision of adult volunteers.  I recognized Mike's work ethic on these jobs and his desire to do his best, for the welfare of all of the Habitat volunteers who would sleep and eat in this center for years to come.

During Mike's years at Georgetown and his work in New York City, our conversations were limited to seeing each other at Christmas Mass at Holy Cross parish, when he came to Deerfield to visit his parents and siblings.  He and Natalie have loved sharing the joy of parenthood with my family. It is clear that the love he has for his wife and children lights up his life.  As steadfast as he has been over the past five years, receiving a sentence of incarceration would be devastating to Mike and to his young, growing family.

 Mike's character was formed by the family into which he was born and by the communities of faith that educated him.   He is the youngest of seven, four brothers and two sisters.   The Gramins family invites everyone to their table, literally.  They share their time, compassion and possessions with anyone in need.  Their children know the meaning of " love your neighbor".  Mike lived in a home with six older siblings who, along with his parents, taught him to be a person for others.  He has been that person as long as I have known him, and he and Natalie are passing that generosity of heart on to their children.

Thank you for the time you are taking to understand the person of integrity that Mike Gramins has been throughout his life.

Sincerely,


Mary Ann Salemi

Linda Warren
███████████
Deerfield, IL ███

October 26, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing this letter on behalf of Michael Gramins. Michael grew up next-door to me and I have known his family for the past 37 years. Throughout his life, I have observed Michael to be a very caring, considerate individual. When he was young, he would often help one of our elderly neighbors who had physical limitations. He would take care of their yard by clearing out deadwood, invasive plants, and shoveling snow in our Chicago winters. From his religious background growing up as a child, attendance at Loyola Academy in high school and Georgetown in college, social justice played an important part in his development. He was always a very kind and caring neighbor who could be counted on to support those in need.

This has been a trying time for Michael and his family. As a father with two very young children, a sentence of incarceration would be devastating to his family. Children of incarcerated parents face difficulties throughout their entire lives, including social/emotional problems, poor outcomes in school, behavior issues and relationship issues with the incarcerated parent that may last after the parent is released from prison. I implore you to consider the impact a sentence of incarceration would have on his family.

Thank you for taking the time to read my letter and considering the impact a sentence of incarceration would have on Michael and his family.

Sincerely,

*Linda Warren*

Linda Warren

Ex. A-77

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

    I know you are very busy so I appreciate you taking the few minutes to read this letter.  I would like to tell you a little bit from my perspective on who Mike Gramins is as a person.  For some background, I went to Georgetown University and graduated in the same class as Mike.  We then moved on to New York together after college where we roomed together for a time.  As the years have passed, we see each other less given we are both very busy raising our young children (I have four children under the age of 9 and Mike has two children under the age of 6).  Despite not being in as regular contact as we once were, I know exactly who Mike is as a man, a friend, and most importantly as a husband and father.

    Soon after meeting Mike in our freshmen year in college we became friends.  This certainly not unique – I think that most students on campus felt that they were friends with Mike.  He had a warmth about him that made everyone feel at home, and was incredibly inclusive of students of all backgrounds.  I believe Mike's strong family background growing up in Chicago as the youngest of 7 children, and his Jesuit education at both Loyola Academy for high school and Georgetown for college shaped who he was from an early age.  Mike was arguably the hardest working student in our class in college, but he was always willing to spend his time helping his friends out.  He brought the same focus and work ethic to the classroom that he would later bring to his career, and then later to his relationship with his wife Natalie.  He currently brings that focus to raising his young children.

    As college came to an end Mike and I were on the same track because we both aspired to work as financial professionals in New York.  We were competing against each other, and hundreds of other students at Georgetown to win coveted interviews and hopefully job offers from investment banks in New York.  Although we were competing for the same interview spots and jobs, I vividly remember Mike preparing for interviews in the library and welcoming others to join him to study and prepare together.  Even though we were all competing for the same spots, Mike put his friends first and wanted to make sure we were all prepared.  He truly wanted the best for everyone around him.  Mike had been preparing for much longer than I had and was light years ahead of me, but I credit him with getting me up to speed.

    Mike was heavily recruited by many firms and moved to New York after graduation.  I watched as he was very successful early in his career, but this was not at all a surprise to me or anyone who knew him.  What I was more impressed with was that Mike never let any of his career success get to his head.  He never strayed from the hard working and humble young man that his parents raised, and remained close with his college friends despite his growing success and network.  Mike acted as a mentor to younger employees at his firms and the many Georgetown graduates who he hired.  He has always been willing to do anything he could to help out his friends with any advice they needed.

