# EXHIBIT A



THE UNIVERSITY OF
SCRANTON
A JESUIT UNIVERSITY

OFFICE OF THE PRESIDENT

November 20, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, CT  06103

Dear Judge Chatigny:

I am writing on behalf of Michael Gramins. I have known Michael and his family since 1997. The Gramins Family has a long history of attending Georgetown University. When I met Michael, I was a professor in the English Department and university chaplain at Georgetown. I do not understand the intricacies of the case against Michael; therefore, I will limit my comments as to his character.

Michael is, first and foremost, a great family man. I know of his deep love for his wife, Natalie, and his two children, ███ and ██████████. The Gramins Family is very tight knit and to my mind, all of them have great integrity and an incredible work ethic. Michael is also a graduate of two Jesuit schools, Loyola High School and Georgetown University. At both schools, Michael would have heard the call to serve faith and promote justice. Michael clearly lives these values. He has an exemplary record in his academic, social, and spiritual life. He has been very fortunate to have had a remarkable career. In addition to his obvious successes, Michael is a generous man with a big heart. Based on my knowledge of Michael as a student, a family man, and mortgage backed securities trader, I urge leniency with regard to his sentencing. Michael has great things ahead of him and rather than being sentenced to imprisonment, he can share his talents with his family, his colleagues, and neighbors. If I could be of any further assistance, please do not hesitate to contact me.

Sincerely,

*Scott R. Pilarz, SJ*

Scott R. Pilarz, S.J., Ph.D.

Ex. A-87

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

   Uncle Mike is the best uncle in the world, and no I am not exaggerating. The amount of support he shows for his kids, nieces and nephews, siblings, parents, wife and friends is admirable. He is always so kind to me and truly cares about how I am doing and always asks me about my life at family events. There is an amazing story that I have of Uncle Mike. When I was young and he started dating my now Aunt Natalie (known as PAN back then, a.k.a pre Aunt Natalie, my nickname for her), I would write them letters every so often to check up on them. I loved Aunt Natalie and his relationship so much that I really wanted them to get married. So what did my younger self do, I wrote him a letter saying put a ring on it. Next thing I know, they were engaged and part of me hopes that I had something to do with it. I was forever grateful they put up with my letters and nagging him to propose to her so our family could grow. I even got a special lion stuffed animal and a kind letter from them both when they went on their honeymoon trip and that meant the absolute world to me and it still does. This example truly shows how much Uncle Mike cares about me and supports whatever I say to him and my actions. Another amazing thing was instead of college friends and other family members they could choose, Uncle Mike and Aunt Natalie chose to have all of us nieces and nephews as their bridal party. Aunt Natalie could have chosen anyone else but she instead chose us bunch who she just met to be a part of it. That is one of my favorite memories and still is to this day. From getting a new dress, to getting our hair done, and being able to walk down the aisle to support them, it was an amazing day. This shows how much family means to Uncle Mike. It would be a shame to take him away from his family who cares so much about him for a long time. He deserves to see his two amazing, intelligent, and kind little kids ████████ and █ to grow up. He deserves to converse with us nieces and nephews. He deserves to spend time with his parents and siblings who know what such a good guy he is. I hope this helps show how much Uncle Mike should not be accused and shows his true spirit. He does not deserve to go to prison and be taken away from his kids and amazing wife who knows he is the best dad and husband ever. To me he is the best uncle ever, and I think that should count for something. Thank you.

                                        Kelsey Gramins

**Ex. A-88**

October 29, 2020

Hon. Robert N. Chatigny
United states District Court
District Of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103


Dear Judge Chatigny,

I am writing to you regarding the case of Michael Gramins. Please allow me to introduce myself, my name is James P. Gramins and I am Michael's uncle. I have known Michael his entire life. I grew up in Milwaukee, Wisconsin and its suburbs( life-long Green Bay Packer fan), and 18 years ago retired and moved to Lehigh Acres, Florida. Michael unfortunately grew up in Deerfield, Illinois and  somehow became a Chicago Bear fan. That is the only flaw I know of in Michael's impeccable character. Throughout his life I have always seen Michael treat people sincerely with honesty, trust, dignity, and respect. He was brought up in a very loving, religious, hard working, well educated family, of two wonderful parents, two older sisters, and four older brothers.

I would like to relate one incident about Michael that I always remember. It was back in 2015. Michael, his wife, Natalie, and their newborn son ▇ (less than a year old) had to come to the East coast of Florida for business. They were only here for a few days but Michael insisted on driving across the state to the West coast of Florida with his family to meet his aunt and uncle for lunch. They then drove back to the East coast to catch a flight home that evening. That's Michael, he loves his family. He didn't have to make the extra effort to visit his aunt and uncle but he did and I will always remember that. He is a proud, loving, son, husband, father, brother, uncle, and nephew that is truly loved and respected by his family and friends.

We all have made mistakes in our life, no one is perfect, but it is through our failures that we learn valuable lessons and I am quite confident that Michael has learned valuable lessons in this matter that will not be repeated. Therefore Judge Chatigny I am asking for your compassion and forgiveness in dealing with this matter.

Sincerely Yours,
James P. Gramins

**Ex. A-89**

November 11,2020
Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing to you in an effort to provide insight into the type of person my friend Mike Gramins is. I'm proud to have gotten to the second sentence of this letter before calling out that for the bulk of the over 13 years that I've known Mike, he was fondly known as "the baby" in our very close circle of friends due to him being the youngest significant other in the group. Not many men I know would have let this nickname stick but that is just one of the great things about Mike, he knows how to focus on what's really important and not sweat the small, potentially embarrassing stuff. At the end of the day, his willingness to put up with a silly nickname and garner the trust and loyalty of his future wife's closest girlfriends is how I come to be writing this letter. I don't consider Mike to be just my friend's husband but rather a friend of my very own that I know I could reach out to if there was anything I needed.

This has been the case since I met him back in 2017 at a small dinner party in my New York City apartment. Natalie and Mike met at work and while playing it very cool at the office, they were quickly forming a spark that is still something to admire today. I first started hearing about Mike a few months before that fateful evening Natalie invited him to our dinner party. He didn't know anyone except for Natalie but showed up dressed to impress with a bottle of my favorite bubbly and walked right over to our table, popped it and the night began. This may seem like a perfectly normal, regular thing for a guy trying to impress a girl to do but if you've ever dated in New York City you will know it was much more than that. He cared enough to figure out what we liked, remembered things Natalie had told him about us, and almost focused more attention on getting to know Natalie's friends as he did her that evening. This commitment to caring about our close group of friends has only grown over the years.

As relationships come and go and change over the years, Mike has always been a strong, dependable, reliable, loyal and fun loving friend. In the early years of Mike and Natalie's marriage, I was typically the single friend but never felt it because Mike always made sure I was taken care of and included. It is a part of his nature to put others first and read the room to ensure everyone feels welcome. I remember one night in particular, a group of us were going out to dinner and Mike had just learned about the charges being brought against him. Not only did he still come but he spent the whole evening getting to know my date (now husband) and making sure everyone had a good time despite the life altering news he had just received.

This incredible ability to put aside his own personal struggles and think of others first has continued throughout this entire unimaginably long process. During the six years this ordeal has been going on, Mike and Natalie have welcomed two wonderful children into the world. Despite everything going on, they have successfully created a loving household for their two children and made a point to ensure their legal situation never impacted their lives. Being the youngest of seven children growing up in a strong catholic family, I know how important family is to Mike and it's amazing to me how he's been able to continually put his family first and make being a dad and husband his biggest priority.

This ordeal has not only tested Mike's strength but also Natalie's in both a mental and physical way. During the trial, Natalie was in attendance daily despite having just given birth to their daughter ▇▇▇▇▇. I can't even begin to imagine the toll this had to have taken on her especially with all of the trauma after having a baby. I was 37 weeks pregnant myself and wanted to come support them during the trial but both Mike and Natalie wouldn't let me because they were worried about me traveling being so far along. I had the option/luxury of supping them from a far but Natalie did not. Every day she managed her recovery from a c-section, breast feeding, caring for a newborn and supporting her husband in a trial for his life, for their life.

Looking back on the past six years it's also amazing to me how true to his character Mike stayed during this entire process. His devotion to his family never wavered. He knew he had to be strong for them and maintain whatever sense of normalcy he could despite the personal challenges he was facing. He went from having a super successful career to focusing on the kids and supporting the family at home while Natalie became the primary breadwinner. As a career woman and mother of two, I've made this mental shift twice, going from work to maternity leave and then back to work, and it was extremely difficult even knowing that I had a timeline laid out for me. He's had nothing but uncertainty for the past six years and has still maintained a positive and supportive attitude.

I am not a legal expert by any stretch of the imagination but I have had a firsthand account of what the last six years has been for Mike and Natalie and their family and trust me, they have suffered significantly.

Judge Chatigny, I truly hope that through the trial and these letters, you have been able to get a sense of the person Mike Gramins is and agree that he and his family deserve to move on.

Thank you for your time and consideration.


Sincerely,

Kai Peters

Kai Peters

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing in regards to my brother-in-law, Michael Gramins. I am married to the third Gramins' child, Tim, in the cast of seven siblings. Tim and I have been married for 25 years, with three children of our own, Kaitlin, Matt, and Kelsey. Mike was only 13 years old at our wedding, and therefore I have witnessed him growing up into the fine man he is today. I have always strongly felt that when you marry someone, you are not only marrying your spouse, but joining a family. I knew with certainty this was a remarkable family into which I was marrying. I, too, am from a big, Catholic family, and felt right at home amidst Tim's siblings and parents. My upbringing and the Gramins' household seemed to be molded from very similar values - hard work, respect for others, integrity, a strong faith, and a passion for civic duty. These are attributes we also are raising our children to encompass. Mike has been a presence in our children's lives, and another source of demonstrating how to live by these qualities.

Perhaps it is because he is the youngest of seven, and grew up with amazing parents and excellent sibling role models, or it is just his independent self, but Mike is a true treasure of a human being. I am most in awe of him for his relationship with our children as Uncle Mike. When they were young, he was the uncle who spent endless hours playing with them. Hide and seek, tag, squirt gun wars, piggy back rides actually appeared to be just as much fun for him as it was for them! As our children got older, these childhood games led to playing lacrosse catch, or tossing the baseball and football around. During these times were when more conversation opened up and our kids started seeing Uncle Mike as someone they not only loved but also admired. He is Godfather to our son, Matt, and has embraced that role to it's fullest extent. He has been a strong male presence in Matt's life since his birth and they have a very close relationship. Not only for Matt, but for our daughters as well, Mike is *the* relative all three of our children seek out for guidance with their education and as they pursue careers. Mike always takes the time to listen to them as they voice their aspirations, and he intelligently provides diplomatic advice. When needed, he connects them with people in the fields they are pursuing to further answer their questions and guide them. He goes above and beyond as a mentor to all of them, and he is definitely a source of their success in their own lives.

Family ties appear to be one of Mike's strongest influences in his life. One of the biggest testaments to how much Mike embraces family was when Mike and his lovely bride, Natalie, chose to have all their Gramins' nieces and nephews, fourteen at the time from toddlers to teens as their wedding party. On their most important day of their lives, with elegance exuding from the couple, they decided they would rather have the uncertainty of behaviors of young children process down the aisle to the altar instead of tried and true adult friends and family. (Amazingly, it went off without a hitch, and was a wedding for the ages!) We have since witnessed "Uncle Mike" become a father himself. This is a role that fully suits him and he is an incredible dad to ▇ and ▇▇▇▇▇▇. What is very special, however, is that Mike has not just switched gears from uncle to dad. He continues to nuture his relationships with his nieces and nephews, not letting those bonds fall to the wayside.

I strongly believe children need to have excellent role models actively involved in their lives as they grow up, to nurture them, and to subtly show them with their own actions and words what it looks like to be an upstanding citizen. Mike is exactly this person in our children's lives, and for that we are so very grateful.

