# EXHIBIT C

## Trade 14: Putnam buys HVMLT 2005-14 5A1A – March 16, 2011

ROSS SHAPIRO NOMURA SECURITIES IN 03/16/2011 17:27:12
yes...we bot 57.5/53.5/62.75 respectively

GX 14C

BUYS:     61,250,000 of HVMLT 2005-14 5A1A
PRICE:    62.0000000

GX 14B

** Curr Face    $   36,532,432.65

GX 14D

$$62\text{-}24$$
$$-\ 62\text{-}00$$
$$\overline{\phantom{00000}}$$

24 ticks

$$\times\ \$36{,}532{,}432.65$$

$$\$273{,}993.24$$

## Trade 15: Putnam buys LXS 2007-8H A1 – March 16, 2011

ROSS SHAPIRO NOMURA SECURITIES IN 03/16/2011 17:27:12
yes...we bot 57.5/53.5/62.75 respectively

GX 15C

BUYS:     67,203,750 of LXS 2007-8H A1
PRICE:    52.0000000

GX 15B

** Curr Face    $   24,745,646.91

GX 15D

53-16

− 52-00

_____

48 ticks

✱ $24,745,646.91

_____

$371,184.70

## Trade 18: Putnam buys HVMLT 2005-2 2A1A – September 21, 2011

09/21/2011 20:01:04 UTC ZACHARY HARRISON (ZHARRISON@Bloomberg.net) posted:  k show him 60-24 pls. 61.0000000 to me sounds nice
09/21/2011 20:08:57 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:  so right now i have him offering to me at 61-00 but he seems pretty trenched in there

GX 18A

BUYS:     160,365,000 of HVMLT 2005-2 2A1A
PRICE:    60.0000000

GX 18C

\*\* Curr Face      $    32,371,126.38

GX 18D

$$\begin{array}{r} 61\text{-}00 \\ -\ 60\text{-}00 \\ \hline \text{32 ticks} \\ \times\ \$32{,}371{,}126.38 \\ \hline \$323{,}711.26 \end{array}$$

## Trade 19: Putnam sells OAK 2002-C A1 – October 6, 2011

SELLS: 71,190,000 of OAK 2002-C A1
PRICE: 88.1250000

GX 19C

ROSS SHAPIRO NOMURA SECURITIES IN 10/06/2011 21:02:13
improved to 86.5 and said let's trade or not trade b/c it is quitting/drinking time . not kidding
ZACHARY HARRISON PUTNAM INVESTMENTS L 10/06/2011 21:06:50
71.19mm o/f oak 02-c a1, u can write me @ 86-08 assuming that level was to them
ROSS SHAPIRO NOMURA SECURITIES IN 10/06/2011 21:09:10
ok done...sending ticket

GX 19A

** Curr Face     $   20,523,498.89

GX 19B

   88-04
−  86-16
   ─────
   52 ticks
✖  $20,523,498.89
   ─────────────
   $333,506.86

## Trade 13: QVT buys INDX 2005-AR14 A1B2– March 16, 2011

JOEL WOLLMAN QVT FINANCIAL, LP 03/16/2011 19:31:29
 I would take a shot at 18-1
JOEL WOLLMAN QVT FINANCIAL, LP 03/16/2011 19:35:15
 you gonna use?
MICHAEL GRAMINS NOMURA SECURITIES IN 03/16/2011 19:35:22
 yes using

GX 13A

BUYS:      21,952,980 of INDX 2005-AR14 A1B2
PRICE:   17.5312500

GX 13B

\*\* Curr Face     $    19,466,486.49

GX 13D

18-01

− 17-17
_____

16 ticks

✖ $19,466,486.49
_____

$97,332.43

## Trade 21: Putnam sells GPMH 2000-3 IA – December 14, 2011

```
SELLS:    110,000,000 of GPMH 2000-3 IA
PRICE:    87.0000000
```
GX 21C

```
ROSS SHAPIRO NOMURA SECURITIES IN 12/14/2011 20:14:30
 they aren't going to pay >85
ROSS SHAPIRO NOMURA SECURITIES IN 12/14/2011 20:14:44
 i think i can get her to pay 85 for whole piece
```
GX 21A

```
** Curr Face      $   56,289,367.07
```
GX 21B

$$\begin{array}{r} 87\text{-}00 \\ -\ 85\text{-}00 \\ \hline \textcolor{red}{64 \text{ ticks}} \\ \times\ \$56{,}289{,}367.07 \\ \hline \textcolor{red}{\$1{,}125{,}787.34} \end{array}$$

## Trade 22: Ellington buys JPALT 2007-A2 2A1 – December 21, 2011

12/21/2011 19:40:44 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted: if you could get to -16 i can try to get them at 38-08 and make 8 ticks, but i'm not gonna pass up a trade for 4 ticks either

GX 22A

BUYS: 16,699,000 of JPALT 2007-A2 2A1
PRICE: 37.8750000

GX 22C

** Curr Face     $     11,169,226.34

GX 22D

38-08

− 37-28

―――――

12 ticks

✱ $11,169,226.34

―――――

$41,884.60