# EXHIBIT F

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
        ------------------------x
 4      SECURITIES AND EXCHANGE )
        COMMISSION              )
 5                              )
                                )
 6              Plaintiffs,     )
                                )
 7              vs.             ) No. 1:15-CV-07045-RMB-RWL
                                )
 8      ROSS B. SHAPIRO,        )
        MICHAEL A. GRAMINS and  )
 9      TYLER G. PETERS,        )
                                )
10              Defendants.     )
                                )
11      ------------------------x
12
13
14          VIDEOTAPED DEPOSITION OF SCOTT AUSTIN
15                Los Angeles, California
16               Tuesday, August 13, 2019
17
18
19
20
21
22
23   Reported By:
24   SUSAN A. SULLIVAN, CSR #3522, RPR, CRR
25   Job No. 163165
```

1   Peters meant in that message?
2       A   I believe so.
3       Q   What do you understand Mr. Peters to mean?
4       A   That Nomura would probably sell the bonds
5   below 75 and 24 and that they might or might not
6   sell it below one point lower than the offer of 75
7   and 24.
8       Q   Mr. Peters makes reference to the guy.  Do
9   you have any understanding as to what that means?
10      A   It appears to be a representation of an
11  owner of the bonds.
12      Q   In deciding whether to bid on these bonds
13  did you care whether Nomura owned the bonds or
14  whether a third party owned the bonds?
15      A   No.
16      Q   And you didn't care because all that was
17  important to you was the price at which they were
18  being offered for sale, correct?
19      A   Correct.
20      Q   And from this exchange you understood that
21  Nomura might be willing to sell the bond to you for
22  up to a point below their original 75 and 24 tick
23  offer, correct?
24      A   I understood an actual offer of 75 and 24,
25  that there probably was a little room off of that

1  offer and that potentially Nomura would sell plus
2  or minus a point below the original offer.
3       Q    In considering Nomura's offer whether TCW
4  would bid, did you care what price Nomura was
5  buying the bonds at that it was then selling to
6  you?
7       A    No.
8            MR. JAFFE:  I will ask the reporter to
9  mark as Austin 9 a single-page document bearing
10 Bates No. TCW 2409.
11           (Austin Exhibit 9, Email from Scott Austin
12 Tyler Peters sent March 18, 2011, Bates No.
13 TCW_00002409, marked for identification, as of this
14 date.)
15      Q    BY MR. JAFFE:  Does this appear to be a
16 continuation of your conversation with Mr. Peters
17 on March 18th, 2011, with regard to the JPM bond we
18 have been discussing?
19      A    Yes.
20      Q    How did you respond to Mr. Peters?
21      A    "How about 74-24 FOK?"
22      Q    And what does FOK mean there?
23      A    Fill or kill.
24      Q    And does that mean that you were offering
25 a -- that TCW was making a best and final bid of 74

1      Q   BY MS. KELLY:  So even if Mr. Peters was
2  lying to you about who owned the bond and about
3  essentially fabricating the content of the
4  negotiation, that wasn't important to you?
5           MR. JAFFE:  Objection.
6           MS. FEINSTEIN:  Go ahead and answer.
7           THE WITNESS:  The relevant information is
8  the numbers of the transaction which were the offer
9  price, the information about the possibility or
10 probability of selling below that offer price, and
11 the continuation of that potentially a point below
12 the offer price.  Those were relevant for the
13 potential transaction of the bonds.
14     Q   BY MS. KELLY:  You know that as a trader
15 for TCW you were functioning as a fiduciary for
16 clients, right?
17     A   Correct.
18     Q   And is it without going through the math
19 on the trade ticket, can you accept my
20 representation that TCW paid $117,000 more than
21 Nomura had bought the bond for an hour earlier?
22          MS. FEINSTEIN:  You can accept it.  We
23 will accept that calculation.
24          THE WITNESS:  I accept that.  And I had no
25 control over where Nomura would offer or be willing

1    to sell the bonds.

2         MS. KELLY:  Understood.

3         MS. FEINSTEIN:  Hold on.

4         Were you finished?

5         THE WITNESS:  I had no control over where
6    Nomura would be willing to offer and sell the
7    bonds.  I and TCW had control over the price at
8    which we would be willing to pay on behalf our
9    clients.

10   Q    BY MS. KELLY:  You also had control over
11   whether you continued to do business with Nomura,
12   correct?

13        MR. JAFFE:  Objection.

14        MS. FEINSTEIN:  You can go ahead if you
15   know.

16        THE WITNESS:  Yes.

17   Q    BY MS. KELLY:  Have you heard of dealers
18   being put in the box?

19   A    I've heard that phrase.

20   Q    Have you ever stopped doing business with
21   a dealer over the course of your time at TCW?

22        MS. FEINSTEIN:  Objection; asked and
23   answered.

24        Go ahead.  I'm sorry.  You can answer.

25        THE WITNESS:  I don't know.