# EXHIBIT G

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ------------------------------x

5    SECURITIES AND EXCHANGE

6    COMMISSION,

7                    Plaintiff,

8

9           v.            1:15 Cv 07045 RMB-RWL

10

11   ROSS B. SHAPIRO, MICHAEL A.

12   GRAMINS and TYLER G. PETERS,

13                 Defendants.

14   ------------------------------x

15

16               DEPOSITION OF GARY LITT

17                New York, New York

18                 June 11, 2019

19

20

21   Reported by:

22   MARY F. BOWMAN, RPR, CRR

23   JOB NO. 159539

24

25

1            G. Litt

2    trade and it says, "Reaction, not pleased.

3    Info provided was wrong.  Purchase price

4    would have been lower if he knew the

5    truth."

6          Does that -- again, sound

7    consistent with what you said during the

8    course of the interview?

9       A.   So I don't remember the specifics

10   of the interview, but I would say that upon

11   learning that we were lied to, we were not

12   pleased.  I would -- I would say that was

13   probably my reaction at the time.

14      Q.   Just focusing on the trade we are

15   talking about today between Nomura and

16   Soros, if it is the case that Soros ended

17   up paying 1.75 above the purchase price

18   meaning you paid an additional -- my math

19   is poor -- but 50 odd ticks in total, is

20   that -- that's more than you paid in excess

21   on this Litvak trade, correct?

22      A.   Yeah, that's right.

23      Q.   Are you also not pleased to have

24   paid a higher price than you potentially

25   could have paid if you knew the truth about

                         G. Litt

1
2   either the ownership or the purchase price?

3            MR. JAFFE:  Objection.

4            MR. SKARLOFF:  Objection.

5       A.    So I would say that in regards to

6   the piece about knowing sort of who owned

7   the bond, sort of like we described

8   earlier, I don't know if it would have

9   changed the purchase price or not.  And I

10  don't know necessarily if it would have

11  changed the negotiation or not.

12           As far as the other piece of

13  information, as we discussed earlier, if I

14  would have known what their purchase price

15  was, Nomura's purchase price, we would

16  have, in an effort to get best execution,

17  which we have to do as fiduciaries, I would

18  have tried to bid lower than maybe we did.

19  But I don't necessarily know if the outcome

20  would have been different.

21      Q.    Because you can't -- it is not

22  information that you had so you can't know

23  that the outcome would have been different?

24      A.    Exactly, that's right.

25      Q.    Just looking at this, if you go a