# EXHIBIT O



Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

## Former Conn. US Atty Deirdre Daly Joins Finn Dixon

By **Jack Newsham**

Law360 (June 27, 2018, 5:00 PM EDT) -- Deirdre Daly, the former U.S. Attorney in Connecticut whose cases against residential mortgage-backed securities traders drew the white collar world's attention, has joined Finn Dixon & Herling LLP, where she plans to focus on internal investigations and monitorships, the firm said Wednesday.

Daly told Law360 she met with "over 40" lawyers to discuss opportunities after she left her post as Connecticut's top federal prosecutor in October. She ultimately opted for Finn Dixon for its tight-knit and collaborative culture and her experience with its attorneys, which include her husband, Alfred Pavlis, who joined the firm in 2010.

"I'm very interested in doing internal investigations and monitoring work," she said. "I think that there is a continuing trend within companies and institutions, both public and private entities, to identify and understand and address problems before they escalate."



Deirdre Daly

Daly worked as Connecticut's U.S. Attorney from 2013 through 2017, and said she was proud of her work in a variety of areas, from combating violent crime in New Haven — a city with 34 murders in 2011 but just seven last year — to working with vulnerable people like sex-trafficking victims and elderly investors who were scammed.

She also cited her office's work driving reforms in the East Haven, Connecticut, police department. The city's police force was found by the U.S. Department of Justice to be biased against Latinos, resulting in a consent decree that was in place through last year. She said her office did "a lot of outreach" to minority communities that have historically distrusted law enforcement.

Some of Daly's most prominent white collar cases have hit snags, however. Jesse Litvak, the ex-Jefferies Group trader who was accused of lying to buyers and sellers of residential mortgage-backed securities to bolster his profits, has been convicted twice, but had that conviction **reversed** on appeal both times.

Other cases in that same vein have also hit trouble, with former Cantor Fitzgerald trader David Demos winning an acquittal in May and only **limited success** for the government in its case against a trio of Nomura Securities International Inc. traders.

Still, Daly said she has no regrets with bringing those cases. She said two juries had convicted Litvak and said his appeals were only successful when it came to challenging evidence, rather than the prosecution's entire theory of the case. She also said the cases led to reforms at banks and brokerages to cut down on deception.

"One of the goals of prosecutions is deterrence," and these cases accomplished that, she said.

The hire is at least the second high-profile law enforcement lawyer to join Finn Dixon in recent months. Andrew Calamari, the U.S. Securities and Exchange Commission's leader in New York, was **announced** in December as the firm's latest recruit.

Daly was succeeded as Connecticut's U.S. Attorney by John H. Durham, a career prosecutor who served as Counsel to the U.S. Attorney in the decade prior to taking the reins of the office.

She earned her J.D. from Georgetown University Law Center and her undergraduate degree from Dartmouth College.

--Editing by Alanna Weissman.

All Content © 2003-2020, Portfolio Media, Inc.