UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL GRAMINS,<br><br>Defendant. | S3 15-cr-00155 (RNC)<br><br>December 14, 2020 |

### DEFENDANT MICHAEL GRAMINS' MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO MAKE FURTHER REDACTIONS FROM ITS MEMORANDUM IN AID OF SENTENCING

Pursuant to District of Connecticut Local Rule of Criminal Procedure 57(b) and prior rulings by the Court, Defendant Michael Gramins respectfully moves for an order directing the government to: 1) withdraw from the public file the version of its Memorandum In Aid of Sentencing (the "Memorandum") which it filed on today's date and 2) make further redactions as more fully described below before refiling it, and in support thereof states as follows:

1. The government filed its Memorandum on December 14, 2020 (ECF No. 593). On page 18 of the Memorandum, the government included a table which lists the compensation Mr. Gramins purportedly received from Nomura for each year from 2010 to 2014, inclusive. Information about Mr. Gramins' compensation has never been publicly disclosed prior to the government's filing. Indeed, the government cites to the Presentence Report prepared by the Probation Department, dated November 30, 2020 (ECF No. 581) as the source of the information about Mr. Gramins' compensation. As the Court is aware, the Presentence Report in a criminal case is strictly confidential and is not made available to the public.

2. The amount of compensation Mr. Gramins received from Nomura has been the subject of prior motion practice (ECF Nos. 160, 161, 182, 201) and a prior ruling by the Court precluding the government from offering evidence at trial about Mr. Gramins' compensation

because of the prejudice it could cause (ECF No. 366, Minute Entry granting Defendants' Joint Motion in *Limine* to exclude evidence and argument regarding the defendants' compensation; ECF 372, Transcript of Proceedings on April 24, 2017 ("Tr."): "…I think the probative value of the actual compensation numbers with regard to motive on the record in front of me right now is substantially outweighed by the danger of unfair prejudice." Tr. at 20). Of note, even the public version of that transcript had the amount of Mr. Gramins' compensation redacted. Consistent with the Court's ruling, during the course of this case the government agreed that it would not include the amount of Mr. Gramins' compensation in public filings.

3. The compensation information now included in the government's publicly filed Memorandum is still highly prejudicial to Mr. Gramins and should therefore be redacted. First, the compensation figures set forth by the government fail to disclose that much of those amounts were in the form of deferred compensation which Mr. Gramins has never actually received. Second, there is the possibility that there could be a retrial of the counts of conviction on which the jury failed to reach a verdict (ECF No. 571). Accordingly, by including this information in its publicly filed Memorandum, the government creates the same prejudice at a retrial that led the Court to exclude the evidence at the prior trial. There is no countervailing interest in the public having access to that information.

4. Good cause therefore exists to direct the government to withdraw its publicly filed Memorandum and to re-file it with the compensation information redacted. We have conferred with the government about this motion and it has informed us that it does not consent to the relief being sought.

Respectfully submitted,

Mukasey Frenchman & Sklaroff LLP

By:   /s/ Marc L. Mukasey
      Marc L. Mukasey

      2 Grand Central Tower
      140 East 45th Street, 17th Floor
      New York, NY 10017
      Tel. (212) 466-6400

      *Counsel for Defendant Michael Gramins*

## CERTIFICATION OF SERVICE

I hereby certify that on December 14, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: New York, New York
December 14, 2020

    /s/ Marc L. Mukasey
Marc L. Mukasey
2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, NY 10017
Tel. (212) 466-6400