**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

### United States District Court

_____ District of _____

Caption:

_____ v.

_____   Docket No.: _____

_____
(District Court Judge)

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [\_\_\_], other [\_\_\_] _____
(specify)
entered in this action on _____.
(date)

This appeal concerns: Conviction only [\_\_\_]   Sentence only [\_\_\_]   Conviction & Sentence [\_\_\_]   Other [\_\_\_]

Defendant found guilty by plea [\_\_\_] trial [\_\_\_] N/A [\_\_\_].

Offense occurred after November 1, 1987?   Yes [\_\_\_]   No [\_\_\_]   N/A [\_\_\_]

Date of sentence: _____   N/A [\_\_\_]

Bail/Jail Disposition: Committed [\_\_\_]   Not committed [\_\_\_]   N/A [\_\_\_]

Appellant is represented by counsel?  Yes [\_\_\_] No [\_\_\_]   If yes, provide the following information:

Defendant's Counsel:   _____

Counsel's Address:   _____
_____

Counsel's Phone:   _____

Assistant U.S. Attorney:   _____

AUSA's Address:   _____
_____

AUSA's Phone:   _____

_____
Signature

## CERTIFICATION OF SERVICE

I hereby certify that on January 4, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
January 4, 2021

    /s/ Marc L. Mukasey
Marc L. Mukasey
Mukasey Frenchman & Sklaroff LLP
2 Grand Central Tower
140 E. 45th St., 17th Floor
New York, New York
Tel (212) 466-6400