| | |
|---|---|
| **From:** | Unspecified Sender |
| **Sent:** | Thursday, October 25, 2012 12:06 AM |
| **To:** | TYLER PETERS (|NOMURA SECURITIES IN|tyler.peters@nomura.com) <tpeters11@bloomberg.net>; ROSS SHAPIRO (|NOMURA SECURITIES IN|ross.shapiro@nomura.com) <rshapiro17@bloomberg.net>; MICHAEL GRAMINS (|NOMURA SECURITIES IN|michael.gramins@nomura.com) <mgramins1@bloomberg.net>; ERIC HOROWITZ (|NOMURA SECURITIES IN|Eric.Horowitz@nomura.com) <ehorowitz5@bloomberg.net>; JOHN FLEISHER (|NOMURA SECURITIES IN|JOHN.FLEISHER@nomura.com) <jfleisher2@bloomberg.net>; CONOR O'CALLAGHAN (|NOMURA SECURITIES IN|Conor.Ocallaghan@nomura.com) <cocallaghan3@bloomberg.net>; CALEB CHAO (|NOMURA SECURITIES IN|CALEB.CHAO@nomura.com) <ccaleb@bloomberg.net>; BRENDAN MCNAMARA (|NOMURA SECURITIES IN|Brendan.McNamara@nomura.com) <bmcnamara8@bloomberg.net>; MICHAEL DEPIETRO (|BHR CAPITAL LLC|mdepietro@bhrcap.com) <mdepietro3@bloomberg.net> |
| **Subject:** | IB Conversation, 9 participants, *** NOMURA SECURITIES IN (12335) Disclaimer: Additional information is available upon request. Information... |

Conversation start time: 10/25/2012 04:05:30 UTC

Conversation end time:  10/26/2012 03:04:11 UTC

Number of Participants: 9

Participants:
    TYLER PETERS (TPETERS11@Bloomberg.net)
    ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net)
    MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net)
    ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net)
    JOHN FLEISHER (JFLEISHER2@Bloomberg.net)
    CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net)
    CALEB CHAO (CCALEB@Bloomberg.net)
    BRENDAN MCNAMARA (BMCNAMARA8@Bloomberg.net)
    MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net)

RoomID: PCHAT-0x10000026B5F1B

10/25/2012 04:05:30 UTC JOHN FLEISHER (JFLEISHER2@Bloomberg.net) entered

10/25/2012 04:37:13 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) exited

10/25/2012 04:37:54 UTC BRENDAN MCNAMARA (BMCNAMARA8@Bloomberg.net) exited

10/25/2012 05:06:48 UTC JOHN FLEISHER (JFLEISHER2@Bloomberg.net) exited

10/25/2012 05:24:51 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) exited

10/25/2012 05:39:48 UTC CALEB CHAO (CCALEB@Bloomberg.net) exited

10/25/2012 10:59:23 UTC BRENDAN MCNAMARA (BMCNAMARA8@Bloomberg.net) entered

10/25/2012 10:59:23 UTC BRENDAN MCNAMARA (BMCNAMARA8@Bloomberg.net) posted: *** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on

sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

10/25/2012 10:59:29 UTC BRENDAN MCNAMARA (BMCNAMARA8@Bloomberg.net) viewed history from 10/25/2012 04:05:30 UTC to 10/25/2012 10:59:23 UTC

10/25/2012 11:39:24 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) entered

10/25/2012 11:39:24 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted: *** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

10/25/2012 11:39:42 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) viewed history from 10/25/2012 04:05:30 UTC to 10/25/2012 11:39:24 UTC

10/25/2012 11:42:28 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) entered

10/25/2012 11:42:28 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted: *** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

10/25/2012 11:42:41 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) viewed history from 10/25/2012 04:05:30 UTC to 10/25/2012 11:42:28 UTC

10/25/2012 11:45:37 UTC CALEB CHAO (CCALEB@Bloomberg.net) entered

10/25/2012 11:45:37 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted: *** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

10/25/2012 11:45:38 UTC JOHN FLEISHER (JFLEISHER2@Bloomberg.net) entered

10/25/2012 11:45:38 UTC JOHN FLEISHER (JFLEISHER2@Bloomberg.net) posted: *** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

10/25/2012 11:45:51 UTC CALEB CHAO (CCALEB@Bloomberg.net) viewed history from 10/25/2012 04:05:30 UTC to 10/25/2012 11:45:37 UTC

