UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                              No. 3:15CR155 (RNC)

v.

MICHAEL GRAMINS                                       April 9, 2024

## MOTION TO DISMISS UNRESOLVED COUNTS

The Government moves the Court to dismiss all pending, unresolved counts against Mr. Gramins, including Counts 3 and 9 of the third superseding indictment and all counts in the original indictment, superseding indictment, and second superseding indictment.

On June 15, 2017, in a trial on the third superseding indictment, the jury convicted Gramins of conspiracy (Count One), failed to reach a verdict on one count each of securities and wire fraud (Counts 3 and 9, hereinafter the "unresolved trial counts"), and acquitted Gramins on Counts 2 and 4 through 8. The Court ordered a mistrial as to the unresolved trial counts.

On October 7, 2020, the Government and Gramins jointly moved the Court to set a sentencing date, with the understanding that the Government would dismiss the unresolved charges so long as the conspiracy conviction is not reversed on appeal or collateral attack. The Second Circuit issued its mandate affirming the judgement of this Court on November 3, 2022. Moreover, the one-year period within which to file a collateral attack has now passed. Accordingly, the Government moves to dismiss the unresolved trial counts, Counts 3 and 9 of the third superseding indictment, as to this defendant.

Additionally, as this case was tried based on a third superseding indictment, the Government moves to dismiss all counts in the original indictment (Counts 1-10), the superseding indictment (Counts 1-9), and the second superseding indictment (Counts 1-9).

Respectfully Submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/ *David E. Novick*

DAVID NOVICK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv02874
U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
(203) 821-3700
david.novick@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on April 9, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ *David E. Novick*

        _____
        DAVID E. NOVICK
        ASSISTANT UNITED STATES ATTORNEY