    Mike and Natalie started a family with the birth of their son ▇ not long before his last day on a trading desk at Nomura in November 2014, and had their daughter ▇▇▇▇▇ 3 years later.  It has now been 6 years since Mike worked on a trading desk.  I think about the impact that his indictment has had on his career on the one hand, which is certainly unfortunate.  But then I think about the impact and stress that this case has already had on Mike and his family, and I pray that the next step does not take a dedicated father away from his young children and wife.  Mike is a loyal friend, a hardworking and intelligent young man, and a most importantly a devoted father and husband.  After spending so much time in his life helping out others, he has fought through the last 6 years of his life and never asked for a thing.  Judge Chatigny, I do ask that you consider not taking him away from his family.

Best,
Dan Brupbacher
11/5/2020

Ex. A-78

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103
October 31, 2020

Dear Judge Chatigny,

I am writing this letter with the hope of giving further clarity into who Michael Gramins is, and why I am proud to call him a dear friend. I met Mike in the fall of 2000 during our freshman year at Georgetown University, and over the years I have gotten to know his siblings, wife, and their two children as our friendship enters its second decade. Seeing the toll this case has had on him and Natalie is simply heartbreaking, and I would like to do everything I can to help on his behalf.

One of the qualities that I first noticed about Mike, which holds true to this day, is how hard he worked. His schedule was always packed with an intramural sports activity, internship, or simply swiping ID cards at the school gymnasium. I could tell he was the type of person who gave his all to every task, and I quickly found out this was the case with his older sister Meg as well. Coincidentally, Meg was the resident assistant of my sister Lauren's freshman dormitory during the 1996/1997 school year at Georgetown, which I found out upon introducing her to Mike as we became friends. Meg was a year older than my sister, but worked in the freshman dormitory, tasked with advising and managing a handful of incoming college students, one of whom was Lauren. Lauren spoke glowingly of Meg, specifically how much she cared about the freshmen under her watch and how invested she was in making sure these students got acclimated to their new surroundings. I was surprised to learn that our older sisters' paths had crossed a couple years prior, but I was not surprised to hear Lauren speak to Meg's outstanding character and work ethic, as I was quickly noticing similar traits in my new friend Mike. Mike and I grew closer over the next four years, as I felt strongly that his upbeat personality and dedication to his studies would be a great influence on me. Which is why I was so proud, but not surprised, that spring of 2004 to learn he was graduating magna cum laude, a worthy distinction for someone who's impressive work ethic was on display throughout our time on campus.

Our paths crossed again shortly after graduation as Mike and I began careers in New York City, as we were neighbors in Union Square in our mid 20's, and later spent summers in the same neighborhood on the east end of Long Island. It was there that I first remember meeting Natalie, who I could tell early on was a special person that would hopefully be in Mike's life for years to come. She was so engaging, pleasant, and interested to learn more about Mike and his friends. I found out she too had a very successful career in finance, and the more I got to know Natalie, the more impressed I became. A few years later, I was fortunate enough to attend their son ▪'s birthday party at their house in Quogue, and remember thinking how happy I was that Mike had found the love of his life, and was on his way to raising an amazing family. As I sat at that party, I thought to myself that even though we weren't as close as we were in college, I was so happy that he had remained a part of my life for so long.

Today, I see Mike tackle his responsibilities as a father of two young children with that same dedication and work ethic I first noticed back in the fall of 2000. His strength has never been more impressive as it has over the past few years, as this trial weighs on him and his family. He remains upbeat with a positive attitude, always greeting his friends with a smile on his face. Every time we touch base, I am impressed with how steadfast he has remained amongst such adversity, knowing full well how much his family depends on him. It is one of the many reasons I am honored to be able to write to you on his behalf today, and hope my letter has in some small part spoken to his character. Thank you for your time.


Sincerely,

Daniel DeYoe

**Ex. A-79**

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

November 19, 2020

Dear Judge Chatigny,

I am writing you on behalf of Michael Gramins. I have known Michael for over 15 years when we began working together at Lehman Brothers. Our careers continued together when I joined Nomura in 2011.  Michael and I worked very closely together over the years and since we met I have known Michael to be a generous, honest, caring, and upstanding gentlemen. Michael was always someone all could go to for a laugh, advice, assistance or even a cry. It was not just business for Michael, personal relationships are important, and Michael was not only a business colleague but a friend.

I understand that Michael's attorneys are asking you to sentence Mike to probation. I strongly urge you to follow this path. The last few years have been harrowing for Michael and his family. He has lost his career and his ability to practice his craft. The financial toll of the last few years has been devastating. He has lost many friends and close colleagues. This ordeal has battered Michael. He has suffered. He has paid his price. I hope that you also see it this way and sentence Michael to probation.