Sincerely,

*Colette G.*

Colette Gramins

Ex. A-91

District of Connecticut
Abraham Ribicoff Building
450 Main Street
Room 228
Hartford, Connecticut 06103

Regarding: Mr. Michael Gramins
(Personal Observations of Michael B. Graham, MD -Long-time Family Friend)

Your Honor:

Mr. MICHAEL GRAMINS, the youngest of the seven children of our long-time friends Thomas &
Mary Gramins of Deerfield, Illinois and our Holy Cross Parish has been well known to us since he
was in-utero. My wife Rita, a Holy Cross School elementary teacher, and I well remember when
Mary informed us that she was pregnant with Michael.

Rita & I and our three children had already participated with the GRAMINS FAMILY in innumerable
neighborhood, Parish, school, and Deerfield community projects, programs, and life events. We
also share with the GRAMINS our Milwaukee, Wisconsin roots as well as our Marquette University
alumni heritage.

MICHAEL GRAMINS' six older siblings - two sisters and four brothers - were all excellent role
models for MICHAEL in terms of community service, discipline, diversity/inclusion, fairness,
kindness, leadership, and selflessness. All of these qualities have been consistently and abundantly
demonstrated by Thomas and Mary Gramins as parents. Thus MICHAEL GRAMINS' grew up within
a family with the highest ideals and with a truly impeccable community reputation.

RITA and I have three major personal observations that highlight MICHAEL GRAMINS' substantive
character growth from a very young age.

OBSERVATION #1
EMPATHY for SENIORS & DISABLED PERSONS

MICHAEL GRAMINS as a very young boy was a source of great joy and hope to my mother-in-law,
CHARLOTTE, whom we took care of in our home for the first five years after she suffered a major
stroke at age 79. A former coloratura soprano opera singer and volunteer community theater
organizer, CHARLOTTE lost her ability to sing, became hemiplegic and was wheelchair bound.
MICHAEL GRAMINS & his mom would visit CHARLOTTE frequently at our home over that 5-year
period with goal of cheering her up & bringing her hope. Early on, MICHAEL thus had substantive
participation in the therapy of a severely disabled senior citizen (CHARLOTTE interacted with
MICHAEL extensively - clearly providing early life lessons and reinforcing empathy and respect.)

OBSERVATION #2
NO TOLERANCE FOR BULLIES

**Ex. A-92**

Like his four older brothers - during his growing up years MICHAEL GRAMINS had no tolerance for bullies. My wife RITA was a teaching assistant at our Holy Cross Parish School for many years, and I was volunteer advisor to the Holy Cross Science Teacher. We both noticed that over a wide span of years that there were Gramins siblings enrolled at Holy Cross School, they commonly helped maintain order at the many school activities. The oldest Gramins brother DANIEL and years later the youngest Gramins brother MICHAEL were very effective in preventing bullying and neutralizing would-be bullies. (DANIEL went on to become a cardio thoracic surgeon in the US NAVY at rank of Captain.)

OBSERVATION #3
A GENUINE PROPENSITY for SERVICE & for LEADERSHIP

MICHAEL also emulated his oldest brother DANIEL in that they both achieved EAGLE SCOUT status. Both were excellent service project organizers. MICHAEL GRAMINS actually participated simultaneously in two different Boy Scout troops; one was a standard troop with scouts ranging from middle school to 12th grade. In this troop, Michael achieved the rank of Eagle Scout. The other was an Explorer Scuba Diving Post limited to high school students with an interest in becoming certified Scuba Divers. Each troop offered challenging projects and goals.

HOLY CROSS HABITAT for HUMANITY service trip to Michigan
LOYOLA ACADEMY DUMBACH SCHOLARS service projects in Chicago, Holy Cross 8th Grade Class Presidency, Loyola Academy Student Council Vice Presidency, Loyola Football & Lacrosse Team Co-Captaincies, and Holy Cross Altar Server were amongst the array of substantive service & leadership roles attributable to Mr. MICHAEL GRAMINS.

IN SUMMARY, my wife RITA and I personally observed & participated in MICHAEL GRAMINS growing up years in DEERFIELD, ILLINOIS and observed his positive maturation into a role model for other youth - as a young person with:

1.) empathy for seniors and disabled persons;

2.) no tolerance for bullies or bullying;

3.) a genuine propensity for service and for leadership.

Respectfully submitted:

Michael B. Graham, MD
Emeritus Faculty
NorthShore University Health System
Senior Clinician Educator, University of Chicago, Pritzker School of Medicine



Deerfield, Illinois

November 2, 2020

Hon. Robert Chatigny
US District Court
District of Connecticut

Dear Judge Chatigny,

Mike Gramins is my brother-in-law.  I met Mike aged 14, when I was dating his oldest sister in 1996.

Mike was a disciplined young teen parented by a Navy Dad, a high school teacher Mom, and six older siblings, all of whom were adherents to their Christian convictions for hard work, service, and generosity.

I began to see Mike's own conviction to hard work and selflessness in high school.  As an Eagle Scout he conceived of a service opportunity to clean the bottom of boats in Chicago's Lake Michigan harbors.  Can you think of anything less appealing that scrubbing a boat for an hour or more .. in filthy, numbing water, while holding your breath?  Growing up in a suburb rife with overly-entitled attitude, Mike had a paper route, a lawn mowing business, and bunch of snow removal customers.

As the youngest of seven and last to leave the nest, Mike has retained a strong selfless commitment to family and opportunities to share family time together.  I've made just two trips to NYC during the many years Mike lived there, both were one-day visits.  Despite my being nearly 20 years older, and married to a sister who was off to college when he was still being bottle fed, Mike made time in his schedule on both occasions to meet me where my obligations put me, to connect for a brief family re-charge.  I have fond memories of a 20-minute chat at the base of One WTC on a cold February day, and another more leisurely lunch at a café on the west side.  Mike has remained the same kind spirited friend I met 24 years ago, resisting the hardened mannerisms which are so prevalent in NYC.  Until the recent five years of restrictions on his travel, mandated by trial and conviction, Mike and wife Natalie made an annual Christmas holiday pilgrimage to visit parent in both IL and NC, raising their children to internalize Mike's own commitment to nourishing family relationships, and giving of one's time to others.

Mike's kindness translates not just to being present for others, but to giving of himself to create a spark in those around him.  Over the course of many years, he established himself as lead enthusiast and process manager for the mayhem of a dozen young cousins baking Christmas cookies; and as lead train engineer teaching the younger generation how to setup and operate the traditional old-fashioned model trains that are a cherished part of the Gramins holiday legacy.

The best testament to Mike's character are his bright, engaging, respectful, and thoughtful kids.  As a parent of three of my own now mostly grown children, I believe that the best indicator of a parent's character is the character of their kids.  Despite the challenges of raising a family in NYC, the challenges of a two working-parent family, and no parenting help from grandparents nearby, Mike and Natalie have done a fantastic job raising kids poised to be wonderful architects to the future which you and I will retire in.  Have you met them?  I encourage you to find a way to do that.

So how do you determine how much of this man's life and his family's future to damage beyond the past five years he's lived without needed income or a steering wheel on his future?

**Ex. A-93**

He's been exiled from the career that he loved, and critically one which could substantively help support a family in the most expensive city in the country.  Not even officially "punished" for a crime yet, he's had to uproot his family to a cheaper location, where he and Natalie can lean on her parents for support while she does the heavy lifting with a career dependent on frequent business travel.

Five years of this trial have left Mike and Natalie flying at low altitude with an engine out.  As they are now on such a diminished and uncertain course, it's impossible to predict the magnitude of collateral damage from a sentence which removes Mike from his family.  Please set a sentence which allows Mike to start rebuilding the trajectory for his family and himself, by keeping him out of jail.

Jim Fairman

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

November 1, 2020

Dear Judge Chatigny,

Our names are Katharine and Jennifer Fairman, and Michael Gramins is our uncle and youngest brother of our mom, Monica Gramins Fairman. Mike has been a part of our whole lives and has always been a figure of generosity, empathy, and love.

Since we were young, Mike consistently has brought laughter and joy to family gatherings. Specifically, our family has a whole host of Christmas traditions that were initiated by Mike for when we come together to celebrate at our grandparents' house. He has always been the king of making "Spritz" cookies at Christmas and created a sprinkle competition among the cousins for who could get the most sprinkles on the cookies and the least on the tray. Mike also always set up the "Polar Express" train that ran around the base of the Christmas tree. He got all the cousins to gather and watch as he made the train go faster, slower, backwards etc. while never failing to bring excitement to everyone in the room. Most recently, we remember his daughter watching him run the train, and she shared the same joy and fascination that we did when we were younger. Mike has always played a central role in our family's Christmas celebration, and it is not the same without him.

Mike introduced Natalie to us at a family gathering, and we witnessed firsthand how gracious and compassionate he was (and still is) to her. When Mike and Natalie got married in 2012, they had all of the nieces and nephews be in their wedding party because they both value family tremendously and it was a fun way for us all to be a part of their love story. We wanted to reciprocate their love for us so during the wedding reception, the two of us, our younger sister, and our cousin, Kelsey Gramins, performed a dance that we choreographed as our wedding gift to them. Mike was especially humbled by our performance and he was and always has been incredibly supportive of our dance endeavors. He cares immensely for our success and ability to pursue our passions.

We value spending quality time as a family at bi-yearly reunions, which Mike has without fail always been a huge part of. When we have our reunions at a lake, he is always described as "the most fun uncle" and he gets everyone to go tubing and has contests to see who can stay on the longest. He is always present in the moment and wants everyone to have a fun time. He and Natlaie have also been exceptionally generous to our family, hosting us at their home in Quogue and planning fun activities for us when we were kids. He is always looking out for us and has made intentional visits out to the Midwest with his two kids for us all to spend quality time together. Mike is truly someone who prioritizes, values, and loves his family and we could not be more grateful to have him in our lives.

**Ex. A-94**

Mike has been an important figure in both of our lives for the past 21 and 19 years, respectively, and we have an even greater appreciation for Mike and Natalie's efforts to be supportive and loving. Having witnessed many roommates and friends throughout college with less than ideal family support systems or challenging family dynamics, we have a greater awareness of how much effort Mike has extended to us to keep a strong family relationship that is filled with compassion, encouragement, and love.

Sincerely,

Katharine Fairman        Jennifer Fairman

Hon. Robert N. Chatigny                                    November 28th, 2020

United States District Court

District of Connecticut

Abraham Ribicoff Federal Building

450 Main Street - Room 228

Hartford, Connecticut 06103

Dear Judge Chatigny,

My Uncle Mike has always been such an incredible person since I met him, and got to know him

as the responsible, kind, and loving person that he is. I know him as an amazing uncle, who

always makes family gatherings so much fun. He has constantly been such a light at family

reunions and get-togethers, making sure events run smoothly, and that everyone is included and

happy. I also know he is a spectacular father to two young kids, and to an equally as incredible

wife. Sentencing him to jail would be tearing him away from a family that he loves and protects

with his whole heart. Not only would he be devastated, but please think of the pain that would be

brought to his wife and children, without a loving and dependable husband, without a light and

joyful father in their lives. And to his parents, brothers and sisters, nieces and nephews, missing

his presence at family reunions, and times that should be filled with fun and laughter, but instead

left with a gaping hole. This legal case has taken a huge toll on his immediate family, as well as

extended family and friends, and sentencing him to jail would break all of our hearts. Please

consider my words of insight into this wise and strong man's life when making your decision.


Sincerely,

Karen Fincutter Tognarelli

████████████████████

Alexandria, VA ████████

October 24, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, CT 06103

Dear Judge Chatigny,

I was lucky enough to meet my best friend, Meg Gramins, in nursery school and doubly lucky that I was quickly and forever linked with her wonderful family. I don't remember meeting baby Michael for the first time, but I vividly remember kidding with Meg that her Mom looked like she had a watermelon in her belly when she was pregnant with him.