10/25/2012 11:45:56 UTC JOHN FLEISHER (JFLEISHER2@Bloomberg.net) viewed history from 10/25/2012 04:05:30 UTC to 10/25/2012 11:45:37 UTC

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.                                                                                             NSI00028917

10/25/2012 11:53:15 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) entered

10/25/2012 11:53:15 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted: *** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

10/25/2012 11:53:19 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) viewed history from 10/25/2012 04:05:30 UTC to 10/25/2012 11:53:15 UTC

10/25/2012 12:04:49 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) entered

10/25/2012 12:04:49 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted: *** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

10/25/2012 12:05:07 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) viewed history from 10/25/2012 04:05:30 UTC to 10/25/2012 12:04:49 UTC

10/25/2012 12:17:56 UTC TYLER PETERS (TPETERS11@Bloomberg.net) entered

10/25/2012 12:20:15 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) entered

10/25/2012 12:20:16 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) viewed history from 10/25/2012 04:05:30 UTC to 10/25/2012 12:20:15 UTC

10/25/2012 12:29:48 UTC TYLER PETERS (TPETERS11@Bloomberg.net) exited

10/25/2012 12:35:09 UTC TYLER PETERS (TPETERS11@Bloomberg.net) entered

10/25/2012 12:35:09 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted: *** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

10/25/2012 12:35:23 UTC TYLER PETERS (TPETERS11@Bloomberg.net) viewed history from 10/25/2012 04:05:30 UTC to 10/25/2012 12:35:09 UTC

10/25/2012 14:38:22 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   please buy 200k NSM 31.50 limit 15% volume

10/25/2012 14:38:33 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   damn wrong chat

10/25/2012 14:38:37 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   sorry boys

10/25/2012 14:38:42 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   that's ok

10/25/2012 14:38:51 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   as long as you're routing it to what's left of our equity desk ;-)

10/25/2012 14:38:55 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   pa it if you want

10/25/2012 14:39:11 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    NCT thing worked out anyway

10/25/2012 14:39:16 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    puts were golden on NSM

10/25/2012 15:15:13 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    yo yo

10/25/2012 15:15:25 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    have another lbmlt block to partner up on

10/25/2012 15:16:42 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    this time getting a shot out of comp before going jumpball

10/25/2012 15:16:55 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    lbmlt 06-4 2a3 & 2a4

10/25/2012 15:17:02 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    28mm & 21+mm

10/25/2012 15:17:08 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    i am happy to split w you

10/25/2012 15:17:22 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    can you run em up?

10/25/2012 15:17:35 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    yep

10/25/2012 15:17:41 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    running

10/25/2012 15:17:53 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    cool thx

10/25/2012 15:39:57 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    i'm shaking out 45h, lemme know what you think

10/25/2012 15:41:06 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    give me 5 min

10/25/2012 15:41:40 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    initial run straight comp to the 7s was 4.3pt basis

10/25/2012 15:42:16 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    so right around 44

10/25/2012 15:42:34 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    but i'm running this stuff to like 10 handle yeiled with est. settlement so

10/25/2012 15:44:47 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    ok, i run to same 10% yld but basically came out a pt higher

10/25/2012 15:45:12 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    it doesn't really matter i guess

10/25/2012 15:45:22 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    give me three secs brb

10/25/2012 15:45:25 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    i was estimating an 82mm pmt

10/25/2012 15:45:31 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    so it's like 18mm invested?

10/25/2012 15:45:32 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    maybe you were running a bit less

10/25/2012 15:45:42 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    that would prob be the diff

10/25/2012 15:45:43 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:    this one would have more upside too

10/25/2012 15:45:46 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    i cuffed 80mm

10/25/2012 15:46:04 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   all good i'm on board

10/25/2012 15:46:12 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   ok cool

10/25/2012 15:46:19 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   give me one sec

10/25/2012 15:46:31 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   i can take more if it helps

10/25/2012 15:46:45 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   just trying to figure out how much i can take

10/25/2012 15:47:04 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   total proceeds at like 45 are like 18mm

10/25/2012 15:47:17 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   for both pieces

10/25/2012 15:48:11 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   22mm for both

10/25/2012 15:48:28 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   oh i missed factor

10/25/2012 15:49:00 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   right 18mm or so

10/25/2012 15:51:20 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   ok so i can only take 5mm invested so your call on split

10/25/2012 15:51:30 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   thats fine

10/25/2012 15:51:42 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i just got called out for buying to much NSM

10/25/2012 15:51:46 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   haha

10/25/2012 15:52:06 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   don't they know about the 5 yards of GSAA?