Thank you kindly for your time and consideration.

Best,

*Lewis H Meyers*
Lewis Meyers

Ex. A-80

Hon. Robert N. Chatigny
United States District Court District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing to testify on the behalf of the character of Michael Gramins. I have always considered my Uncle Mike and Godfather to be one of my greatest role models. I am a senior studying mechanical engineering at the University of Wisconsin, and I can attribute a lot of my success to my Uncle Mike.

In the fall of 2019, I was in the grueling process of searching for a mechanical engineering co-op for the spring and summer of 2020. After a few rounds of interviews, I secured a co-op offer from a company outside of Milwaukee as a design mechanical engineer. I was extremely excited to have received this first offer, but I had my eyes set on a bigger fish. While interviewing with the company outside Milwaukee, I was also interviewing with ExxonMobil. Despite having a safe offer, I wanted to pursue the opportunity with a top five Fortune 500 company because I knew it would be an incredible and challenging experience with great value for my future career prospects. Unfortunately, I was stuck in the challenging position of needing to secure an offer from Exxon before the two-week window to accept the other offer expired. At this point, I needed some advice and knew that I should turn to Uncle Mike.

I have always seen a lot of myself in Uncle Mike. We both have a similar ambition to lay out a successful life while forming lifelong bonds with those around us. I knew that he would be able to provide me with great advice to enhance my future as much as possible. Through several phone calls, we discussed the various advantages and disadvantages of taking each offer. Essentially, the decision boiled down to whether I wanted to take a safe offer or push myself towards a greater life challenge yielding great returns for my future. At the end of our calls, he instilled the confidence in me to pursue the offer at Exxon. He believed that I had what it took to obtain that offer and take on that excellent challenge laid out before me. Fortunately, I performed well enough in the recruiting process to capture the offer, and I spent an incredible semester in Baton Rouge. I cannot thank Uncle Mike enough for pushing me towards that goal.

I have always felt extremely connected to Uncle Mike, and I believe all 16 of the Gramins cousins feel the same way. Despite living in New York City, he never failed to make it to the Chicago suburbs to bake Christmas cookies with six of his nieces and nephews. This is something I looked forward to every year and felt super lucky to have an awesome uncle that really cared about us. His love for his nieces and nephews came through immensely when he got married. Despite there being 14 of us at the time of his wedding, my Aunt Natalie and he found a place for every one of us in the wedding party. The youngest were the ring bearers and flower girls, and the older ones acted as ushers. This fact that he was willing to have 14 kids ranging 1-16 years old potentially jeopardize the most important day of his life clearly shows the content of his character. Uncle Mike's love for the kids of his extended family proves how devastating incarceration would be for his own children.

Uncle Mike's two young children have an incredible father that will guide them to be their best selves. There is little more important to a child's development than having a strong and present

father. I have seen firsthand how important Uncle Mike's kids are to him, and how important he is to them. It would be an absolute tragedy if this bond were broken. There is no telling how it would affect his children. In all honesty, there are few people that I look up to more than Uncle Mike especially when considering the love he has for the children in his family. Please do not tear apart a young, loving, and safe family. I owe a lot of my development to my Uncle Mike, and I cannot wait to see how his own children develop as a result of having him as their father.

Sincerely,

Matt Gramins

**Ex. A-81**

October 28, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

    I have had the pleasure of knowing Mike since 2006.  His then girlfriend, now wife, Natalie, introduced me to him when I made a trip to New York City.  I immediately liked Mike and could tell he truly cared for Natalie.  Natalie has been one of my best friends since we roomed together in college, and then later for several years in New York City, and I have never seen her so in love with someone.  As Natalie is like a sister to me and only deserves the best, I have always been keen to quickly judge her boyfriends.  However, Mike struck me immediately as warm, intelligent, and loyal.  He quickly became my friend too and he has more than lived up to my first impression of him.

    The time I have spent with Mike has been somewhat limited because of the physical distance between us, but I did frequently travel to New York City after I moved home to North Carolina as that is where my job was based.   While I watched Natalie and Mike grow in their relationship from afar, I heard first-hand from Natalie on phone calls and via emails and texts how much Mike meant to her.  To, me, that is the greatest testament to his character.  Natalie is truly one of the most loving, humble, loyal, and integrity driven people you will ever meet.  I knew if she chose to love Mike, then he must be special.  I had the joy of being at their wedding and witnessing their vows to one another and I knew they were soulmates. Then, Natalie and Mike became parents to sweet ■.  Mike immediately took to fatherhood and loved ■ fiercely from the moment he was born and his love for his second child, ■ is no less fierce.  He is exactly the kind of father anyone would want for their children.  He is an engaged, doting parent who only wants what is best for his children.