A few years later, it was easy to spot the Gramins family in church because for months Michael insisted on wearing his astronaut jumpsuit – a souvenir from a trip to Washington, D.C. Questionable wardrobe choices aside, he was an inquisitive, smart and funny kid. He was popular, but was that rare kind who thought nothing about being friends with everyone.

I even had the opportunity to be Michael's boss. He was a lifeguard and a swim instructor at the local public pool where I was the lesson coordinator and assistant manager. We had a lot of fun, and Michael was both a diligent instructor and a fun person to spend time with in the office – when he wasn't doing extensive summer reading for his high school honors program or continuing to earn badges towards being an Eagle Scout.

Our families often celebrated Christmas dinner together, where Michael was either running the trains around the tree, wielding a spritz cookie gun with gusto or elegantly decorating their family's famous Stollen bread with care and respect. As the baby of such a large family, he clearly loved when his brothers and sisters were home to celebrate, and he doted on his many nieces and nephews.

Meg and Michael share a special bond and I was often included in family activities, whether it was while we were in D.C. together but in different colleges or home during the summers. Meg and I also were roommates for four years after college in Chicago, and I got to know Michael even better during that time: his college years -- admiring the adult he was becoming.

While all of these happy memories are wonderful to recollect, there's something more uplifting, for me, that comes to mind when I think of Michael. I lost my Mom when I was 36 and living alone back in D.C. It was a really hard time for me, constantly riding unpredictable waves of grief. I'm so grateful that my

**Ex. A-96**

second family went out of their way to look after me during that time. I was invited up to Quogue, New York over Labor Day weekend where Michael and his brother John had homes outside of the city. Michael was a wonderful host. He was newly married to his lovely wife, Natalie, and they both were so happy. I remember thinking how amazing it was that the watermelon had grown into being such a kind and wonderful husband. He gave me a tour of his new house, and he was most proud that he had plenty of room for friends and family to stay. To him, the youngest of seven kids, his ideal was to have a place where many of them could comfortably gather and celebrate. Michael and Natalie were wonderful hosts. More importantly for me, they gave me an example of a beautiful and happy marriage -- full of love, hope and excitement for the future.

A couple of years later, after their son had been born and began to toddle around, I again joined them in New York for a weekend. I stayed with Michael and Natalie and was part of that ideal setting for family and friends. I got to see Michael with his son, and saw for myself, what I could have predicted when Michael was a swim instructor to the little guppies, that he is a tremendous, doting, loving, warm and generous father. Evidence of this was all throughout the house: so many pictures were on display of their new family. These days, it's not uncommon to have a hands-on father, but I was still impressed with how Michael and Natalie shared their parenting responsibilities. Their son was a shy two-year old then, but if he was in his Dad's arms, he was happy and full of giggles. He loved being read to and would ask for stories again and again. Michael clearly loved his son and relished their special bond. It was inspiring and motivating for me and created a beautiful memory.

Michael and Natalie now have expanded their family with a second child, a beautiful girl. I have shared in their joy over their growing children through social media posts and each time, I admire their obvious love and dedication as a family.

As we approach the holidays – however they may take shape in 2020 – I think about the traditions that we take pride in upholding, and I think about the children who have blessed families dear to me – including Michael's and Natalie's young ones. With all of the sacrifices they already have had to make, I can't imagine the children being separated from Michael. And all that they would miss out on: spritz cookie training or further developing their love of reading. These experiences are the building blocks of a stable childhood, and these children should not have to be deprived.

Respectfully,

Karen Fincutter Tognarelli

Karen Fincutter Tognarelli

November 28, 2020

Honorable Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, CT 06103

Dear Judge Chatigny,

I am writing to ask for leniency in Michael Gramins' upcoming sentencing hearing.  Mike and I met twenty years ago during our freshman year at Georgetown University.  Mike is a friendly face who truly cares about his family and friends.  We share this bond and it is why I am here to support him.  During college, we teamed up to bring our friend group together for basketball games, birthdays, and horse races.  Mike is a fiercely loyal and supportive friend who relishes the time he spends with his friends and family.

During the last fifteen years in New York, we have remained close which has enabled our spouses and children to know one another.  Mike continues to bring friends together, albeit in a different way.  Now when we go to basketball games, our children join and offer a different perspective to our lives.  I have enjoyed a front row seat watching Mike's hands-on involvement with ▇ and ▇▇▇▇▇ running on the beach, picking pumpkins, or just playing in the yard.

Mike encouraged me to give back to our Jesuit community in New York by introducing me to the St. Aloysius School (The Jesuit School of Harlem).  This was an organization that Mike and his sister Meg, spent a lot of time working with to help underprivileged children and raise money to educate these children.  I needed the motivation to get involved and give back and Mike was there to help.  When I arrived at the reception, Mike and Meg were there to greet me with smiles.  It was September 2015 and Mike had just been indicted.  His world had been turned upside down, yet he was there to rally his friends together to help those less fortunate than all of us.  This memory will always be with me.  During some of his most uncertain and darkest moments, Mike was there to support others and bring his friends together.

Mike is and will continue to be a good friend to me and my family.  He is reliable, supportive, and generous.  Mike brings friends together to celebrate, lend a hand to each other, and give back to our community.

Kind Regards,


Maegan Boger

Jacqueline Kort

Menlo Park, CA

November 13, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 061030

Dear Judge Chatigny,

I am writing on behalf of my friend, Michael Gramins.  I first met Mike in the fall of our freshman year at Georgetown, twenty years ago.  Of the many wonderful friends I met at Georgetown, Mike has always stood out as a genuinely kind, hard-working, determined, and grounded person.  I remember meeting him our freshman year and being instantly friends.

Likely influenced by growing up in a large Catholic family with many siblings, he worked hard and did not take opportunities for granted.  Unlike some peers I remember from those days, Mike did not cut corners.  Mike saw the value of Georgetown, and didn't squander any opportunities.  He took the difficult classes.  He put in the work.  He and I had several classes together and had a friendly competition.  I recall a time when we both applied for the same scholarship.  He was encouraging and supportive throughout the process.  For Mike, doing well in school through hard work was an imperative.  But being respectful and being respected were equally important.

Knowing Mike, this whole situation has flipped my understanding of the world on its head.  He is a fundamentally good person – a decent person and a caring person.  I have always known him to have good judgment and strong values.

Despite the toll of the past five years of legal proceedings, he has maintained an optimistic spirit and has not given up.  He has grown a beautiful family with his wonderful wife, Natalie.  I have no doubt he is a great father and his family needs him.  I hope that you will consider this letter, and the other letters offered on Mike's behalf, to find that Mike is no danger and at no risk of repeating any wrongs.  But rather, he has so much good to contribute, as a friend and a father.

Thank you for taking the time to read and consider this letter.


Best regards,

*Jacqueline Kort*

Jacqueline Kort

Ex. A-98

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

October 31st, 2020

Dear Judge Chatigny,

My name is Hayden Lockaby and I am a close friend of Mike and Natalie Gramins, with Natalie being one of my best and longest-standing friends. I am beyond honored to write a letter in support of Mike and share my belief in what an incredible person he is – as an individual, as a husband to my dear friend, a father to their children, and an important figure in both his friends' and families' lives.

Natalie and I met in 1997 at the University of North Carolina at Chapel Hill, where we both went to undergrad. At the time, she was my good friend Lauren Troxler's roommate. I knew her then to be focused on her grades, her friends and family, and her faith. The business school at Chapel Hill was challenging, and she graduated with top honors. All of this while staying involved with campus activities, and always supporting her friends.

We moved to New York early in the summer of 2001 as roommates there, and even though we didn't know each other that well at the time, I was excited to forge a more meaningful relationship with her. Natalie is one of those people who lifts up those around her. You can't help but feel she is unique – and that when you are with her, you feel that way too. She's always had a very strong sense of self, has always held people accountable, and actively chooses not to spend time with disingenuous or shallow people. She focuses on subjects that matter and lives her life with purpose and positivity. She is a woman of God. She is grounded and grounding. And she – respectfully of course – never tolerates anyone or anything is discontinuous to her values.

Even though we eventually moved out of that first apartment and no longer lived together, Natalie and I remained close friends throughout our time in New York together and still do now even as I live thousands of miles away. I sang in her wedding; she was a bridesmaid in mine. We were there for each other through all the growing pains of early adulthood and helped each other laugh through a lot of them too. When Mike came onto the scene in 2006, I sensed he was different than the 'boys' who preceded. Even though Mike was quite young himself (24 at the time), he, too, had a quality about him that made him stand out as someone special. He certainly didn't act like the 24 year-old guys you'd typically meet in New York. And although instantly we all fell for his fun-loving personality, humor and spontaneity, he was very serious about Natalie – and this of course, was the clincher. It sounds out of place in this day and age to use the word 'court', but that's exactly what he did – he courted Natalie. We all watched as their relationship developed and they fell in love. He was always genuine, respectful, generous and kind to all of her friends – as we'd become her New York family – and as a couple they were fun and easy to be around. It was plain to see they brought out the best in each other and I couldn't have been more excited for her, because I wanted more than anything for her to find her equal, her match. Mike is someone we knew would love her, challenge her, grow with her and build a family with her – because those were all such important things to her. On their wedding day they made those vows to each other, and every day since, this has remained their constant. They still love and challenge each other to be the best people they can be and are still growing together, as a family now with two young children, despite what they face. I have never seen Mike be cross, heard him raise his voice or do anything that would make me question his values, honesty, character or integrity. In fact, my experience of him has been just the opposite. He loves his wife and two children with all his heart, is patient, kind and caring with them always.

Mike has ALWAYS been a steady male presence and friend in my life as well since coming into it. One particular instance from 2011 comes to mind when I was invited to stay with Mike and

**Ex. A-99**

Natalie and I have been friends since college, which was over nine months of steadfastly being there. They ended a long-term relationship and was absolutely devastated. Both Natalie and Mike knew this and spent the entire weekend consoling and counseling me, which wasn't fun for them, but was so meaningful to me. Mike offered his male perspective on the situation – as only a friend who knows me could have done – and I so appreciated that because it was the piece that was missing. He could have easily "let us girls have our time together" but he didn't do that. He was as caring and compassionate as Natalie. The weekend was incredibly restorative to me and I left them feeling listened to, wiser, and a little more confident.

It's been over five years now since I first learned of the charges that were brought against Mike over a dinner Natalie and I shared in Brooklyn right after I got engaged. I've been by Natalie's and Mike's side as they've gone through each step of this process since. I sat in the courtroom in Hartford with Natalie and her two young children to hear the testimony. I've watched them weather this better than I could have imagined any couple could have – with grace, perseverance and determination - through the support they've had for each other. They are the definition of a strong unit – both for each other and for ███ and ██████████ as they grow up in the middle of this. Many would have retracted or withdrawn from social settings and obligations. Not this family. Even though it has been obvious to those who know them well that they've had a hard time these past five years, they have kept their commitments to friends, family, and colleagues, continue to make an effort every day to stay positive and focused on others and to meet each obstacle with courage.

There's no doubt in my mind that Mike is someone of the highest moral character. I would stand by him, as I'm sure many others are now, in testimony to the upstanding and beautiful person he is.

Sincerely,

Hayden W. Lockaby
October 31st, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

October 26, 2020

Dear Judge Chatigny,

When I first met Michael Gramins, he was a junior in high school who journeyed from Chicago to Washington, DC to make an official "college visit" to Georgetown University.  I was a senior at Georgetown at the time, and Mike crashed on the couch of the apartment I shared with his sister Meg and two others.

While this was the first time we met, I knew of Mike and others in his family through my close friendship with Meg over three years on the Hilltop. Meg continues to be one of my dearest friends – she was a bridesmaid at my wedding and is godmother to my son. The Gramins Clan is an incredibly loving and close family with strong Midwestern roots and sensibilities, composed of successful siblings and warm parents, all grounded in a deep Catholic faith. Wedding photos of the older ones graced our apartment, and during the spring of 1999, I was looking forward to meeting the youngest of this large family.