10/25/2012 15:52:13 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   ahahah

10/25/2012 15:52:24 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   go big or go home haha

10/25/2012 15:52:36 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   little smaller these days Mr. Ross

10/25/2012 15:52:44 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   i'm talking about your PA!

10/25/2012 15:52:47 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hahaha

10/25/2012 15:53:08 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   i mean long NSN puts, long OCN equity, and short McNamar's pizza abstention

10/25/2012 15:53:19 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hahahahah

10/25/2012 15:53:26 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   does *breakfast pizza* count?

10/25/2012 15:53:29 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   yes

10/25/2012 15:53:43 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   thanks for reminding me about that bet

10/25/2012 15:54:09 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   grambo just let me know the deal when you can

10/25/2012 15:54:13 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   thanks guys

10/25/2012 15:54:23 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   appreciate you sharing the only trade left in resi

10/25/2012 15:54:37 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   hey now

10/25/2012 15:54:44 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   the trade from 6h ylds to 4h ylds

10/25/2012 15:54:49 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   will be *EPIC*

10/25/2012 15:54:50 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   Gramins is actually moving over to our equity derivatives desk at year-end...

10/25/2012 15:54:52 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hahah

10/25/2012 15:55:15 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   if that happens there will be a lot more to do

10/25/2012 16:01:11 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   oh man

10/25/2012 16:01:15 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   just missed all this

10/25/2012 16:01:27 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   ok so got off w seller

10/25/2012 16:01:37 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   he offered me the package at 46

10/25/2012 16:02:08 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   i told him that was too far a stretch for me

10/25/2012 16:02:33 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   showed him 44 bid to start

10/25/2012 16:02:56 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   he says he needs 45h or is going to go out in comp

10/25/2012 16:03:09 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   i told him i'd be back

10/25/2012 16:03:09 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   ok

10/25/2012 16:03:41 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   show 45

10/25/2012 16:03:49 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   to get his best

10/25/2012 16:04:01 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   46 is too high

10/25/2012 16:04:33 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   ok cool i agree

10/25/2012 16:04:37 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   will be back

10/25/2012 16:15:34 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   we done yet

10/25/2012 16:16:11 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   just waiting for him to call back

10/25/2012 16:17:15 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   cool

10/25/2012 16:26:43 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   ok, he wanted to get me to do the meet in the middle at the half but i said no, said i could do qtr

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00028921

10/25/2012 16:26:50 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   i think i can get him down to -12

10/25/2012 16:26:58 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   cool with me

10/25/2012 16:27:26 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   ok, lemme just give it a min

10/25/2012 16:27:51 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   yep yep

10/25/2012 16:28:24 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   PA trade for you boys

10/25/2012 16:28:38 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   ANH

10/25/2012 16:29:25 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   so thinking to make it easy i'll let you take 12mm of the 2a4 rather than carve up both

10/25/2012 16:29:52 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   ok

10/25/2012 16:29:53 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   why the big disc to book?

10/25/2012 16:30:04 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   mkt hates ceo

10/25/2012 16:30:29 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   earnings tonight

10/25/2012 16:30:33 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   aha

10/25/2012 16:30:46 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   est. book at 7.25 or better

10/25/2012 16:30:51 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   could be up to 7.50

10/25/2012 16:31:11 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   50% chance they announce buyback like NLY

10/25/2012 16:31:19 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   hmmm

10/25/2012 16:31:27 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   i'll ask the *experts*

10/25/2012 16:31:32 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   are they all agency?