    While Natalie and Mike have a wonderful marriage and family, these last six years have truly tried to tear it all apart.  They have been living in limbo and have lost precious years of their young family life in emotional turmoil. I have witnessed my dear friend, Natalie, spend the first months of her infant daughter's life in a courtroom.  Both Natalie and Mike lost precious time when they should have been bonding as a family wondering about their future and being in a constant state of limbo.  My heart broke for them every time they were given hope and it was later taken away.  While I know Mike and Natalie have done everything they can to normalize their children's lives, they spent much of their children's young lives focused

on the trial, the twists and turns, and the sentencing. It was not one year, not two years, not three, but SIX years that they have been in a figurative prison awaiting a resolution.

Not only have this family's lives been in limbo for the last six years, but they have also had to uproot their family from their home in New York City. They left behind their friends, their home and everything they had built so that Natalie could take a job and support their family.

I can honestly say that as strong as Natalie has been, she would be broken if Mike was incarcerated. It would be a physical extension of the emotional nightmare they have already been living and the consequences to their children's lives would be irreparable. Those children need their loving father in their house, and Natalie needs her husband. I beg of you to consider all they have already lost in this 6-year long process.

Sincerely,

*Lauren Troxler*

Lauren Lynn Troxler

Ex. A-82

October 26, 2020


Honorable Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103


Dear Judge Chatigny-

My name is Craig Thessin and I am writing to you on behalf of my cousin, Michael Gramins. Michael and I grew up in neighboring states, he in Northeastern Illinois and me in Southeastern Wisconsin, but our passion for Chicago Bears football meant that we always had plenty to talk about at family gatherings; the fact that Mike's father and my mother are both steadfast supporters of the Green Bay Packers only made these conversations more spirited.

We spent several holidays and family events together growing up, so I had the benefit of experiencing the foundation and values that Michael was raised under. This became the fabric with which Michael lives his life and how he approaches all circumstances, including his commitment to his family and faith. In all of my interactions with Mike over the years, I've never once questioned his character or intention.

Mike has always been a committed scholar willing to work as hard as possible to achieve his goals, exemplified by graduating magna cum laude from Georgetown in 2004. He is not the type of person to cut corners or take an easier path for his own personal gain - he is a caring, empathetic individual working towards the greater good.

I know Michael is a dedicated husband and father that is focused on raising his family with the same morals and integrity that his parents instilled in him. His wife, Natalie, shares these principles and together they have created an environment where their young children can grow to become impactful, respected adults. A critical component to ▮ and ▮▮▮▮▮'s continued development will be the continuity and stability Natalie and Mike have established in their home. As you can imagine, the events that have transpired over the past 5-plus years have caused significant emotional pain and anxiety, which has reverberated throughout the extended Gramins family.

In closing, Judge Chatigny, I ask that you contemplate all elements of Michael's character when determining the appropriate course of action. His unwavering love and admiration for his family, along with his dedication to his faith have provided him the strength needed to traverse this difficult time in his life. I appreciate your time and consideration.


Respectfully-
Craig Thessin

Ex. A-83

November 27, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103


Dear Judge Chatigny,

I have worked closely with Mike Gramins in a professional sense for over five years now.  Over the years, Mike has not only earned my respect as a colleague but also as a friend.

We were first introduced during my time as Head of Business Development and Marketing for a global law firm; one of the firm partners was an advisor to him on his case at the time.  Mike had learned about our efforts to gain new business through litigation financing investors and offered to help us develop our marketing materials.  Preparing materials for investors was new territory for us, and his Wall Street perspective would be tremendously helpful in tailoring our approach to this audience.  While Mike was never compensated for his time, he spent countless hours working with us to get the materials in great shape.  We ultimately ended up winning new business as a result of this initiative, and I'm confident that much of that was due to the selfless efforts of Mike.

This level of commitment was a constant theme throughout my dealings with Mike.  He spearheaded the launch of a boutique law firm in 2017, and the goal was to build a firm that was unique.  Despite the differentiated approach, Mike was dedicated to ensuring that the business always operated in line with industry best practices.  He regularly reached out for guidance to ensure the important balance was always maintained.  In fact, I was so impressed with the business that they had built that I decided to join the firm in 2019.