Over the course of his time with us that first visit, I remember speaking with Mike about coursework, as he was contemplating majoring in Government – my area of study, while his sister pursued American Studies.  I was finishing up two years in the Government Honors Program, and we discussed the added expectations of this somewhat prestigious subgroup, which included writing a thesis.  I was struck by his clear questions and was not surprised to hear, a few years later, that he ended up pursuing the same program and graduated magna cum laude from it in 2004.

But in a special way, I remember conversing with Mike about his experience at a Jesuit high school in Chicago. While I was raised Catholic, my interaction with Jesuits did not begin until college, but by this point in 1999, I counted numerous Jesuits among my closest friends (and still do). Mike got a kick out of the fact that both Meg and I, along with our group of friends, had a weekly dinner with two Jesuits where we argued about everything from campus life to politics to religion until late in the evening. He had similarly been influenced by the Jesuits at his high school, where he was very active in community service activities, from Habitat for Humanity Service trips to tutoring underprivileged students in Chicago, all following the Jesuit motto of becoming a "man or woman for others," each in our own human and imperfect way. Mike would continue this service work when he arrived on campus a year and a half later, participating in a tutoring program for DC students, as well as tutoring at a Catholic school in Chicago during his summers. Even after college, Mike joined others to help support a Jesuit elementary school in New York City, working on a fundraising committee for two years to try to keep its doors open to serve students from Harlem.

**Ex. A-100**

At the time we met, I was preparing to move to Chicago after graduation, joining a Teach for America-like program called the Inner City Teaching Corps (ICTC), where I would teach 4th grade in an underserved Catholic elementary school on the Westside of Chicago. During our conversations, I was interested in hearing Mike's take on good places for cheap eats, as I was going to be living on a very small stipend, and if alums from his high school were plugged into ICTC as volunteers or donors.  But I remember our conversation going deeper – talking about the challenges people living in underserved communities in Chicago faced every day, the larger public policy decisions needed to make change, and the way service programs like ICTC are trying to have an impact.  His opinions were clearly formed by his faith and impacted by Jesuit ideals of service above self.

But the Jesuits and the spirituality of its founder, St. Ignatius, are not all about butterflies and rainbows and selfless acts of service.  Ignatian spirituality places priority on finding God in all things – not just the easy or beautiful moments, but the challenging or humbling ones. And I cannot help but think that Mike, throughout this five-year long case, has been drawing on this Jesuit charism, the one I saw so clearly in him as a 17-year-old. For now, he must find God and his path forward in a different career and in a different place. Mike now lives a life as a "man for others" in North Carolina, where he moved with his wife and children to prioritize connecting to a support system near his wife's family, as well as pursing new career opportunities. But the youngest of the Gramins Clan still serves as a loving son, brother, uncle, and cousin to the family that started in Chicago, and a friend to many around the world, and he works to live up to that responsibility.

I feel lucky to have gotten to know Mike during that first visit, but also to interact with him many times over these last 20 years, including when I helped him and his wife throw his sister Meg a surprise graduation/birthday party in New York just a few years ago. I know he has been chastened by this experience and a sentence of incarceration would be devasting to all those who love and rely on him. Mike has focused these past few years on ways he can move forward outside the world of Wall Street, and I join all the others who know Mike's true character to ask that you to allow him to continue this work as an imperfect "man for others" on probation without court supervision.

Thank you for your consideration.

Sincerely,

Kathleen M. Long

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I have known Michael Gramins through his mother with whom I worked at Woodlands Academy.  I was the Wellness Coordinator and worked hand in hand with our boarding school!  It was prom time for Woodlands and one of our international students came to my office very sad because her date for senior prom had cancelled at the 10 hour and she wanted to know if I knew anyone she might ask!  I said that I thought I did and would see her after classes!  Pim is from Thailand and had been studying in the states and had been really looking forward to this experience!  I quickly called Mike's mom, Mary and asked if she thought Mike would be interested!  He was the first person I thought of to trust taking this young woman to her prom!

Later that evening, Mike called me to tell me that he would be very happy to accompany Pim to the prom!  He said that he would be honored!  I was able to give Pim an affirmative answer and a phone number the next morning!

Michael, in saying yes to this perfect stranger, made this one of the best times of Pim's American high school experience and Michael's only goal was to make sure this young lady had a wonderful and memorable time and she did!  He was selfless in his response and treated this young woman with caring and respect and they remained friends long after Prom night ended!

Mike is one of the most genuinely good and honest young man I know and respect!


Sincerely
Marsha Marko

**Ex. A-101**

October 29, 2020

Judge Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny:

I am writing to you on behalf of my nephew, Michael Gramins. He stands before you for sentencing.  I want to put in a good word on his behalf.

When I was a child, I used to live a block from my uncle's house and would see my uncle virtually every day. However, as Michael's uncle, I have not been able to see him as frequently. My sister, Mary Gramins, is Michael's mother. She and her husband live in Deerfield, Illinois, and my wife and I live in Madison, Wisconsin, a good 3-hour drive apart.

My sister and I, however, keep in close contact.  As Michael was growing up, we exchanged visits several times a year. My wife and I had opportunities to observe Michael, the youngest of seven children.

As a child he was kind, active, involved and interacting with the group of children present. He followed directions very well.  Since he had six older siblings, he had a lot of practice with that.

Now that he has grown up and lives in New York, my wife and I would see him periodically when we visited New York City.  He was a kind and generous host.  Not only did he take us to meals, but he would arrange prepaid Ubers to pick us up, take us to the restaurant and then pay for the meal.

After the meal, he would go outside with us: -- hail an Uber -- give the driver directions of where to take us. When we reached our destination, we would learn that once again Michael had prepaid the ride.

These are examples that we've been able to witness. However, we can surmise characteristics without being able to witness a lot of them.  For example, I am reasonably certain in Michael's life that he has listened and obeyed the reasonable instructions given to him by persons in authority such as his parents, teachers, priests, first responders and even older siblings.

My wife Kay and I feel Michael has been an exemplarily kind person to us. He has been very faithful, loyal and always very ready to help when needed. We certainly regret the situation that he finds himself in and we would like to make a recommendation to you.

Since this incident started some time ago, Michael has indeed been severely punished.  He has lost his preferred career -- no financial house will hire him or let him be near their operations -- not now and not in the future.  That itself is punishment.

**Ex. A-102**

In addition, he has endured the uncertainty of the outcome for a long time.   One could say that he has pre-served the sentence by living almost a decade of extra stress and anxiety for doing what he was trained to do.

He has been highly creative in exploring new jobs.  He became the organizational leader of a group of attorneys.  He managed their office very efficiently. We feel Michael has many talents that are beneficial to society if he is not incarcerated. We ask that his sentence not include imprisonment so that his abundant positive talents can be used for the good of his wife and children and for the greater society.

Thank you very much for your consideration. We appreciate the time you spend analyzing and thinking about our request.

Sincerely,

Robert J. Sladky
Kay Jarvis-Sladky

**Ex. A-102**


Eagle River WI
October 23, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I have known Michael Gramins his entire life.  My husband, Dennis Gramins, was his father's brother.  Mike was raised with 6 siblings in a nurturing home where Christian morals and patriotism were taught.  Mike attended Catholic schools and graduated from Georgetown magna cum laude majoring in Government Honors.

I saw the love and respect Mike had for his uncle from a very young age up until he passed away on July 19, 2019.  Growing up in the Chicago area, Mike had the opportunities to enjoy nature and fishing in the northwoods of Wisconsin with his Uncle Denny.  Such trips were not just fun vacations, but  included teaching moments. My husband taught by example.  Boating and fishing laws were strictly enforced.  Campfire safety was top priority.   Breaking the rules was unacceptable.  These were basic lifetime lessons that taught Mike right from wrong.  I believe as an adult, husband, and father Mike still reflects on those experiences.

In the eulogy Mike's sister gave at their uncle's memorial service Mike was quoted saying "We fished an entire weekend and didn't catch a single fish, but it was a lot of fun to spend time with Uncle Denny."  I'll always remember the phone call from Mike the day before my husband passed away.  In tears he said "I wish I could be there."   That's the man Michael Gramins grew up to be.

Respectfully,


Cheryl E. Gramins

**Ex. A-103**

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, Connecticut   06103
November 11,2020

Dear Judge Chatigny,

Thank you so very much for taking the time to read all of the letters that are being sent in for Michael
Gramins.  My name is Rose Thessin and Mike is my nephew.  As you probably know, he is the
youngest of seven children.  I have **two** children and that continues to be a challenge for me!  Over the
years I just marveled at the amazing environment that my brother and sister-in-law created and
maintained for all of their children.  It is an extremely strong religious home, full of love and patience,
respect,  discipline and encouragement.  The underlying foundation resulted in two doctors, a teacher, a
policeman, and three financial specialists.

I'm hoping that you understand how Mike excelled in high school (Loyola Academy) and college
(Graduated from Georgetown May 2004).  He utilized his education and grew his expertise for sixteen
years in the NYC financial arena.  Mike has always worked hard.  He has a soft side too and I've
witnessed on numerous  occasions how he has evolved into a loving and devoted husband and father.
Family means everything to him and it is unthinkable that he would do anything to jeopardize that.

Please consider the pain, stress and disillusionment of the past five years that Mike and his family have
already suffered when you convene on December 17th.   I am asking that you be lenient in your
judgement.

Sincerely,

Rose Thessin

Rose Thessin

Dousman,  WI

Rhoda Peritz Maletta

Demarest, NJ

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, CT 06103

November 11, 2020

Dear Judge Chatigny,

I am writing in support of Michael Gramins, whom you are scheduled to sentence on December 17, 2020. I have known Mike since 2006, when he was a junior trader in the Mortgage business at Lehman Brothers, where I was the Chief Operating Officer of Fixed Income. I am hoping to give you a lens into not only his character but also what I have witnessed of his and his family's quite suffering that they have endured since 2014 when he was put on leave at Nomura.

By way of background, I count his wife, Natalie Gramins, as one of my dearest friends. Natalie and I forged an extremely close friendship while she worked for me in 2003. While we worked together from 2003-2011 and again in 2019 and part of 2020, our real connection is one of unwavering friendship. It was through Natalie that I was fortunate to be able to get to know Mike personally, which was in addition to the knowledge and interaction I had with him professionally while at Lehman Brothers.

I would describe Mike as a high quality, intelligent, thoughtful, caring and loving husband to Natalie and a doting, loving father to both ▇ (6) and ▇▇▇▇ (3). He holds his head high while trying best, along with Natalie, to maintain a positive, normal life for the children. However, Mike (and Natalie), has quietly suffered for almost 6 years with this case hanging over his head all day, every day. Mike has not been able to have a "normal" day with ▇▇▇▇▇ and ▇ for most of their lives and has not been able to be 100% emotionally present for his family without this situation hanging over him. Mike has been both emotionally drained and mentally affected due to the ongoing matter over the past five-plus years. The small blessing is that their children are young and will not remember seeing or understand what their father is going through.

**Ex. A-105**

Your Honor, I implore you not to take Mike away from his family after almost 6 years of quite suffering. He has lost an ability to  have a career and most recently, they have had to relocate from their home of 16 years in New York City as well as their support system of family and friends. They did this so that Natalie could take a job in North Carolina in order to be able to support the family. Taking Mike away from his family will not only continue his "sentence" but leave Natalie and the now growing children without a father in a new state, school and home. I have been in the financial field for over 30 years. I feel confident saying that, in addition to Mike,  anyone following the case in the professional field, either out of interest or requirement has gotten the message that the Department of Justice wants to deliver very clearly.

I hope that you will read my letter, along with the many others, and come to a conclusion that Mike has already paid a meaningful and long penalty. Thank you for taking the time to read this letter.

Very sincerely,

Rhoda Peritz Maletta

Ex. A-105

November 25, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

My name is Bobbie Norris and I am the best friend of Natalie Gramins, wife of Mike Gramins. I've known Natalie for over 32 years, meeting her first in elementary school when we were nine years old and her family moved to North Carolina, continuing to the present.