10/25/2012 16:31:38 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   yep

10/25/2012 16:32:21 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   ok we're done, 12mm lbmlt 06-4 2a4 at 45-20 yours thx

10/25/2012 16:32:49 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   done thanks

10/25/2012 16:33:01 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   connor get writing the tx

10/25/2012 16:33:03 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   thanks

10/25/2012 16:33:04 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   thank you

10/25/2012 16:33:10 UTC BRENDAN MCNAMARA (BMCNAMARA8@Bloomberg.net) posted:   on the way

10/25/2012 16:33:13 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   perfect

10/25/2012 16:38:33 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   more OOMLT 2006-3 2A3 ifb tmrrw

10/25/2012 16:38:34 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   15mm

10/25/2012 16:38:46 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   nice

10/25/2012 16:39:00 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    5 bucks DNT

10/25/2012 16:39:13 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:    haha i was going to go the same way

10/25/2012 16:39:22 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:    10 bucks dnt

10/25/2012 16:39:30 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    15 bucks DNT

10/25/2012 16:40:08 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:    im not very active in this chat but everytime i peek in someones betting on something

10/25/2012 16:40:17 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    hahah

10/25/2012 16:41:02 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:    feels like u guys have a problem

10/25/2012 16:41:05 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:    brendan

10/25/2012 16:41:06 UTC BRENDAN MCNAMARA (BMCNAMARA8@Bloomberg.net) posted:    Horowitz, I bet you 5 bucks Mike D outsizes Chaotime

10/25/2012 16:41:08 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:    u have a big problem

10/25/2012 16:41:15 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:    im going the same way

10/25/2012 16:41:21 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:    i can't go head to head with mike

10/25/2012 16:41:23 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:    need conor

10/25/2012 16:41:23 UTC BRENDAN MCNAMARA (BMCNAMARA8@Bloomberg.net) posted:    hahah

10/25/2012 16:41:27 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    hahah

10/25/2012 16:41:29 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:    was that a big head joke?

10/25/2012 16:41:40 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:    yes pun intended

10/25/2012 16:41:49 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:    your a little miniature buddha chao

10/25/2012 16:41:53 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:    with hair

10/25/2012 16:41:56 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:    hahaha

10/25/2012 16:42:01 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    hahh

10/25/2012 16:45:22 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:    wow, just catching up on this

10/25/2012 16:45:31 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:    Leslie Chao spitting some fire all up in this piece!

10/25/2012 16:45:49 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:    i'll come at you with a car wrench

10/25/2012 16:46:28 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:    hahaha

10/25/2012 17:01:31 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    hahah

10/25/2012 17:01:59 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:    you guys are a much more fun crew than most of the street

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.                                                                                                    NSI00028923

10/25/2012 17:20:29 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:   except for chao

10/25/2012 17:20:32 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:   hes just downright scary

10/25/2012 17:20:42 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hahah

10/25/2012 17:20:43 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:   u kno hes a blackbelt right?

10/25/2012 17:20:49 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   so am i

10/25/2012 17:20:57 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:   stop

10/25/2012 17:21:00 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:   really?

10/25/2012 17:21:02 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   i refuse to fight

10/25/2012 17:21:06 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   let the client win

10/25/2012 17:21:06 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   no really i am

10/25/2012 17:21:33 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   how are you at ping pong?

10/25/2012 17:21:55 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   pretty good

10/25/2012 17:21:55 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:   conor, can we set up a fight btwn chao and depietro

10/25/2012 17:21:56 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:   ?

10/25/2012 17:22:17 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   yes, that is definitely done

10/25/2012 17:22:23 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   I have Mike D money right out of the gate...

10/25/2012 17:22:29 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   o boy

10/25/2012 17:23:05 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i mean i would prfer an all out brawl than just karate

10/25/2012 17:23:13 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   cage match?

10/25/2012 17:23:18 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   DUDe stop

10/25/2012 17:23:19 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   interesting

10/25/2012 17:23:20 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:   can u use chairs?

10/25/2012 17:23:26 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i don't see why we need a cage

10/25/2012 17:23:33 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   if he starts to run

10/25/2012 17:23:37 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:   seems extraneous

10/25/2012 17:23:38 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i will chase him down anyway

10/25/2012 17:23:42 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i'm pretty fast

10/25/2012 17:23:48 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) posted:   u r probably bigger faster

stronger

10/25/2012 17:23:51 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   im better at distance

10/25/2012 17:23:52 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   than speed

10/25/2012 17:24:01 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   i would prob outrun you if i had a head start

10/25/2012 17:24:05 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   hahahaha

10/25/2012 17:24:10 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   so MDP

10/25/2012 17:24:13 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   well hopefully you make it 100 meters bud

10/25/2012 17:24:22 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   let's just say that you and Caleb wouldn't be a particularly fair fight

10/25/2012 17:24:29 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   how much of a head start would you want

10/25/2012 17:24:32 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   at least from a physical perspective

10/25/2012 17:25:17 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   I was kidding about Leslie Chao before, but there is a touch of physical resemblance there...