In my new role, Mike and I would jointly run the business operations (i.e. non-legal) of the firm.  Once on board, I quickly learned that our colleagues relied heavily on Mike, and not just for his operational support.  The team often looked to Mike as a mentor, and to help them navigate difficult personalities or challenging circumstances.  On many occasions, I watched Mike sacrifice his own best interest in these situations for the benefit of his colleagues and the firm.  And over time, I too became someone that depended on Mike in this manner.

Mike and I have worked closely together over the last year and a half.  It has been truly humbling to see Mike's dedication to his work and genuine care for his colleagues' wellbeing despite the backdrop of his own personal situation.  The Mike Gramins that I have come to know is a kindhearted person and consummate professional, and I hope that this is  strongly considered during his sentencing.

Sincerely,

Heather Lemarier

Timothy C. Machir
Darien, CT

October 28, 2020

To:
Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

By way of introduction, my name is Tim Machir and I am writing you this letter to vouch for the character of my longtime friend, Michael Gramins. I have known Mike for the last 20 years since we met as Georgetown freshman. I never imagined that one day I would need to write a letter such as this for Mike.

Mike is one of the hardest working people I have ever encountered and has shown fierce loyalty to this friends and family. At Georgetown, Mike worked several jobs to help offset school expenses and still succeeded in the classroom through hard work and discipline. I have always admired and respected that Mike never looked for the easy way out, just put his head down and did the work. Mike showed time and time again willingness to help his peers in achieving their academic goals. He was active in the community and showed a tremendous commitment to faith.

No one was surprised when Mike graduated Georgetown at the top of our class and secured a highly coveted position at Lehman Brothers. Despite his success Mike was always willing to help those, like me, who were still finding their path and living on couches. He was able to connect me with people in and out of his industry that allowed to better understand my career goals. He did this with no reward except helping a friend in need.

Our relationship grew post college as we found we had more in common and shared many of the same values. Faith and family being core to both our lives. I recall the day when we were notified that our dear friend had been _____. I heard that news from Mike and think often about the effort Mike made to bring our group of friends together in the support of ailing friend. Mike and I are products of Jesuit education, both high school and college, and a big part of the Jesuit philosophy is being a Man/Woman for Others. Mikes effort to support our friend during this horrible time truly exemplified what St. Ignatius imagined when he founded the Jesuits.

I think the biggest testament to Mikes character is the way he has handled himself the last five years since charges were brought against him. Truly shows the strength in character to maintain your core values during the most difficult times. Despite losing a career he worked his whole life for, moving his family to a brand new city, and dealing with lawyers, court dates, appeals etc. Mike had remained committed to his wife and kids and turned his focus to his faith, family, and friends. As one of Mike's many supporters, I ask for your leniency on his sentencing.

Sincerely,

*[signature]*

Timothy C. Machir

Ex. A-85

William Swayne

Rye, NY,

November 9, 2020


Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103


Dear Judge Chatigny:

I am writing in relation to the trial and pending sentencing of Michael Gramins in your courtroom. Mike is a good friend of mine from Georgetown, where he and I both graduated in 2004. We met twenty years ago in our freshman year and were close friends throughout school, including living together as roommates in New York City while we were both summer interns. Since graduating, we remained friends as we both moved to New York City to launch careers, get married, and eventually form families.

I am writing in strong support of Mike, and to vouch for his character as you contemplate sentencing in his case. After twenty years of knowing Mike, through many phases of our lives together, I can state with confidence that Mike is a person of integrity, with one of the highest work ethics and internal drives that I have ever known, guided by a strong internal moral compass. In college, Mike displayed a level of maturity and focus that escaped many of us. His first priority was firmly set on academic performance, with an easy confidence that was not shaken by peer pressure to veer off his chosen path. I recall many nights where Mike was hard at work in the library, while the rest of us were not. His drive was a strongly positive influence on my own approach towards school, as I witnessed his maturity and level of seriousness, and saw how his choices translated to his exceptional academic performance. I also recall Mike being very invested in his relationships that matter to him, with a rare depth of loyalty to his good friends. As we have grown up after graduating, Mike has maintained all of the traits that I admired when I first met him: his drive, integrity, and investment in his friendships.

Mike and his young family have been endured an incredibly challenging time throughout this lengthy trial. My hope is that you will see through this letter and I'm sure many others, that Mike is a man of integrity, who is ready and eager to put this behind him, and re-engage fully towards contributing positively to his community with his full and substantial vigor into.

I would be more than happy to share and expand on my perspective of Mike, and could not possibly vouch more strongly for Mike's character, and request your leniency in his sentencing.

Sincerely,

William Swayne

Ex. A-86