I met Mike when the couple started dating and instantly knew that he was the one for Natalie. I can recall the difference in Natalie's voice when she called me after their first date to a Red Hot Chili Peppers concert in NYC.  There was something completely different about this relationship for her, and his love and commitment to their relationship was evident from the beginning.

I was privileged to be asked to stand up for the couple at their wedding and act as godmother to their youngest daughter.

During the days leading up to Mike and Natalie's wedding, Mike and I shared some banter on expectations of my maid of honor speech as he "expected a lot from me" in providing an impressive speech.  In response, my speech included the same hopefulness stating, "I expect a lot from Mike in his marriage to my best friend.  Natalie is a strong and amazing person and his continued passion, dedication and support in their relationship through the future will need to be epic".

Mike has lived up to these expectations and more.  He is always putting Natalie first by watching the kids for our annual girls' weekends and continuing to celebrate her milestones, like the 40th birthday celebration he organized for her a year ago.

Through the years of the growth of their family, Mike's commitment to my best friend has remained constant.  His dedication to do the right thing for his family and his love for them has always been first.

While the future has looked different than both Mike and Natalie anticipated, their faithfulness and strength to better their children's life and do right for their family has remained consistent.

I've known Mike Gramins for 14 years and know he is a good, honest man and truly believe he has learned from this.  He and his family have suffered quite immensely over these last five

years and I implore leniency in his sentencing and not to take him from his family and their future together.

Sincerely,

*Bobbie Norris*

Bobbie Norris

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

November 21, 2020

Dear Judge Chatigny,

My name is Michael S. Monteith and I am writing in support of Michael Gramins. Mike and I were classmates at Georgetown University, teammates on the Club Lacrosse team and, most importantly, friends. We still are friends almost 20 years later and, I'm sure, will still be 20 years from now and beyond, regardless of the outcome of this matter.

As happens with a lot of college friends, life has a way of getting in the way with careers, moves, marriage and kids preventing you from spending as much time as you'd like with your college buddies. Mike made his way into finance, met Natalie, and had ▮ and ▮▮▮▮▮▮▮, while I made a career in law starting as a litigator and ultimately settling into M&A due diligence services, met my wife Lisa, and started my own family. Through all this, and as recently as running into Mike randomly along a parade on Long Island over 4th of July in the summer of 2019, our friendship remained and could be reignited immediately upon seeing each other. As I'm sure you know, Judge Chatigny, when you have a friendship with such a strong foundation, you can see someone, and it seems like no time has passed.

What struck me that day, and this was really a 10-minute conversation, where I got to meet his kids, say hello to Natalie, and Mike got to meet my 18th month old daughter, ▮▮▮▮ who was perched on my shoulders, and my wife, Lisa, is that Mike was still positive, smiling and gracious despite being in the middle of this ordeal. Mike has always been a confident guy, not cocky, but confident and with reason. Mike is brilliant. I knew that moments after I met him in one of our government classes at Georgetown and listened to what would become a familiar soliloquy of his in class. That day on Long Island though, I did sense that Mike was humbled by what has happened since 2014. I'm not in a position to comment legally or financially on what happened as I can't claim to have that background, education or sophistication in the field, but I can tell that Mike and his family have endured real, life-changing consequences.

Nonetheless, on that day, Mike was smiling with his family, gracious in meeting mine, and it was great to share a moment with an old friend. Mike was still Mike and leads me to a word that I used to describe our friendship earlier: foundation. Mike is a man built upon a sturdy, sound foundation composed by family, faith and character. In my experience, I have never seen Mike act maliciously or in an unkind way to anyone. Much the opposite, Mike is one quick to laugh, smile, and support. I'm proud to be his friend. I'm proud to be his friend today, I'm proud to have been his friend

**Ex. A-107**

yesterday and I will be proud to be his friend tomorrow regardless of what plays out in the courtroom.

I can't speak to what happens on a trading floor, I've never set foot on one.  I don't know the mores and norms of behavior in such a setting.  I am aware and can appreciate the gravity of what occurred.  That being said, I can speak to Mike Gramins' character: Mike is a good, kind and smart man.

Mike wears a scarlet letter and will bear it for the rest of his life.  He knows that.  He has lost what was an extraordinarily successful career and his family has suffered with him every step of the way for the past six years.  In my opinion, for whatever it is worth, a prison sentence at this time would not do anything more than to separate a man from his family, from his young children.  Mike and his family have already paid a price for what happened.  Instead of taking Mike from his family, it is my hope, that they can move forward.

Mike is a good, kind and smart man.  I'd like to see what's next for him and I hope, whatever it is, it is with his family.

Sincerely,


Michael S. Monteith, Esq.

Ex. A-107

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

My name is Hadley Schafer and I am a friend of Mike Gramins from Georgetown University. I have known Mike since 2000 when we were freshmen there together. What has always been most notable about Mike in the time I've known him is his unbelievable drive and work ethic. I most frequently ran into Mike in the library – he was a constant fixture there and he was always known as one of our most diligent and studious friends. He was and is an incredibly hard-working individual and his academic record certainly reflects that. Despite what social activity may have been going on at any given moment, Mike always prioritized academics first and foremost and never took a second at Georgetown for granted. He was one of our few friends that, even at the age of 18, had a vision for his career and spent every day working hard towards his goals.

Beyond his strong academic focus, I also remember Mike's deep connection to the Jesuit community at Georgetown. His Catholic faith and background were clearly important to him and that never wavered whether attending Mass or spending time with our Jesuit faculty. He was, in fact, such good friends with several Jesuit professors that he was one of the very few students given permission to walk our mascot – Jack the bulldog.

Outside of our college experience, I have also lived in New York City since graduating college and have spent with Mike and his family with our larger group of friends. While Mike has always been a welcome and friendly face to run into on street any given day, I most recall the recent times we have spent together since he has become a Dad. One of our creative college friends hosts an annual gingerbread making party for all our kids. In the most recent years before Mike moved to Chapel Hill, I would always see him and his family there. My daughter, █████, loved playing with his son, █, and it is clear Mike is a loving, active and engaged Dad. I know this case has taken an extraordinary toll on his family for such a long time and yet, despite what I imagine has been a massive amount of pain and stress, Mike has clearly used this time to appreciate what he has and spend more valuable time with his family and kids. Mike is kind, he is unbelievably hard working, he is a good friend, he has strong values, and he is fantastic husband and Dad. A sentence of incarceration would, without a doubt, be a devastating outcome for his family and I hope you will consider a less punishment.


Sincerely,

Hadley Schafer

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street — Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing in support of Michael Gramins.  Michael and I worked together at Lehman Brothers and then at Barclays, prior to his departure for Nomura.  I have known Michael's family for even longer.  I worked with his brother John, and worked with John's wife Ashley, both at Lehman Brothers.  Additionally, I had the great fortune of playing in a rock band with Ashley for many years in the 2000s.  As.a result, I have gotten to spend a lot of time socially, as well as professionally, with the Gramins family.

Although I didn't work on the same team as Michael, we did both work in the Fixed Income Division at Lehman and Barclays, and so I got to watch Michael develop as a young, talented individual.  My interactions with Michael were always positive.  As a professional, he was thoughtful, intelligent and genuinely caring about his clients as well as his peers.  At a young age, he displayed the wisdom that the relationships you build, both internally and externally, are the lifeblood of the industry.  We shared the philosophy that building trust with clients and peers may take a lot of time and effort, but it was the best path to not only success, but to find real happiness in your work.

My social interactions with Michael were also always positive.  He was kind, humble, and respectful, and well liked by peers.  He met his wife Natalie at work.  An office romance often comes with a good amount of gentle ribbing from co-workers, but Michael handled that with maturity and confidence, as he had clearly found his match and wouldn't be deterred.  I greatly admired how he comported himself.  He was also very supportive of our band, and would not only attend the performances but also always look for me afterwards and find something really encouraging to say.  Michael wasn't the loudest or the brashest guy in the room, but he was certainly one of the nicest.

When I learned that Michael had been indicted, I was floored. I have known he and his family to be good, honorable people.  I prayed for Michael then and continue to do so now.

These past five years have been very hard on Michael.  When I have seen him, he has always done his best to sound upbeat.  He has worked tirelessly on his own case and has kept the faith but anybody that knows him well can see how it has taken its toll physically and emotionally.  Five years of living with the stress of this case has been a very steep price to pay.  I would ask Your Honor to please grant the sentencing request of Michael's attorneys.

Respectfully,

Michael V Neumann

November 1st, 2020

Ex. A-109

November 1, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing on behalf of Michael Gramins in regard to his sentencing hearing.

I got to know Mike through his sister Meg Gramins when he moved to New York City after graduating from Georgetown. Over the course of the last 15 years I have witnessed first-hand his kindness and devotion to family and friends as well as his commitment to our community.

I met Meg, who was the roommate of my childhood friend, after moving to New York City upon graduating from law school. Meg swiftly became one of my dearest friends. It was through that connection that I had the privilege of meeting Mike and I use the word privilege here with utmost sincerity.

My interactions with Mike have consistently shown him to be generous, kind and thoughtful. I have personally witnessed Mike's devotion and generosity of his time to his community, particularly with regard to education. I specifically recall attending a fundraiser at Mike's behest around 2015 for the St. Aloysius School. St. Aloysius was a Jesuit school (pre-K through eighth grade) located in Harlem and dedicated to educating at risk inner-city children. Mike was active in fundraising and exploring opportunities for the school to remain open. His knowledge of the school and the community it served was expansive and his compassion and enthusiasm for the cause was apparent.

As time has passed and Mike has focused on expanding his own family, I can say with certainty that all these wonderful traits I've perceived over the years are now being passed down to his children, ▮ and ▮▮▮▮▮▮. A sentence involving incarceration would be devastating and would rob them both of the opportunity to experience these qualities first-hand as well as his love and devotion.

Thank you for considering this letter.
Sincerely,
Lauren E. O'Rourke

Lorourke99@gmail.com

(516) 375- 9942

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103


Dear Judge Chatigny,

I am writing to share the character of my cousin Michael Gramins.

I have had the pleasure of knowing Michael since I was child, my father and his mother are siblings. We may have grown up in different states, but I fondly remember playing together when the families got together. When Michael and I were children, we had sleep overs under the dining room table, and put on plays in the basement. As we grew into our teen years, the get-togethers continued, but it changed to playing competitive pick up games of basketball in the driveway and debating who was a better football team- the Packers or the Bears. Throughout those years, I would say characteristics that defined the Michael I knew were family, faith, and service to others.

As life carried on and we moved into our adult years, different universities and disparate locals reduced the once frequent meetings to quick chats at a few family weddings. However, a few quirks of fate led both of our families to be residents of the Northeast. The short distance between my home in Connecticut and his in Manhattan led to opportune meet up.

On a brisk autumn afternoon, we took the train to the city for a long overdue reunion. As we are both parents to young children, Michael suggested meeting at Pier 40 along the West Side of Manhattan. While the kids played at the playground, we shared what had been occurring in our lives. I remember looking out over the Hudson, thinking to myself how lucky I was to be in this place and to have family nearby. The visit was longer than we planned, kids got along so well, as did the adults. It was wonderful to see the characteristics that defined Michael as a boy were still there, but deeper as a man. He is a devoted father, dedicated to his faith and service to others. During that visit I could see that he was equally dedicated to passing those characteristics to his children as well.

While Michael and I again find ourselves residing on opposite coasts of the country, I often think back to that afternoon play date, when missed years and missing each other's many life moments didn't matter. What mattered was the opportunity to reconnect with family and to introduce a new generation of cousins to the importance of family and of the effort to find time to connect over those shared bonds. That afternoon meet up was our relationship renewed, reminding me that Michael is a simply a text away, as I am for him. Looking ahead, I can only

hope and pray that we continue to find time for these precious moments such that the next generation appreciates the family they've been blessed with.