10/25/2012 17:25:21 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   thats fine... horowitz can step into my spot

10/25/2012 17:25:22 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i'd give you 5 yards on a 100 yard dash only if i get to beat you down if i win

10/25/2012 17:25:24 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   he's pretty fast

10/25/2012 17:25:29 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   wow

10/25/2012 17:25:47 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   plus it would be good to meet ya

10/25/2012 17:25:49 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   haha

10/25/2012 17:25:58 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   haha i think we need to make this happen

10/25/2012 17:26:00 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   ha o yea. great way to meet you

10/25/2012 17:26:27 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   nothing like motivation if you are literally running for your life

10/25/2012 17:26:32 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hahhaha

10/25/2012 17:26:53 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   caleb how bout we start with a drink

10/25/2012 17:26:59 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   thats done

10/25/2012 17:27:09 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   and then i'll decide if you deserve a beatdown

10/25/2012 17:27:13 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   HA!

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00028925

10/25/2012 17:27:20 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   haahh

10/25/2012 17:27:36 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   bring brendan we'll go to brooklyn for beers and pizza

10/25/2012 17:27:57 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   brooklky bowl?

10/25/2012 17:27:57 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   Brooklyn - great place for a beatdown...

10/25/2012 17:28:10 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   man this pizza bet is never gonna to go away....

10/25/2012 17:28:22 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   10yrs

10/25/2012 17:28:29 UTC BRENDAN MCNAMARA (BMCNAMARA8@Bloomberg.net) posted:   in 9yrs and 351 days it will

10/25/2012 17:28:30 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   is closer to never than most trading careers

10/25/2012 17:28:50 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   or sales careers for that matter

10/25/2012 17:28:59 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   haha

10/25/2012 17:29:25 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i would do a sporting event or athletic event if you guys are down

10/25/2012 17:29:38 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   goldman is taking me to race dunebuggies

10/25/2012 17:29:46 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   i mean the yankees game was a pretty good one

10/25/2012 17:29:56 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   yep that was fantastic thanks again

10/25/2012 17:29:57 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   do you consider bowling to be a sporting event?

10/25/2012 17:29:58 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   where do you race dunebuggies around here?

10/25/2012 17:30:03 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   only don 5 pts on that trade

10/25/2012 17:30:05 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   haha

10/25/2012 17:30:11 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   haha hardly

10/25/2012 17:30:12 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   West Side Highway

10/25/2012 17:30:31 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   bowling i could do that use to go with the guys at AIG all the time

10/25/2012 17:30:49 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   whats your avg score?

10/25/2012 17:30:54 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   haven't been in a year or so prob due

10/25/2012 17:30:59 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   10 pin mkt

10/25/2012 17:31:02 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   pls

10/25/2012 17:31:26 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   call it a 2-3 game avg

10/25/2012 17:31:31 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   that's hard i don't think i've had 2 games with 10 pins of consistency in my life

10/25/2012 17:31:50 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i'm porb like 115/125

10/25/2012 17:32:12 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   perfect - the wagering can begin

10/25/2012 17:32:13 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   highest score ever was 201

10/25/2012 17:32:28 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   lowest score last five years was 83

10/25/2012 17:32:38 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   mustve been after a lot of shots

10/25/2012 17:32:40 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   was pretty darn wasted

10/25/2012 17:32:43 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   yes

10/25/2012 17:32:53 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   i'm inclined to lift 125

10/25/2012 17:32:54 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i literally couldn't see the ally

10/25/2012 17:33:15 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   but having you short yourself isnt a great position

10/25/2012 17:33:19 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   for me

10/25/2012 17:33:22 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   Caleb bowled a 201 once also, but that was with bumpers...

10/25/2012 17:33:28 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   ahha

10/25/2012 17:33:31 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   haha

10/25/2012 17:33:52 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   ive never seen u bowl conor

10/25/2012 17:34:02 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   so what would you do on a 130/140 mkt

10/25/2012 17:34:02 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   your 10 pin mkt pls

10/25/2012 17:34:11 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   why are we making the markets??