Thank you for taking the time to read my letter and to share this memory with me.

Sincerely,

DocuSigned by:

*Claire Thingvold*

B290474769D9494...

Claire Thingvold

11/21/2020

**Ex. A-111**

Jane Sladky Valley:
███████████
Minnetonka, MN ████

November 21 2020

HOn. Robert N. Chatigny:
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

No one asked me to write this letter nor told me. Michael asked my parents and my older sister
to write letters on his behalf. While I was talking to my sister, Claire, last night, I realized I
wanted to support Micheal as well.

I'm the youngest of our generation in our family. Michael Gramins is my cousin and is two years
older than me. In our youth there may have been competition for who was the cutest.

My memories of our youth are full of sleepovers under the dining room table, playing with
Michael's Playmobil sets, playing on the swing set, and going to church together.

As we grew older the competition went away, and Michael took on a role of supporter and
protector. We learned to have fun together and appreciate our differences. We both continued
our education with Jesuit universities. I crossed paths with girls who met him while I was in
college, and I heard all about my good looking cousin.

 A mutual respect continued to grow. I will forever be grateful for the support Michael and his
wife Natalie gave to us at my wedding. My mother went to the hospital after the reception and
before the brunch she was hosting. Michael and his wife stepped up to help host our wedding
brunch.

A two year age gap when we were kids was large, but as adults it is nothing. My husband is the
same age as Michael. Michael and I both have two children. My oldest, ████, is a first grader
like ██. My youngest turned three this month, which is the same age as ████████. As a
working motherlike Natalie, I know the importance of having a husband and father present at

**Ex. A-112**

home. Michael and I are lucky to come from a family tradition of a hands on father. I am proud to see Michael continue to be so involved with his children like my father and his. Michael is also passing on the love for trains, a family obsession.

Having a father at home is even more crucial during this unprecedented time that we are enduring. As a second grade teacher, I see the effects COVID19 and school closures are having on my students. I do not even want to imagine how a global pandemic plus having Michael sent to prison could seriously impact ███████, ██, and Natalie. Even typing the word prison is challenging.  Michael needs to be at home supporting his family.

These stories or memories may not seem like much to someone else, but they mean so much to me. Michael Gramins is a supportive, protecting, faithful, and loving member of our family. He is needed by many near and far especially Natalie, ██, and ████████.


Sincerely,



Jane Sladky Valley

**Ex. A-112**

Kathleen Ralston

Bloomington, IL ████

November 22, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Re: Michael Gramins
Dear Judge Chatigny:

I am writing on behalf of Michael Gramins with respect to his sentencing in December 2020. I understand that Mike was convicted of conspiracy, that you set aside that conviction in 2018 and that it was re-instated by the Court of Appeals. I have considered the conviction and following events in the preparation of this letter.

Mike and I have been close friends for almost 20 years. The two of us met in 2000 as freshman at Georgetown University and remained close friends over the course of our four years together at school and thereafter.  During our time together at Georgetown, I came to know Mike as a genuinely upstanding young man. He lived the Jesuit values of our education – striving for excellence and being a "man for others." Mike remains a man of character, committed to his values, his friends and his community. He is the kind of person who shows up for his friends in a time of need and does so with both integrity and compassion.

My experience of Mike now is that the ideals and virtues he displayed in college remain true to this day. Mike is a family man. For many years, we lived close to each other in New York. I would often see him with his wife Natalie and children, ██ and ████████. He was a loving and devoted husband and father. Mike is also a man of faith. I would often run into him at Mass on Sundays at St. Peter' Catholic Church.

Through our exchanges, it has been apparent how challenging this situation has been for Mike and his family. Having seen him with his wife and children, I know that an incarceration sentence would be devastating to him and his family.

I respectfully ask that you take this letter, and the many others written on behalf of Mike, into consideration at the time of sentencing. Mike is an upstanding, honest individual committed to his family and his community. I implore you to show compassion to him as you consider his sentencing and the future of his family.

Sincerely,

*Kathleen Ralston*

Kathleen Ralston

Ex. A-113

**Rory E. Shaw**

Greenwich, CT 

November 22, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing to you on behalf of my good friend, Mike Gramins. Mike and I attended Georgetown University together and met shortly after arriving on campus for our freshman year. From early on in our friendship, I admired Mike for his strong work-ethic, character, and level of maturity. While others, including myself, spent several semesters getting acclimated to our newfound independence, Mike did not waste any time adjusting and excelled from Day 1 on campus. I never asked Mike, but I believe some of this drive came from the need to financially support himself through college. He maintained a full class schedule and worked on-campus when not in class. Mike worked the front desk at Yates, the athletic facility for faculty and students, and checked students in. Without fail, Mike always had his Government textbook cracked open, which says a lot about his desire to better himself. Mike's hard work was reflected in his grades, as he graduated magna cum laude in Government, one of the more challenging majors at Georgetown, and ultimately a coveted job offer in Sales & Trading from Lehman Brothers. In Mike's case, he relied on the strengths of his resume and did not have personal connections to Wall Street.

From a professional standpoint, Mike was successful in his role, as he retained his job at Barclays after Lehman Brothers went bankrupt during the financial crisis. I understand Mike's group subsequently moved to Nomura, which had also purchased some of the Lehman Brothers Sales & Trading business. I could tell Mike was proud of his work, but he was always remained humble and never bragged about his personal success. This is consistent with his character at Georgetown – I knew he was a strong student, but he would never boast about his grades to peers.

On a personal level, Mike is universally liked by his peers. He has a diverse group of friends and has always been someone I could rely upon for advice. When I was interviewing for jobs in 2007, Mike took time out of his busy schedule to share career advice and provide referrals to others who could potentially help me out. Over the years, as we've both started families and focused on our respective careers, we have tried our best to stay in touch and attend Georgetown basketball games at Madison Square Garden together. I have gotten to know his wife Natalie, whom he met while working at Lehman Brothers. Natalie is an extremely kind individual who, like Mike, has strong character and work-ethic. She has maintained a professional career while raising two beautiful children, █ and █████████.

While I do not have enough background or knowledge to comment on the case at hand, I do know it has taken a tremendous toll on Mike and his young family. For someone who enjoys working hard and

Ex. A-114

providing for himself and his family, being out of work for over six years and not having a light at the end of the tunnel is an extremely difficult situation and one I would not wish on my worst enemy. In social settings, Mike does his best to stay positive and not let the uncertainty of the case weigh on others. He is focused on being a good father and husband, which is all he can do at this point in his life. Mike and Natalie moved their family out of New York earlier this year to Chapel Hill, NC. While this move was a way of trying to move beyond the past and start over, the resolution of this case still heavily weighs on Mike, Natalie, and his two children, who are now of age to know and love their father. I cannot imagine being in Mike's shoes (I have three young children under the age of six) and worrying about not being there for my kids – not only physically and financially, but emotionally. I humbly ask that you allow Mike and his family to move beyond the past and move forward with their life, not only for Mike's sake, but for Natalie, ▮ and ▮▮▮▮▮▮▮'s as well. They are a beautiful, loving family and they deserve to have their father in their lives. Lastly, I can assure you from knowing Mike, he will never put himself in a position where his character will ever be called into question for the rest of his life. Thank you, Judge Chatigny, for your time and consideration.


Sincerely,

*Rory E. Shaw*

Rory Shaw

Peter C. Kirn



Rancho Santa Fe, Ca

858-472-3394

October 29, 2020

Hon. Robert N Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, Connecticut 06103

Subj:  Michael Gramins

Dear Judge Chatigny,

Mike is the youngest of seven siblings.  All his siblings were brought up
in a strong loving Midwest Catholic family environment. My daughter
married his brother John.   When I would visit my daughter in NY, we
would go to dinner with young Mike.  Fresh out of college and working
for Lehman Brothers.  As the years went by, Mike married and we
would get together with his family.   I was always impressed by Mike's
attentive and respectful demeanor.  I was able to sense his ability to
care about others.   His devotion to his family was always evident.  My
summary is that Mike is not just a nice young man,  but a good young
man.

Throughout my Naval career, I have come into contact with young,
motivated, and highly principled men who inadvertently make a
mistake.  If the person possessed principled core values, it was worth
my effort to use that teachable moment to further develop  character.

I believe Mike is one of those principled  people.  I do not know the merits of the case, but I do know Mike.  His core values  of integrity, empathy,  and selfness for others are rock solid.

Your Honor, I do not envy your decisions in this sentencing.  On the one hand, Mike has been convicted of a crime, but on the other hand, he has already paid a severe price for his transgression.  He has not been able to work in his profession for over five years.  That action alone has led to devastating consequences for Mike and his family.  In order to make ends meet, the family has been up-routed and moved out of state.  Then there are the many hours and efforts devoted to his defense coupled with all the years of anxious uncertainty.  That has been a huge punishment in itself.

My discussions with Mike lead me to believe that he has learned the necessary lesson.  My summary is that we have a young, overly energetic man, who made a mistake, and has already served six years of uncertainty as his case progressed through the court system.  Going forward, I do not comprehend what value would be served from incarceration or prolonged probation.

On behalf of Mike Gramins, I respectfully request that Your Honor exercise empathy and compassion in his sentencing.

Very Respectfully,

Peter C. Kirn
Captain, USNR Retired.

October 30, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228

Dear Judge Chatigny,

In my own words I would like to tell you how I am acquainted  with Michael Gramins, first I would like to tell you who I am and how I began my relationship with the Gramins Family and how I met Michael. My name is Ellen Gaglione and I am the girlfriend of Michael's uncle James Gramins, Jim and I have been together for the last 25 years and have been welcomed into the Gramins family with open and loving arms as one of their own and this is how I met Michael 24 years ago slightly less than a year after I met Jim.

What is my most gracious and precious memory of Michael was in 1996, it was at a family wedding in Illinois, it was the worst, coldest winter of that time as all of the Gramins clan gathered as they always do for Celebrations, Jim and I drove down from Pewaukee, Wisconsin to join the affair. As we entered the room you can imagine how nervous I was meeting such a large family. We walked over to where Jim's brother's were standing with other family members and I was introduced to them including Michael, who by the way was 12 years old at that time. As things began to get moving with the reception and music was beginning and guests were starting to gather on the dance floor to enjoy, there was a tap on my shoulder and as I turned it was Michael with a shy smile on his face and his hand was extended to me and sincerely asked me if I would like to dance! I swallowed deeply thinking that there are all these grown men including Jim standing here and Michael this young man of 12 years old was asking Me if I would like to dance. I was honored and truth be told I was a bit giddy as this young man danced a slow dance with me. Such a gentleman I thought, me a perfect stranger but was with one of his favorite uncle's he proceeded to make me feel welcomed.

This is just one of the things that will always stay with me as I entered into this wonderful family. Like Michael I have two grown sons with young families of their own. I also come from a strict Catholic family and have raised my sons the same. Michael has always been a gentle soul, smart, forthcoming, athletic, honest and wanting the best for family.

As a Mother I can see where mistakes can happen and made sure that if it was in my power I would steer that mistake in another direction and pray to God a very valuable lesson was learned. Michael comes from a family of strong values and ethics and I am in awe of how he has progressed in his life. Jim and I have been there for many many of their life's beginning's including his marriage to his wife Natalie.

So in respect for the charge that Michael faces what I am asking Judge Chatigny, when you are making your decision for Michael, in my mind and in my heart it was a mistake and not a thought that led this to your bench. I ask for forgiveness and mercy for Michael.

Sincerely Yours,
Ellen Marie Gaglione

**Ex. A-116**

November 17, 2020

Hon. Robert N. Chatigny
U.S District Court
District of Connecticut
Abraham Ribicoff
Federal Building
450 Main Street
Room 228
Hartford, CT
06103

Dear Judge Chatigny,

This is a joint letter from Sarah and Tim Hargadon. We write to express support for our friend, Mike Gramins. We have known Mike for 20 years since our first year of college at Georgetown University. Mike has always been a great friend—reliable, friendly, and good-natured. He is also smart and an incredibly hard worker. Mike was one of the most (if not the most) studious in our entire group of friends. He wrote his senior thesis on the Federal Reserve Bank—and, after learning that Sarah's mother was good friends with a woman who worked there, he took the initiative to set up an interview.