10/25/2012 17:34:14 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   you are the sell-side traders

10/25/2012 17:34:29 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   this isn't a regional

10/25/2012 17:34:32 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   you have to take risk

10/25/2012 17:35:01 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   caleb what are your stats

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00028927

10/25/2012 17:35:12 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   and then we will make spread mkts and everyone can bet

10/25/2012 17:35:30 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   havent bowled in a while.. but prob low 100s

10/25/2012 17:35:33 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   HIT

10/25/2012 17:35:34 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   HIT

10/25/2012 17:35:35 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   HAHA

10/25/2012 17:35:36 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hahah

10/25/2012 17:35:39 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   hahahahaha

10/25/2012 17:35:48 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   i have gone long caleb every year for the last 3 years

10/25/2012 17:35:53 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   wait a sec

10/25/2012 17:35:59 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   im pulling up last year's holiday bowling outting

10/25/2012 17:36:02 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   crushes me every time

10/25/2012 17:36:45 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   caleb you really can't clear 110

10/25/2012 17:36:54 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   ?

10/25/2012 17:38:34 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   1       2       3         avg
Caleb   100     94      138     110.7
Fleisher 97      83      105     95
Gramins  128    142     144     138
Horowitz 124    86      137     115.7
Tyler    213    158     116     162.3
Ross     120    137     149     135.3

10/25/2012 17:38:35 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   free color

10/25/2012 17:38:39 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   i avg 110.7

10/25/2012 17:40:13 UTC BRENDAN MCNAMARA (BMCNAMARA8@Bloomberg.net) posted:   was Fleisher blindfolded for his 2nd round?

10/25/2012 17:42:44 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   wow tyler with 213

10/25/2012 17:42:53 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   and a 162 avg

10/25/2012 17:42:54 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   CRUSH

10/25/2012 17:42:59 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   that will never happen again

10/25/2012 17:43:08 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   i'm shorting myself this year

10/25/2012 17:43:19 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   97pin range

10/25/2012 17:43:25 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   that's incredible

10/25/2012 17:43:36 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   he did 12 shots of

Jamo right before Round 3

10/25/2012 17:43:39 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   i think i started spinning on the last round

10/25/2012 17:43:42 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   you are like the jackle at a poker table

10/25/2012 17:43:52 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   ntd on tyler

10/25/2012 17:44:28 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   fleisher my 4 year old can get over 100 without bumpers by just rolling it between his legs

10/25/2012 17:44:34 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   with a 5lb ball

10/25/2012 17:44:40 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   you should be ashamed

10/25/2012 17:44:49 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   hahaha

10/25/2012 17:44:54 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   he's off the desk

10/25/2012 17:45:43 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   do you think you could beat 83 w/ your back turned to the lane rolling it between your legs (two-handed ok)?

10/25/2012 17:46:11 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hmmm

10/25/2012 17:46:37 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i would take that form bet with a 70 strike

10/25/2012 17:46:54 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   let's do bowling next

10/25/2012 17:46:58 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   I think 70 is definitely doable

10/25/2012 17:47:08 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   83 gets into questionable territory, but you could prob do it

10/25/2012 17:48:13 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   let's strike it at 77 for 100 bucks

10/25/2012 17:49:04 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   pass - I would do the bowling w/ that form at that strike

10/25/2012 17:49:05 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   100x

10/25/2012 17:49:19 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   done

10/25/2012 17:49:22 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   ok

10/25/2012 17:49:25 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   done

10/25/2012 17:49:27 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   thx for the trade

10/25/2012 17:49:49 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   Brendan sending you confirm

10/25/2012 17:51:25 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   nice

10/25/2012 17:51:34 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   let's get the date on the calender

10/25/2012 18:05:55 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hey caleb

10/25/2012 18:06:04 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   can you do me a a quick favor

10/25/2012 18:06:09 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   yo

10/25/2012 18:06:10 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   whats up

10/25/2012 18:06:13 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   ffml 2006-ff17 a5

10/25/2012 18:06:16 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   yes

10/25/2012 18:06:22 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   who is listed as servicer

10/25/2012 18:06:27 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   and subservicer

10/25/2012 18:06:46 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   nationstar is servicer

10/25/2012 18:06:51 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   yep i know that

10/25/2012 18:06:56 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   thanks

10/25/2012 18:07:30 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   somebody is telling me sps subservices this pool

10/25/2012 18:07:44 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   let me see if i can dig deeper