Over the years, we have kept in touch with Mike despite living in different cities. He always made a point of reaching out to us when he was visiting and has always been genuine and heartfelt in wanting to hear about what was going on in our lives as we both went through law school, began our legal careers, got married, and started a family.

We also have had the joy of getting to know Mike's wife, Natalie. When they first began dating, she would join him on trips to Washington, D.C. when a group of us would meet for Georgetown basketball games. Mike and Natalie are a wonderful couple—sweet, interesting, and fun to be around. Although we have not met their little ones, █ and ███████, it is abundantly clear that Mike is a fantastic and doting father.

At his core, Mike is a good and decent person. The legal odyssey that he has been through during this past six years has taken a great toll on him and his family. We hope that you consider our support for Mike—as well as the support reflected in the many other letters we are sure you will receive on his behalf—when deciding on the appropriate sentence.

Respectfully,

Sarah Hargadon
Tim H

Sarah & Tim Hargadon

**Ex. A-117**

**Virginia R. Cornyn**

**Portland, OR**

22 October 2020

Hon. Robert N. Chatigny

United States District Court

District of Connecticut

Abraham Ribicoff Federal Building

450 Main Street – Room 228

Hartford, CT 06103

Dear Judge Chatigny:

This letter is written in support of Michael Gramins whose sentencing hearing is scheduled on 17 December 2020.

I have been a friend and honorary aunt of Mike's and his siblings all of their lives.  His mother and I met in college (now Mount Mary University, Milwaukee, WI) in 1959 and have been close friends ever since.  So, you could say that I have known Mike since before he was born.

As an honorary nephew Mike has been a joy in my life.  Watching him grow into a responsible, bright, caring man has given me a great deal of reflected pride.  It touched me that he and Natalie, now his wife, included me in all of their engagement

and wedding activities.  I keep pictures of their family on my computer and refrigerator.

I have been asked to give Mike a character reference and so will try to be somewhat formal though it is tempting to attest to Mike being a character.  As the youngest of seven children he had to find ways to be seen and heard and certainly did.  He was fun and learned to hold his own in a group that are all wonderful and accomplished people as he is and as are his parents.

I know Mike to be a genuinely good person who has used both his formal (Jesuitical) and informal (family, friends, and colleagues) education to the best of his considerable abilities.  He has been wounded by the process that he has had to go through, of which you are now a part.  Given that, he has made the best of his circumstances and has found helpful and positive ways to move forward with his life, career, and family.  Mike is resilient and continues to do good professionally and personally.  He has done all that has been asked of him throughout this process with strong support from family and friends.  That will never stop as I and we all believe in Mike as an honest responsible man.

Thank you for considering this support of Michael, Mike, Gramins.

Sincerely yours,


*Virginia R. Cornyn*

Virginia R. Cornyn, Honorary Aunt of Michael

Ex. A-118

Nora D. Andrews

Winnetka, IL

November 23rd, 2020


Hon. Robert N. Chatigny
United States District Court
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I hope this letter finds you well. I am writing you, on behalf of my friend, Michael Gramins.  My hope it so shed some light on the type of man I know Mike to be.

My name is Nora Andrews. I attended Loyola Academy & Georgetown University with Mike. Mike & I were in the same group of friends at Loyola. I am sure you have heard, Mike was on Student Council, Torch Club, made Deans List, played sports, etc.  But our common bond in high school was always our love for our family. Mike & I both come from quite large families. So, we understood how wonderful it was to have older siblings to look up to and how often times family obligations took precedence over social obligations. Being the youngest, Mike is the apple of his family's eye and it is not a role he takes lightly.

Mike & I both followed in our family members footsteps and attended Georgetown University. What a gift to have a familiar face on campus and someone I knew I could always turn to if I needed help or was homesick. Mike & I remained close friends all 4 years.

After college, Mike went on to New York to pursue his career in finance. And I moved back to Chicago. Mike comes home often to see his parents and be with his family. And he is always the one to get our group together – even if for just a quick hello. As we have grown and created our own families it is so nice to have a friend like Mike to help keep our group together.

In a recent visit with Mike when I asked him how things were going. It was no surprise that Mike expressed gratitude for the time he has been able to spend with Natalie, ▮ & ▮. Mike is a good person; he is a family man and a man I will always consider a good friend.

Thank you for listening.

Sincerely,

Nora D. Andrews

**Ex. A-119**

Keira Schuler
███████████
Manhasset, NY ███

October 29, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing on behalf of Michael Gramins.

I first met Mike in 2004 when his sister Meg and I were roommates in Stuyvesant Town in New York City. Meg and I shared a mutual friend, one of my classmates from Boston College and her childhood friend from Deerfield, IL, who introduced us when Meg relocated from Chicago to New York. Mike had recently graduated from Georgetown and also moved to New York City to a nearby apartment. Not only did Meg and I become close friends, I got to know the entire warm and thoughtful Gramins family, including Mike.

Over the five years that Meg and I were roommates, I had the opportunity to spend a lot of quality time with Mike. Meg and I would often have Mike and his roommates over for Sunday dinners to our apartment where we enjoyed conversations about life, our shared Jesuit education experiences, and love for music, notably U2. I have no siblings of my own, but often thought of Mike as a younger brother.

I have always known Mike to be a person of standup character and principles. I witnessed his devotion and loyalty to his sisters, brothers, nieces, nephews, parents, and friends back in those early days in New York to becoming a loving husband to Natalie and wonderful father to ███ and ███████ more recently.

Thank you for taking the time to read this letter.

Sincerely,

*Keira Schuler*

Keira Schuler

**Ex. A-120**

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Nov. 1, 2020

Dear Judge Chatigny:

My name is Sarah Cockerill and I have known Michael Gramins for more than 30 years. His sister Meg has been one of my closest friends during this time. Mike was also a classmate of my brother Andy at Holy Cross Elementary School in Deerfield, IL and his mother was my religion teacher.

The Gramins including Mike, his siblings and parents, are one of the most caring and compassionate families I know. They are known at our parish for their commitment to serving others and how they embody the Jesuit values in their everyday lives. I have so many wonderful memories with Mike and the Gramins family while we were growing up – whether that was at sleepovers, while our families were at church and school together, or while we both were working at the Deerfield Park District pools.

Mike has always shown that he is a kind, compassionate, dependable and smart man to me. We haven't lived in the same city for quite some time, but I always appreciate that Mike goes out of his way to greet me and inquire about my family and my life whenever I see him. While this may seem trivial, he is honestly one of the only younger siblings of a friend to do this. It has always meant a lot to me.

I know that Mike is a dedicated and loving father to ▮ and ▬▬▬▬ and husband to Natalie. As I mentioned while distance had separated us, over the last few years I see constant updates on Facebook on activities he spends with the kids and how he dotes on them.

As the mother of two young children myself, I can only imagine how devastating it would be to separate Mike from ▮, ▬▬▬▬ and Natalie if he was sentenced to serve jail time.

 Thank you for taking the time to consider my letter.

Best,

Sarah Cockerill

Ex. A-121

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103


November 19, 2020


**Dear Judge Chatigny,**

As a college admissions professional, I have written and read thousands of letters of recommendation. I have seen how words on a page can be the tipping point toward a favorable admission and bring to life a student's strength of character. My hope is that the collection of letters written on behalf of Michael Gramins will bring to life his tremendous integrity, love of family, warmth, and hospitality. It is my pleasure to add my voice of support.

Michael Gramins' sister, Meg, is one of my closest friends. Over my fifteen years of friendship with her, I have seen first hand Mike's strength of character. His love for his family is unparalleled and his hospitality has no bounds. When visiting Mike and Natalie's home, you are welcomed with open arms. There is no rule that brothers must take an interest in getting to know their sister's friends. However, Mike has an uncanny ability to make someone feel immediately at home and part of the family. He has a true interest in creating a meaningful connection and making sure all those around him feel included. This is all while juggling the role of father as he chases around ▇ and ▇▇▇▇▇▇ giving them all the love and attention they need.

I have seen the love and support he provides directly to Meg. Just like Mike, Meg is always doing for others and rarely focuses on herself. However, when she turned forty and graduated with her Masters in Public Health, Mike knew that this was something that needed to be celebrated. He masterfully orchestrated a surprise party that gathered friends and family from across the country. He even quickly regrouped when Meg tried to put a wedge in the whole plan by planning a celebration dinner for herself! Throughout the process, he paid attention to every detail because he knew how special this would be for Meg. His love and care for her was evident every step of the way. When the big day came, the look of surprise and excitement on Meg's face was closely matched by the huge grin of happiness on Mike's face as he watched her.

There are so many people that count on Mike for support and a sentence of incarceration will pull this away. Mike needs to be there for his family, Natalie, ▇, and ▇▇▇▇▇▇ as well as his extended family, including his sister, Meg. He is their backbone and please do not take this away. I ask you to kindly consider all of this when making your decision.


Sincerely,

*Rachel Cleaver*

Rachel Cleaver
Senior Associate Director of K12 Partnerships
Office of Admissions
George Mason University


**Ex. A-122**

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I am writing today in support of Michael Gramins.  I am proud to say I have known Mike for 15+ years and have been lucky to call him a friend since the first day that I met him. Our friendship began when he was in his sophomore year at Georgetown University – Mike had befriended my older brother, who is eight years my senior. I recall my brother returning home from college for a weekend and being excited about a new friendship that he had made with a guy from Chicago named Mike. As an eleven year old, I most strongly remember being enthralled that Mike played sports, got good grades, and was an Eagle Scout. Mike was everything that I strived to be and saw in my brother. During their time at Georgetown, I would frequently visit my brother and Mike and we truly cultivated a "big brother" bond.  I cherished those visits and those memories which and were the reason that I decided to attend Georgetown University.

During my time at Georgetown, I would stay in contact with Mike and frequently saw him at alumni events and Georgetown basketball games.  However, after graduation I moved to New York City, and that is when Mike had the biggest impact on my life.  During my two years in New York, Mike would consistently check in on me and take me out to dinner to provide advice on how to navigate personal and career challenges that I was facing.  He took a profound interest in making sure that if I ever needed anything, or needed someone to talk to, I could count on him.  On multiple occasions, Mike recognized my need to get out of the city and invited me to his beach house – something I will never be able to thank him enough for.

Over the years I have been able to spend time with Natalie, ██, and ██████████ and have seen Mike become the great father and husband he is.  As I watch him interact with his family, I once again am trying to set my goals to be like Mike – a great husband, a great father, a great friend, and a great human being.

Sincerely,

Ryan Shuler

November 23, 2020

Ex. A-123

# LUCAS ROBERT SHULER

███████████████

Washington, DC ███

---

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

October 31, 2020

**Re:  Sentencing letter for Michael Gramins**

Dear Judge Chatigny,

My name is Lucas Shuler, and I first met Michael Gramins in approximately 2001 when I was visiting my brother, Michael Shuler, at Georgetown University where they were in college together.  In addition to seeing him many times on campus as a student, Michael also stayed at my parent's house during some Thanksgiving and Easter holidays.  Since graduation I have seen him a couple of times per year, mainly on his visits to the Washington, DC, area to see my brother and other friends.  I am writing this letter in support of the requested sentence of probation without court supervision.

One of my earliest memories of Michael was during second semester of his senior year in college. Many second semester college seniors (especially those who have already accepted a full-time job – Michael had already accepted a job with Lehman Brothers) spend their time in leisure and with a limited commitment to academics.  But not Michael.  I remember his friends joking that they hardly saw him because he was working so hard on his senior thesis.  Michael's hard work paid off as his thesis was awarded 2004's best undergraduate thesis in the United States by Pi Sigma Alpha (a national political science honor society).  Early on, Michael was choosing the high road of honor and commitment vs. succumbing to the temptations of an easier life.