10/25/2012 18:07:48 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   thanks

10/25/2012 18:08:06 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   it doesn't make sense to me that nationstar would work with it's competitor

10/25/2012 18:08:17 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   given they are trying to add a gazillon UPB

10/25/2012 18:08:21 UTC CALEB CHAO (CCALEB@Bloomberg.net) posted:   yea that doesnt sound right

10/25/2012 18:08:55 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   ok don't spend much time but if you happen to come across anything that might suggest let me know

10/25/2012 18:08:57 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   thanks

10/25/2012 18:12:34 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   well sps was sericivicing some of this stuff before but this was an aurora pool and i wouldn't think it would crossover but who knows

10/25/2012 18:15:10 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   grambo you agree or am i missing something 6 months out doesn't help

10/25/2012 18:16:26 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   i agree it doesnt make sense that they would work together

10/25/2012 18:16:34 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   lemme have paul & sean go through the tape

10/25/2012 18:16:36 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) posted:   be back to you

10/25/2012 18:17:12 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   ok thanks it would make a diff it sps was servicing i'm running all these will nationstar behvior attached

10/25/2012 18:17:23 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   thanks

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00028930

10/25/2012 18:39:47 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   mike do you still own bonds off the WMLT 06-AMN1 deal?

10/25/2012 18:40:23 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   90mm WMLT 2006-AMN1 A1 in at 2:45.  also in touch with a little bigger piece that we can probably pull out in the lm50s

10/25/2012 18:40:53 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i sold mine at 51.25 to boa couple months back

10/25/2012 18:41:14 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   think i had the A2s

10/25/2012 18:41:59 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   there is hardly any alt-a i like these days think people are smoking when it comes to advances

10/25/2012 18:43:38 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   cool, thanks for the color on the A2s

10/25/2012 18:44:08 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   no prob

10/25/2012 19:31:54 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   officially engaged on the ANH sitch

10/25/2012 19:36:53 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   nice

10/25/2012 19:36:57 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   we'll see

10/25/2012 19:37:17 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   what's your e-mail

10/25/2012 19:37:43 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   ross.shapiro@nomura.com OR rossshapiro@gmail.com

10/25/2012 19:38:18 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   or you can use his old one

10/25/2012 19:38:25 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   p1mpMHtrader@hotmail.com

10/25/2012 19:38:34 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hahah

10/25/2012 19:38:36 UTC TYLER PETERS (TPETERS11@Bloomberg.net) posted:   his wife checks the gmail one, make sure you send the dirty stuff only to nomura

10/25/2012 19:38:47 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   sent you compass point brief on ANH

10/25/2012 19:38:52 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hahah

10/25/2012 19:38:54 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   got it

10/25/2012 19:39:02 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   COMPASSPOINT haha

10/25/2012 19:39:20 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   they are pointing to higher prices!

10/25/2012 19:39:22 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   they actually do well on REITs and spec fin

10/25/2012 19:41:16 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   there goes NSM as well

10/25/2012 19:41:43 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   if they announce 1 deal that thing will go after sell off

10/25/2012 19:42:45 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   and if you weren't in it yet

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00028931

10/25/2012 19:42:49 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   P short

10/25/2012 19:43:03 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   apple is gonna crush them

10/25/2012 19:43:12 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   P short?

10/25/2012 19:43:28 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   pandora

10/25/2012 19:43:30 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   short

10/25/2012 19:43:32 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   ahhh

10/25/2012 19:43:45 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   big earnings comin up

10/25/2012 19:44:05 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   i feel like i'm watching 4th qtr of a football game here

10/25/2012 19:44:11 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   haha

10/25/2012 19:44:13 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   game ends in 16 minutes

10/25/2012 19:44:33 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   well i hope you didn't load the boat gangnam style

10/25/2012 19:44:43 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   nah

10/25/2012 19:44:51 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   i usually only do that after something goes in my face

10/25/2012 19:44:56 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   haha

10/25/2012 19:45:06 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   have you seen "Mitt Romney Style"?