Over the years I met his now wife, Natalie, and eventually their two children, ██ and █████████. They are a wonderful family, and I know my brother wouldn't let them stay at his house with his family if he didn't trust them completely.  One of the memories I have of Michael as a father was when he was doing relay races with ██ in my brother's front yard before they were leaving on a long drive to North Carolina.  They were running around together smiling which reminded on the times I did the same with my father when I was young.

This Sunday is the Solemnity of All Saints in the Catholic Church and part of tomorrow's gospel reading is the following, "Blessed are the merciful, for they will be shown mercy (MT 5:7)."  You

**Ex. A-124**

## LUCAS ROBERT SHULER

Washington, DC

have the power to be merciful to someone who has suffered tremendously, and I ask that you exercise this power by sentencing Michael to probation without court supervision.

Regards,

*LRShul*



Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

November 10, 2020

**Re: Letter on behalf of Michael Gramins**

Dear Judge Chatigny,

My name is Thomas H. Shuler, Jr. and I am writing on behalf of Michael Gramins whom I have known since he was a freshman at Georgetown University in the Fall of 2001. He became a very good friend of my son as well as our family and I soon learned that he was from the north side of Chicago (my wife and I are from the west side) and that we shared many common friends and places.

Michael spent many holiday celebrations and overnights (sometimes Thanksgiving, Easter and birthdays) with our family. I was thrilled he was such a good friend of my son and we always enjoyed having him with us at family events. An excellent student, hard worker and thoughtful he was always a positive influence on those around him. Michael was loyal friend and considerate at all times.

I saw Michael and his lovely family several times after graduation and again I was touched by his love and consideration for the family—he is an excellent husband and father.

Michael has already paid a dear price for many years and any incarceration at this point would be devastating to the family. I grew up without a father and I know the impact that has on children especially since Michael has already been punished and forever holds shame on his name.

Justice has been served so please have Mercy.

Sincerely yours,

Thomas H. Shuler, Jr.

**Jamie N. Shuler**
██████████████, Chevy Chase, Maryland ████

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

November 10, 2020

**Re:  On Behalf of Michael Gramins**

Dear Judge Chatigny,

I am Mrs. Jamie Shuler and I am writing to you in reference to Mike Gramins.  My husband and I met Mike in the Fall of 2001 when he attended Georgetown University with our son.  Because of the close proximity of our home to Georgetown, we often saw Mike at our home or at school events.  We also share the same hometown, Chicago, and coincidentally Mike's mother was my cousins High School Religion teacher.

I am sure you have heard what a terrific person Mike is and I agree, but what has impressed me over the past years is not his achievements, but his character and integrity under enormous adversity.  The measure of a man is not how he deals with success but how he confronts adversity.  Mike has shown his true strength of character when his world fell apart six years ago.  Mike stood strong when his career was lost and public humiliation engulfed him and his family.  Mike never complained and stood true to his faith and values.  Mike's commitment to his wife, children and friends has been unwavering.  Most couples would have crumbled under this strain but Mike and his amazing wife Natalie have demonstrated extraordinary commitment to each other and the well-being of their children.  Their second child was born during these difficult times.

As sentencing is being considered I ask the Court to extend Mercy to Mike and his family.  Who would suffer the most?  Incarcerating Mike, removing him from his wife and children, particularly in the children's tender years, would only create damage that would live on in the children's lives. Natalie has suffered greatly and forcing her to be a single parent and the sole bread winner is unduly burdensome to this already punished family.

I beg the court to show mercy to Mike, his wife Natalie, his son ██ (6) and his daughter ████████ (3).

Most sincerely yours,

Jamie N. Shuler

Ex. A-126

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

November 18, 2020

Dear Judge Chatigny,

My name is Christine O'Neill. I'm a close friend of Mike's sister, Meg, and have had the pleasure of getting to know Mike and Natalie over the years, at different events for Meg, and also on one occasion having been invited to their home in Quogue.

I know Mike as a very loving and loyal brother, husband, dad and son, generous, welcoming, fun and kind. His family and friends are fiercely loyal to him, as I'm sure you've witnessed. That kind of love and loyalty is of course a reflection of who Mike is.

As I know you will be receiving many letters attesting to Mike's character, and I know you've recently spent some time pondering the complexities of human behavior, the majority of what I'll share with you today is what I feel and know to be true about the human mind and heart, based on my work and experience.

Before becoming a professional Executive and Leadership Coach, I admittedly used to see the world as far more black and white, right and wrong, good and bad. Now I know how incredibly complex we are. It's entirely changed my judgment of situations and people, and also my belief in human potential.

There is a founding principle in coaching that says you cannot make a mistake. I did not understand this at all, at first, but now it makes complete sense.

Every one of us has a unique perspective. It's made up of how we grew up, the lessons taught to us, the beliefs instilled, our culture, those we're surrounded by, and our experiences to date. It's as if you walked around wearing glasses with pink lenses whereas mine are blue. Everything to you is a little pink. That's your reality.

We act to the best of our ability given the lenses we wear, based on the information we have *at that time*. Our reality.

And then one day those glasses are knocked off your face and the world appears entirely different. Nothing actually changed except the way you see things. New reality.

**Ex. A-127**

That new perspective can change what we believe, how we feel, and as a result how we interact with people, the choices we make, the actions we take, and the results we get.

An experience can lead one person to see the world as limited, to then feel anger, resentment, or maybe self-doubt, which in turn can cause them to act out, or to shut down.

That same experience can for someone else lead to new insight, a new view into what's important or possible, it can cause them to feel greater gratitude, or to reprioritize, leading them to act with greater inspiration and purpose.

Same experience. Different reality. Different result.

I hear so many stories of people going through the most painful experiences, who now are able to look back with gratitude because from those moments they received the greatest gifts, things they couldn't have seen had they not come through the other side.

My point in all this is to share that first, we are far more than an action in time. We are far too complex for that. A man isn't defined in the past but in his present perspective and actions.

And second, that there is a gift in every painful experience, it's just not always possible to see it right away. This painful experience has been going on for Mike and his loved ones for five years. Whatever gifts that will emerge from this pain are already planted. Extreme punishment would crush him and his family, and delay any good from emerging. It's crushing to even imagine. I would plead, your honor, that you allow this to end, and by doing so allow these gifts to emerge, and for Mike and his family to move forward.

With sincerity,

Christine O'Neill
Christine O'Neill LLC
████████████████
Hastings on Hudson, NY ████

**Hon. Robert N. Chatigny**
**United States District Court**
**District of Connecticut**
**Abraham Ribicoff Federal Building**
**450 Main Street - Room 228**
**Hartford, Connecticut 06103**


October 30, 2020


Dear Judge Chatigny,

My name is James O'Brien.  I am a married father of two and I reside in Ardmore, PA.  I have known Mike Gramins since our freshman year of college.  We graduated together from Georgetown University in May 2004 and both moved to New York City shortly thereafter.

I have always known Mike to be a kind and generous person.  He has always been a friend I can count on for a favor or advice.  Both in college and after college, Mike was known for his work ethic, and it was no surprise to see Mike be successful so soon after graduation.

Mike and I have two major similarities.  We are both products of Jesuit education, Mike at Loyola Academy in Illinois, and me at Scranton Preparatory School in Pennsylvania.  We both also come from large Catholic families.  Needless to say Mike and I got along very well.

I have been fortunate over the years to get to meet Mike's parents and siblings, and after meeting his family it made perfect sense that Mike became a great husband and father.  I know Mike loves his kids and wants to spend as much time as possible with ▮ and ▮▮▮▮▮.  As he settles into life in North Carolina, I expect Mike to continue to be a great dad, husband, and friend.

I can only imagine the stress that Mike and his family have been under these last few years.  As this ordeal comes to a close, I hope that you consider Mike's character and family when determining his sentence.

Sincerely,

James O'Brien

Ex. A-128

October 28 2020

Hon. Robert N. Chatigny
United States District Court
District Of Connecticut
Abraham Ribicoff Federal Building
450 Main Street—Room 228
Hartford Connecticut 06103

DEAR JUDGE CHATIGNY

I met Michael Gramins some 16 years ago after he moved to New York City. He is the brother of John
Gramins who is married to my step daughter Ashley Gramins.

My background includes serving as a High School Head Counselor/Guidance Director At La Jolla High
School for more than 30 years. I am now retired. I spent a great part of that time evaluating human
behavior, character, and moral attitude.

My evaluation of Michael Gramins is that he is " a good man". Not once in the 16 years i have known
him did i have reason to doubt his character. He demonstrated that he is a person who acts upon his
moral training and shows a genuine caring for his neighbors.

As my step daughter and son in law lived in New York City during those 16 years i had many occasions to
spend time with Michael and his family. Many of the occasions at Thanksgiving Dinner or when he
visited his brothers who live in San Diego/La Jolla California. I was impressed with Michael as a caring
father to his children. He was effective but fare, generous but equipping and completely devoter to his
wife and family. On one occasion at Thanksgiving I observed Michael in action. His Young daughter
was in great distress after eating her dinner. Michael did not hesitate to assist her in a patient, caring
and loving manor. She was subsequently diagnosed with ███████████████ .

The last 5 years has been especially difficult and a great impact to Michael and his family both financially
as well as socially. Michael is aware that we live in a morally and accountable society governed by the
rule of law. He is aware of his debt. As he awaits sentencing for his actions I would hope that you would
find "this good man" worthy of the courts mercy in any decision affecting his future. If he is allowed to
remain with his family where he can be encouraged by those who love him he will become an asset to
the community we all share.

Dennis Adams

Ex. A-129

November 21, 2020

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny:

My name is Kevin Shooshan, and I graduated from Georgetown in 2004 along with Mike.  I've been married for 12 years and have 3 children, and I've known Mike since I met him in 2000 as a freshman at Georgetown University, and ended up living with him from 2002 to 2004.  Today, I live in Washington, DC and run a mid-size real estate development and management company.

Even today, when I think about my time at Georgetown and the people I went to school with, I remember Mike as one of the most honest, genuine and responsible people I've known in my entire life.  I don't know the details of Mike's case, but my first reaction was disbelief.  Mike spent most days in the library, studying constantly to maintain his position as one of the top students in our entire University.

Mike is a good person, a good husband and a good father, and I know that he is a valuable member to his family and his community.  I hope and pray that Mike and his family can remain together.

Thank you for your time,
Kevin Gregg Shooshan

Ex. A-130


Lutherville, MD

**November 20, 2020**

Hon. Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 228
Hartford, Connecticut 06103

**Dear Judge Chatigny:**

I met Mike my sophomore year at Georgetown University. Mike was a freshman and we became close friends. Both having attended Jesuit high schools — Mike, Loyola Academy and myself, Loyola Blakefield in Baltimore — our characters were shaped in similar fashions. The principals of treating others with respect, having concern for the marginalized and valuing honest hard work and eduction were values that I shared with Mike then and do now.

Needless to say, I was shocked to hear the news of his situation in 2014 and seeing what has transpired since. I always knew Mike to be an honest guy and one of the hardest workers as a student and later as a professional, and not one to take shortcuts. The toll this process has taken on him and the devastation that a potential sentence of incarceration would bring to him, Natalie and the children, is heartbreaking.

Eugen P. Miles

**Ex. A-131**

Dear Judge Chatigny

We are writing in support of Michael Gramins. We have known him since he became a roommate to our son in their freshman year at Georgetown (Fall 2000).

Since then Mike has continued to be a good friend and we have enjoyed knowing him and his family. Mike has been kind to include us in many family milestones. We have watched Mike become a great dad and loving husband.

In sum we see Mike as a generous, gracious and loving person, who ~~his dad~~ adheres my principles of life for others.

Thank you for your attention.

Sincerely,

Marcia and Tim McBride

12/1/20