10/25/2012 19:45:09 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   subprime victim

10/25/2012 19:45:12 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hah

10/25/2012 19:45:16 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   exactly

10/25/2012 19:45:19 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   pls send conor

10/25/2012 19:45:25 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   don't think we can see it here

10/25/2012 19:45:29 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   it's College Humor

10/25/2012 19:45:31 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   pretty good though

10/25/2012 19:45:32 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   rossshapiro@gmail.com

10/25/2012 19:46:16 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   sent

10/25/2012 19:47:20 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   that's f'n hilarious

10/25/2012 19:47:31 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   haha, yeah...knew you would like it

10/25/2012 19:48:44 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   the paul ryan guy is hilarious

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00028932

10/25/2012 19:49:49 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) posted:   I like the cocktail party

10/25/2012 20:06:06 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   well will see here rossy

10/25/2012 20:06:10 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   7.45 bv

10/25/2012 20:06:18 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   street est. was 7.28

10/25/2012 20:06:24 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   i was 7.47

10/25/2012 20:06:26 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   buyback?

10/25/2012 20:06:31 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   *i was 7.47*?!

10/25/2012 20:06:34 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   you have a model?

10/25/2012 20:06:43 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   yeah

10/25/2012 20:06:54 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   no word off buyback

10/25/2012 20:07:16 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   but just tape

10/25/2012 20:08:16 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   so you are sneaky smart, fast as lightnin', can crush chao-time with one hand behind your back... can shoot 18 under par ... are you related to Kim Jong Il??

10/25/2012 20:08:30 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hahahah

10/25/2012 20:08:38 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   we'll see tomorrow it should bounce

10/25/2012 20:10:08 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   is that dividend in line?

10/25/2012 20:13:27 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   the 15 cents

10/25/2012 20:13:34 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   it was declared on 9/30

10/25/2012 20:13:47 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   ok

10/25/2012 20:13:50 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   that's what i thought

10/25/2012 20:13:53 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   so that info is stale

10/25/2012 20:14:12 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   the ceo is sleepy and consvative so he doesn't talk about nexct period

10/25/2012 20:14:47 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   next divy street anticipates 17 cents

10/25/2012 20:14:49 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   Core earnings cover divi.. hope he says buyback on the call  on the 1pm call tomorrow!!  bv 7.45 that is nice!

10/25/2012 20:15:10 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   so might be even bigger thing tomorrow after 1pm

10/25/2012 20:15:30 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   *ALMOST* always good to pay 80cents on the dollar

10/25/2012 20:16:06 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hahah

10/25/2012 20:17:08 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   except for gsamp 2006-fm3

a2c down 10pts in 2 days from fido

10/25/2012 20:17:18 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   on the way dizown

10/25/2012 20:17:49 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   that was my moment of glory crossing that bond for 5 pts before the market sold off 50 more

10/25/2012 20:18:03 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   me thinks you had *a few* moments

10/25/2012 20:18:06 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   there is s certain customer of yours that still gives me sh*t

10/25/2012 20:18:15 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   about that one

10/25/2012 20:18:18 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) posted:   hahah

10/25/2012 20:18:18 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   ahhh

10/25/2012 20:18:19 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   yeah

10/25/2012 20:18:22 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted:   i can imagine

10/25/2012 22:10:59 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) exited

10/25/2012 22:24:04 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) entered

10/25/2012 22:24:04 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) posted: *** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

10/25/2012 22:24:06 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) viewed history from 10/25/2012 04:05:30 UTC to 10/25/2012 22:24:04 UTC

10/25/2012 22:31:59 UTC ROSS SHAPIRO (RSHAPIRO17@Bloomberg.net) exited

10/26/2012 00:16:31 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) exited

10/26/2012 00:50:01 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) entered

10/26/2012 01:24:35 UTC ERIC HOROWITZ (EHOROWITZ5@Bloomberg.net) exited

10/26/2012 01:40:50 UTC MICHAEL DEPIETRO (MDEPIETRO3@Bloomberg.net) exited

10/26/2012 02:12:48 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) exited

10/26/2012 02:36:54 UTC CALEB CHAO (CCALEB@Bloomberg.net) exited

10/26/2012 02:36:54 UTC CALEB CHAO (CCALEB@Bloomberg.net) entered

10/26/2012 02:45:01 UTC CONOR O'CALLAGHAN (COCALLAGHAN3@Bloomberg.net) exited

10/26/2012 02:45:38 UTC BRENDAN MCNAMARA (BMCNAMARA8@Bloomberg.net) exited

10/26/2012 03:04:11 UTC MICHAEL GRAMINS (MGRAMINS1@Bloomberg.net) entered